# Return of Service

## UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | |
|---|---|
| **Plaintiff(s):** | Jasmine Hungerman |
| **Defendant(s):** | Keiser University, Professor Brooke Decker, Professor Amberlyn Gentry, Dean Harold Trindle, Program Director Kimberly Presto, and Does 1-100 |
| **Civil Action No.:** | 8:21-cv-00318 |
| **Serve To:** | Dean Harold Trindle c/o Keiser University |

Process received on February 17, 2021 at 5:49 p.m. in Polk County, Florida, 10th Judicial Circuit

### TYPE OF SERVICE:

Substitute Professional:                **Summons in a Civil Action and Plaintiff's Complaint for Violations of Title III of the Americans With Disabilities Act, Section 504 of the Rehabilitation Act, Breach of Contract, Negligence**

**I, Steve Bahamondes, being duly sworn, depose and say that on February 19, 2021 at 1:19 p.m., I, SERVED a true copy of the Summons in a Civil Action and Plaintiff's Complaint for Violations of Title III of the Americans With Disabilities Act, Section 504 of the Rehabilitation Act, Breach of Contract, Negligence with the date and hour of service endorsed by me on Greg Aghoian (Director of Student Accounts), who stated that he is authorized to accept service on behalf of Dean Harold Trindle c/o Keiser University and informed said person of the contents therein in compliance with state statutes at:  2400 Interstate Drive, Lakeland, Florida 33805.**

**Recipient's Description:**
Age:  55+; Sex: M; Race/Skin Color: White; Height: Approx. 5'8"; Weight: Approx. 170 lbs; Hair:  Brown; Glasses Y.

I declare under penalty of perjury under the laws of the State of Florida that the foregoing information contained in this Return of Service is true and correct.

I certify that I have no interest in the above action, I am above the age of eighteen (18) years old.  I am a certified process server in good standing in the circuit in which this defendant/witness was served.

No Notary is required pursuant to F.S. 92.925.

EXECUTED ON:  **2/22/2021**
Server Signature:

Steve Bahamondes, CA-824
S & M Process Serving, L.L.C.
P.O. Box 924
Winter Haven, Florida 33882-0924
Phone#: (863) 604-1279

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

SERVED 2/19/2021 @ 1:19 pm
BY (Initial): SB
ID#: CA-824

Jasmine Hungerman

)
)
)
)
)
*Plaintiff(s)*                                )
v.                                            )   Civil Action No.  8:21-cv-00318
)
Keiser University, Professor Brooke Decker,   )
Professor Amberlyn Gentry, Dean Harold Trindle, )
Program Director Kimberly Presto, and Does 1-100, )
)
*Defendant(s)*                               )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Dean Harold Trindle
c/o Keiser University
2400 Interstate Drive
Lakeland, Florida. 33805

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Keith Altman, Esq. &
Rook Elizabeth Ringer, Esq.
Lento Law Group, P.A.
222 San Marco Ave., Ste. C
St. Augustine, FL 32084

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  February 16, 2021

_____
*Signature of Clerk or Deputy Clerk*