**Rook Elizabeth Ringer, Esq.**
Florida Bar No. 1015698
LENTO LAW GROUP, P.A.
222 San Marco Ave., Ste."C"
St. Augustine, FL 32084
904.602.9400 x 467 (Office)
904.299.5400 (Fax)
reringer@lentolawgroup.com

**Keith Altman, Esq.**
(*pro hac vice to be applied for*)
Lento Law Group P.C.
3000 Atrium Way - Suite #200
Mt. Laurel, New Jersey 08054
(516) 456-5885
kaltman@lentolawgroup.com

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| JASMINE HUNGERMAN,<br>         PLAINTIFF,<br>V.<br>KEISER UNIVERSITY, PROFESSOR BROOKE DECKER,  PROFESSOR AMBER GENTRY, DEAN HAROLD TRINDLE, PROGRAM DIRECTOR KIMBERLY PRESTO, AND DOES 1-100<br>         DEFENDANT. | Case: 8:21-cv-00318<br><br>**WRITTEN DESIGNATION AND CONSENT TO ACT** |

In accordance with M.D. Fla. Local Rule 2.01 and 2.02 the undersigned Rook Ringer, a member of this Court hereby designates and consents to Keith Altman of Lento Law Group, P.C. located in Mt. Laurel, NJ to participate and act in the above case. I certify that Mr. Altman is already registered with CM/ECF and that he has submitted a Special Appearance form with the $150 fee by overnight mail in compliance with the local rules.

I further understand that I will receive all notices from the Court and will be responsible for the progress of the case, including trial in the event of a default by Mr. Altman.

Dated: March 12, 2021                                        /s/ Rook Ringer

**Rook Elizabeth Ringer, Esq.**
Florida Bar No. 1015698
LENTO LAW GROUP, P.A.
222 San Marco Ave., Ste."C"
St. Augustine, FL 32084
904.602.9400 x 467 (Office)
904.299.5400 (Fax)
reringer@lentolawgroup.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on March 12, 2021, I electronically filed the above document with theclerk of the court using CM/ECF, which will send electronic notification of such filing to all registered counsel.

                                                                                             <u>/s/ Rook Ringer</u>