**Rook Elizabeth Ringer, Esq.**
Florida Bar No. 1015698
LENTO LAW GROUP, P.A.
222 San Marco Ave., Ste."C"
St. Augustine, FL 32084
904.602.9400 x 467 (Office)
904.299.5400 (Fax)
reringer@lentolawgroup.com

**Keith Altman, Esq.**
(*pro hac vice* to be applied for)
Lento Law Group P.C.
3000 Atrium Way - Suite #200
Mt. Laurel, New Jersey 08054
(516) 456-5885
kaltman@lentolawgroup.com

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| JASMINE HUNGERMAN,<br>          PLAINTIFF,<br>V.<br>KEISER UNIVERSITY, PROFESSOR BROOKE DECKER,  PROFESSOR AMBER GENTRY, DEAN HAROLD TRINDLE, PROGRAM DIRECTOR KIMBERLY PRESTO, AND DOES 1-100<br>          DEFENDANT. | Case: 8:21-cv-00318<br><br>APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE<br>(Civil Local Rule 2.02) |

I Keith Altman, an active member in good standing of the bars of Michigan and California, hereby respectfully applies for admission to practice *pro hac vice* in the Middle District of Florida representing Plaintiff in the above action. My local co-counsel in this case is Rook Ringer, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the state of Florida.

My address of record is Lento Law Group P.C., 3000 Atrium Way - Suite #200, Mt. Laurel, New Jersey 08054.  My phone number and email is (516) 456-5885, kaltman@lentolawgroup.com. I am already registered with this Court under CM/ECF.

My Co-Counsel's address of record is Rook Elizabeth Ringer, Esq., Florida Bar No. 1015698, LENTO LAW GROUP, P.A., 222 San Marco Ave., Ste."C", St. Augustine, FL 32084, 904.602.9400 x 467 (Office), 904.299.5400 (Fax), reringer@lentolawgroup.com.

I am an active member in good standing of the Supreme Court of Michigan (P81702) and the Supreme Court of California (257309).

A true and correct copy of a certificate of good standing from the Michigan State Bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys.

In compliance with Local Civil Rule 2.02, I have also filed a special appearance form and submitted the correct fee.  A written consent to act has also been filed by my local counsel, Rook Ringer.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Dated: March 12, 2021 | <u>/s/ Keith Altman</u><br>Keith Altman, Applicant<br><br>Lento Law Group P.C.<br>3000 Atrium Way - Suite #200<br>Mt. Laurel, New Jersey 08054<br>(516) 456-5885<br>kaltman@lentolawgroup.com |

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Keith Altman is granted, subject to the terms and conditions of Civil L.R. 2.02. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:_____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

      I hereby certify that on March 12, 2021, I electronically filed the above document with theclerk of the court using CM/ECF, which will send electronic notification of such filing to all registered counsel.

/s/ Rook Ringer