UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JASMINE HUNGERMAN,

      Plaintiff,

v.                              Case No: 8:21-cv-318-MSS-JSS

KEISER UNIVERSITY, BROOKE
DECKER, AMBERLYN GENTRY,
HAROLD TRINDLE, KIMBERLY
PRESTO and JOHN DOE 1-100,

      Defendants.
_____/

## ORDER

THIS MATTER is before the Court on Plaintiff's Motion for Admission *Pro Hac Vice* of Keith Altman ("Motion"). (Dkt. 16.) For the reasons that follow, the Motion is denied without prejudice.

Plaintiff's Motion fails to comply with the Middle District of Florida Local Rules. First, the Motion does not contain a certification as required by Local Rule 3.01(g)(2) stating whether counsel conferred with opposing counsel on the relief requested or whether the Motion is opposed. Second, the Motion does not comply with Local Rule 1.08 regarding typography requirements. Third, the Motion does not comply with Local Rule 2.01[1] regarding special admission in the Middle District of Florida.

---

[1] The Middle District of Florida Local Rules were recently revised, effective February 1, 2021. The revised Local Rules may be located at https://www.flmd.uscourts.gov/local-rules.

Local Rule 2.01(c)(2) provides that an attorney may seek special admission in the Middle District of Florida if, among others, the attorney is "a member in good standing of the bar of a United States district court." In the Motion, Mr. Altman states that he is a member in good standing of the bars of the State of Michigan and State of California. He also provides a certificate of good standing from the Supreme Court of the State of Michigan. However, Mr. Altman does not allege that he is a member in good standing of the bar of any United States district court, as is required for special admission in this District.

On March 17, 2021, the Court entered an order directing Plaintiff to file an amended Motion in compliance with the Local Rules on or before March 25, 2021. (Dkt. 17.) The Court further directed that the amended Motion identify whether Mr. Altman is a member in good standing of the bar of a United States district court, as required by Local Rule 2.01(c)(2). The Court notified Plaintiff that failure to file an amended Motion as directed may result in denial of the Motion without prejudice. A review of the docket shows that plaintiff has not filed an amended Motion as directed.

Accordingly, it is **ORDERED** that Plaintiff's Motion for Admission *Pro Hac Vice* of Keith Altman (Dkt. 16) is **DENIED** without prejudice.

**DONE** and **ORDERED** in Tampa, Florida, on March 29, 2021.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

- 2 -

Copies furnished to:
Counsel of Record