UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **JASMINE HUNGERMAN**, <br><br> Plaintiff, <br><br> v. <br><br> **KEISER UNIVERSITY; PROFESSOR BROOKE DECKER; PROFESSOR AMBERLYN GENTRY; DEAN HAROLD TRINDLE; PROGRAM DIRECTOR KIMBERLY PRESTO; and DOES 1-100,** <br><br> Defendant. | **CASE NO.: 8:21-cv-00318-MSS-JSS** <br><br><br> JUDGE MARY SCRIVEN |

## SUPPLEMENT TO
## UNOPPOSED MOTION TO WITHDRAW OF ROOK ELIZABETH RINGER

Rook Elizabeth Ringer, and the law firm of Lento Law Group, P.A., pursuant to Local Rule 2.02(c), files this Supplement to the Unopposed Motion to Withdraw of Rook Elizabeth Ringer and states:

1. On June 1, 2021, Attorney Rook Elizabeth Ringer filed her Unopposed Motion to Withdraw of Rook Elizabeth Ringer as counsel to Plaintiff Jasmine Hungerman. [Dkt. # 23].

2. This Court then entered the following:

> ENDORSED ORDER directing counsel to supplement [23] Unopposed Motion to Withdraw of Rook Elizabeth Ringer. Although the motion indicates that Attorney Keith Altman will represent Plaintiff in this matter, Mr. Altman's motion for admission pro hac vice was denied without prejudice [19]. Mr.

Altman has not filed a new motion for admission pro hac vice. As such, counsel shall supplement the motion with Plaintiff's mailing address, email address, and phone number as required by Local Rule 2.02(c)(1)(B)(ii). Counsel shall supplement the motion as directed on or before June 10, 2021. Failure to supplement may result in denial of the motion without prejudice. Signed by Magistrate Judge Julie S. Sneed on June 3, 2021. (TLM)

[Dkt. # 24].

3.  Therefore, this Supplement states that the relevant information as to the Plaintiff is as follows:

Jasmine Hungerman, Plaintiff
813-763-8775
learn2flyagain@yahoo.com
1902 Carriage Court
Plant City, FL 33566

4.  Further, this Supplement also contains the amended Certificate of Service, as follows.

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2021, I served the Unopposed Motion to Withdraw of Rook Elizabeth Ringer, as well as the foregoing document on counsel for all Defendants of record *via* electronic filing, and to Keith Altman, Esq. (P81702), The Law Office of Keith Altman, 33228 West 12 Mile Road, Suite 375, Farmington Hills, MI 48331, kaltman@lawampmmt.com, as well as to the Plaintiff, Jasmine Hungerman, at learn2flyagain@yahoo.com, 1902 Carriage Court, Plant City, FL 33566.

Respectfully submitted,

By: _____
ROOK ELIZABETH RINGER, ESQ.

Florida Bar No. 1015698
**LENTO LAW GROUP, P.A.**
222 San Marco Ave., Ste."C"
St. Augustine, FL 32084
904.602.9400 x 467 (Office)
904.299.5400 (Fax)
reringer@lentolawgroup.com