UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JASMINE HUNGERMAN,

    Plaintiff,

v.                                                Case No: 8:21-cv-318-MSS-JSS

KEISER UNIVERSITY, BROOKE
DECKER, HAROLD TRINDLE,
KIMBERLY PRESTO, JOHN DOE
1-100 and AMBER GENTRY,

    Defendants.
_____/

## ORDER

THIS MATTER is before the Court on Plaintiff's Unopposed Motion to Withdraw as Counsel ("Motion") (Dkt. 23) and Supplement to the Motion (Dkt. 25). Pursuant to Middle District of Florida Local Rule 2.02(c), counsel certified that Plaintiff consents to the Motion and counsel provided Plaintiff's contact information. As the requirements of Middle District of Florida Local Rule 2.02(c) have been satisfied, it is

    **ORDERED**:

    1.     Plaintiff's Unopposed Motion to Withdraw as Counsel (Dkt. 23) is **GRANTED**.

    2.     The Clerk is directed to terminate attorney Rook Elizabeth Ringer as counsel of record for Plaintiff.

3. Rook Elizabeth Ringer is relieved of any further responsibility to represent Plaintiff in this case.

4. Plaintiff shall proceed *pro se* unless and until another attorney admitted to practice before this Court enters an appearance on her behalf.

5. Nothing in this order shall be construed to relieve Plaintiff from her obligation to diligently prosecute this action in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Middle District of Florida.

**DONE** and **ORDERED** in Tampa, Florida, on June 8, 2021.

JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Pro Se Party