UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

------------------------------------------------------------------------x
JASMINE HUNGERMAN,

                PLAINTIFF,                Case No: 8:21-cv-00318

V.

KEISER UNIVERSITY, PROFESSOR BROOKE
DECKER, PROFESSOR AMBER GENTRY,
DEAN HAROLD TRINDLE, PROGRAM
DIRECTOR KIMBERLY PRESTO, AND DOES 1-100

                DEFENDANT.
.

------------------------------------------------------------------------x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE,** that the undersigned attorney hereby appears on behalf of the Plaintiff, Jasmine Hungerman, and requests that a copy of all papers in this action be served upon the undersigned at the address below.

Dated: June 9, 2021

                                          /s/ Michael T. Gibson
                                          Michael T. Gibson (Bar #26105)
                                          2420 Lakemont Ave., #150
                                          Orlando, Florida 32814
                                          407-422-4529
                                          michael@gibsonjustice.com