UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JASMINE HUNGERMAN,

    Plaintiff,

v.                                                                    Case No: 8:21-cv-318-MSS-JSS

KEISER UNIVERSITY, BROOKE
DECKER, HAROLD TRINDLE,
KIMBERLY PRESTO, JOHN DOE
1-100 and AMBER GENTRY,

    Defendants.
_____/

**ORDER ON PLAINTIFF'S MOTION TO**
**FOR SPECIAL ADMISSION**

THIS MATTER is before the Court on Plaintiff's second Motion for Admission of Attorney *Pro Hac Vice* of Keith Altman ("Motion"). (Dkt. 28.) Plaintiff moves the Court to allow Keith Altman to appear *pro hac vice* as its counsel pursuant to Middle District of Florida Local Rule 2.01(c). Upon consideration, the Court finds that the requirements of Local Rule 2.01 regarding special admission have been met. Specifically, Plaintiff has demonstrated that Mr. Altman is a member in good standing of the bar of a United States district court. (Dkt. 28 at 9.) Additionally, Plaintiff included a certification as required by Local Rule 3.01(g) and the Motion otherwise complies with the Middle District of Florida Local Rules. Plaintiff has thus cured the deficiencies in Plaintiff's prior motion seeking the same relief (Dkt. 16), which the Court denied without prejudice. (Dkt. 19.)

- 2 -

Accordingly, it is **ORDERED** that Plaintiff's Motion for Admission of Attorney *Pro Hac Vice* of Keith Altman (Dkt. 28) is **GRANTED**.

In accordance with Local Rule 2.01(c), counsel, if he has not done so already, is directed comply with the requirements for obtaining and maintaining general admission before this Court as set forth in Local Rule 2.01 within fourteen (14) days of this Order.[1]  Counsel is also reminded that any attorney who appears in this Court pursuant to Middle District of Florida Local Rule 2.01 "must remain familiar with, and is bound by, the rules governing the professional conduct of a member of The Florida Bar." M.D. Fla. Local R. 2.01(e).

**DONE** and **ORDERED** in Tampa, Florida, on July 7, 2021.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record

---

[1] Counsel may obtain a password for CM/ECF from the Court by accessing the Court's website, www.flmd.uscourts.gov, and clicking on CM/ECF.  After registering for CM/ECF, counsel must also register an e-mail address.