UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

------------------------------------------------------------------x
JASMINE HUNGERMAN,

                Plaintiff,                    Case No: 8:21-cv-00318-MSS-JSS

V.

KEISER UNIVERSITY, PROFESSOR BROOKE
DECKER, PROFESSOR AMBER GENTRY,
DEAN HAROLD TRINDLE, PROGRAM
DIRECTOR KIMBERLY PRESTO, AND JOHN DOES 1-100

        Defendants.
.

------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE,** that the undersigned attorney, Keith Altman, has been approved in this case pursuant to this Court's Order, Docket Entry Number 29, granting Docket Number 28, Plaintiff's second Motion for Admission of Attorney *Pro Hac Vice* on July 7, 2021, signed by Magistrate Judge Julie S. Sneed, and hereby appears on behalf of the Plaintiff, Jasmine Hungerman, and requests that a copy of all papers in this action be served upon the undersigned at the address below.

Dated:  July 7, 2021

                                         /s/ *Keith Altman*
                                         The Law Office of Keith Altman
                                         33228 West 12 Mile Road, Suite 375
                                         Farmington Hills, Michigan 48334
                                         Tel. 516-456-5885
                                         kaltman@lawampmmt.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 7, 2021, I electronically filed the above document with the clerk of the court using CM/ECF, which will send electronic notification of such filing to all registered counsel.

                                     /s/ *Keith Altman*
                                     Keith Altman