UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:21-cv-00318-MSS-JSS

JASMINE HUNGERMAN,

Plaintiff,

v.

KEISER UNIVERSITY; PROFESSOR
BROOKE DECKER; PROFESSOR
AMBERLYN GENTRY; DEAN
HAROLD TRINDLE; PROGRAM
DIRECTOR KIMBERLY PRESTO; and
DOES 1-100,

    Defendants.

_____/

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT

COMES NOW Defendants, KEISER UNIVERSITY; PROFESSOR BROOKE DECKER; PROFESSOR AMBERLYN GENTRY; DEAN HAROLD TRINDLE; PROGRAM DIRECTOR KIMBERLY PRESTO; and DOES 1-100, by and through the undersigned attorneys, pursuant to Fed. R. Civ. P. 6(b)(1) hereby file this Unopposed Motion for Extension of Time to respond to Plaintiff's Second Amended Complaint for Violations of Title III of the Americans With Disabilities

Act, Section 504 Of The Rehabilitation Act and State Law Claims, and as grounds therefore state as follows:

1. Plaintiff filed the Complaint on February 10, 2021. Document Entry #1.

2. Defendants filed their Motion to Dismiss the Complaint on March 12, 2021. Document Entry #14.

3. Plaintiff filed an Amended Complaint on March 26, 2021. Document Entry # 18.

4. Defendants filed a Motion to Dismiss the First Amended Complaint on April 9, 2021. Document Entry #21.

5. The Court granted Defendant's Motion to Dismiss the First Amended Complaint on October 5, 2021. Document Entry #31.

6. Plaintiff filed a Second Amended Complaint on October 25, 2021. Document Entry # 32.

7. The deadline for Defendant's response to the Second Amended Complaint is November 8, 2021.

8. Defendant requests an extension of one week to respond to the Second Amended Complaint, specifically, to November 15, 2021.

COLE, SCOTT & KISSANE, P.A.
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120 - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

9. Undersigned counsel has conferred with Plaintiff's counsel as to an extension of time for Defendant to respond to the Second Amended Complaint, and Plaintiff's counsel has no objection to the relief sought herein.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of November, 2021, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

COLE, SCOTT & KISSANE, P.A.
Counsel for Defendants *KEISER UNIVERSITY; PROFESSOR BROOKE DECKER; PROFESSOR AMBERLYN GENTRY; DEAN HAROLD TRINDLE; PROGRAM DIRECTOR KIMBERLY PRESTO; and DOES 1-100*
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 383-9229
Facsimile (561) 683-8977
Primary e-mail: justin.sorel@csklegal.com
Secondary e-mail: justin.sorel@csklegal.com

By: s/ Justin C. Sorel
JUSTIN C. SOREL
Florida Bar No.: 0016256