# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| JASMINE HUNGERMAN,<br><br>PLAINTIFF,<br><br>V.<br><br>KEISER UNIVERSITY, PROFESSOR BROOKE DECKER, PROFESSOR AMBER GENTRY, DEAN HAROLD TRINDLE, PROGRAM DIRECTOR KIMBERLY PRESTO, AND DOES 1-100<br><br>DEFENDANT. | CASE NO.: 8:21-cv-00318-MSS-JSS<br><br>HON: MARY SCRIVEN<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING EXTENSION FOR PLAINTIFF RESPONSE TO MOTION TO DISMISS** |

**NOW COMES** Plaintiffs' counsel Keith Altman requesting that the deadline for Plaintiffs' response to Defendants' Motion to Dismiss, or in the Alternative, Motion for a More Definite Statement as to the First, Second, Third, Fourth, Fifth, Sixth, and Thirteenth Causes of Action In The Second Amended Complaint ("Defendants' Motion"), be moved from the current deadline of December 6, 2021, to December 13, 2021.

The reason for this request is that the parties are in the process of discussing whether the issues of the case can be narrowed and are negotiating the next steps in the litigation.

I respectfully ask this Court to extend the Plaintiffs' deadline for this response to December 13, 2021.

Prior to making this request, defense counsel Justin Sorel was contacted. He graciously agreed to this extension.

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties, and upon good cause showing, we move that Plaintiffs' response to Defendants' Motion be moved to December 13, 2021.

| Dated: December 6, 2021 | Respectfully Submitted, |
|---|---|
| | /s/Keith Altman |
| | Keith Altman |
| | The Law Office of Keith Altman |
| | 33228 West 12 Mile Road - Suite 375 |
| | Farmington Hills, Michigan 48334 |
| | Telephone: (248) 987-8929 |
| | keithaltman@kaltmanlaw.com |

This ___ day of December 2021.
**IT IS SO ORDERED.**          Signed _____