UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:21-cv-00318-MSS-JSS

JASMINE HUNGERMAN,

     Plaintiff,

v.

KEISER UNIVERSITY; PROFESSOR
BROOKE DECKER; PROFESSOR
AMBERLYN GENTRY; DEAN HAROLD
TRINDLE; PROGRAM DIRECTOR
KIMBERLY PRESTO; and DOES 1-100,

     Defendants.

_____/

## <u>DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S THIRD AMENDED COMPLAINT</u>

COMES NOW Defendants, KEISER UNIVERSITY; PROFESSOR

BROOKE DECKER; PROFESSOR AMBERLYN GENTRY; DEAN

HAROLD TRINDLE; PROGRAM DIRECTOR KIMBERLY PRESTO

(herinafter, collectively "Defendants"), who hereby file their Answer and

Affirmative Defenses to Plaintiff's Third Amended Complaint, and in support

thereof state as follows:

## <u>OVERVIEW OF THE ACTION</u>

1. Admitted that Keiser is an accredited private university and provides educational programs at the undergraduate and graduate levels. All other averments are denied.

2. Admitted that Defendant KU has received federal funding since March 2020 in the form of COVID assistance. Denied as to time-period before this.

3. Denied as to "20" campuses. Admitted as to all else.

4. Admitted.

5. Denied.

6. Denied.

7. Denied as phrased.

    a. Denied as phrased.

    b. Admitted.

    c. Admitted.

    d. Admitted.

    e. Admitted.

    f. Admitted.

    g. Admitted.

**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120 - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

       h.  Admitted.

8.  Denied.

       a.  Denied.

       b.  Denied.

       c.  Denied.

       d.  Denied.

       e.  Denied.

       f.  Denied.

       g.  Denied.

       h.  Denied.

       i.  Denied.

       j.  Denied.

       k.  Denied.

       l.  Denied.

       m. Denied.

9.  Denied.

**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120  - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

## PARTIES

10. Admitted that Keiser is an accredited private university and provides educational programs at the undergraduate and graduate levels. All other averments are denied.

11. Admitted.

12. Admitted.

13. Admitted.

14. Admitted.

15. Lacking knowledge or information, therefore denied.

16. Admitted.

## JURISDICTION AND VENUE

17. Admitted, for jurisdictional purposes only.

18. Admitted that this action purports to arise under these federal statutes. Denied that Plaintiff is entitled to relief under any of same.

19. Admitted, for jurisdictional purposes only.

20. Admitted, for venue purposes only.

21. Lacking knowledge or information as to "all of the events occurred within the division on KU's Lakeland campus," and therefore denied. Admitted as to all else.

**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120  - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

22. Admitted for jurisdictional purposes only.

## **FACTUAL ALLEGATIONS APPLICABLE TO ALL CLAIMS**

23. Lacking knowledge or information, therefore denied.

24. Denied as phrased as to "numerous" and "high academic potential" and "credentials."  Admitted as to all else.

25. Denied as phrased.

26. Admitted.

27.  Admitted that Jasmine was elected Class President by her classmates. All other averments are denied.

28. Denied.

      a.  Denied.

      b.  Denied.

      c.  Denied.

      d.  Denied.

      e.  Denied.

      f.  Denied.

      g.  Denied.

29. Lacking knowledge or information, therefore denied.

30. Without knowledge, therefore denied.

**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120  - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

31. Denied.

32. Denied.

33. Without knowledge, therefore denied.

34. Denied as phrased.

      a.  Denied as phrased.

      b.  Denied as phrased.

      c.  Denied as phrased.

      d.  Denied as phrased.

35. Denied.

36. Denied as phrased.

37. Lacking knowledge or information, therefore denied.

38. Denied.

39. Denied as phrased.

40. Denied as phrased.

41. Denied as phrased.

42. Denied as phrased.

43. Denied as phrased.

44. Denied as phrased.

45.   Without knowledge, therefore denied.

**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120  - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

46. Denied.

47. Denied.

48. Denied.

49. Denied as phrased.

50. Denied as phrased.

51. Denied as phrased.

52. Denied.

53. Without knowledge, therefore denied.

54. Denied.

55. Lacking information or knowledge, therefore denied.

56. Denied.

57. Denied as phrased.

58. Without knowledge, therefore denied.

59. Lacking knowledge or information, therefore denied.

60.  Without knowledge, therefore denied.

61. Denied.

62. Lacking knowledge or information, therefore denied.

63. Denied.

**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120  - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

64. Lacking knowledge or information, therefore denied, as to "As she felt unable to escape."  Denied as to "abuse."  Admitted as to "Jasmine officially withdrew... August 13th, 2020."

65. Legal conclusion that does not call for a response, therefore denied.

66. Lacking knowledge or information, therefore denied.

## CAUSES OF ACTION

## FIRST CAUSE OF ACTION
### Failure to Accommodate under Title III of the ADA
### (Against Defendant KU)

67.     Defendant adopts, by reference, the responses to the preceding Factual Allegations (¶¶ 23-66).

68.     Denied as phrased. Also, legal conclusion that does not call for a response, therefore denied.

69. Legal conclusion that does not call for a response, therefore denied.

70. Denied.

71. Denied.

72. Denied.

73. Admitted.

74. Denied.

75. Denied.

**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120  - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

76. Denied.

77. Denied.

## SECOND CAUSE OF ACTION
### Violation of Section 504 of the Rehabilitation Act
### (Against Defendant KU)

78. Defendant adopts, by reference, the responses to the preceding Factual Allegations (¶¶ 23-66).

79. Denied as phrased.  Also, legal conclusion that does not call for a response, therefore denied.

80. Denied.

81. Denied.

82. Denied.

## THIRD CAUSE OF ACTION
### Retaliation in Violation of Title V of the ADA
### (Against Defendant KU)

83. Defendant adopts, by reference, the responses to the preceding Factual Allegations (¶¶ 23-66).

84. Denied as phrased.  Also, legal conclusion that does not call for a response, therefore denied.

85. Admitted.

86. Denied.

**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120  - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

87. Denied.

88. Denied.

89. Denied.

90. Denied.

## FOURTH CAUSE OF ACTION
### Retaliation in Violation of Section 504 Rehabilitation Act
### (Against Defendant KU)

91. Defendant adopts, by reference, the responses to the preceding Factual Allegations (¶¶ 23-66).

92. Denied as phrased.  Also, legal conclusion that does not call for a response, therefore denied.

93. Admitted.

94. Denied.

95. Denied.

96. Denied.

97. Denied.

## FIFTH CAUSE OF ACTION
### Interference in Violation of Title III of ADA
### (Against Defendant KU)

98.     Defendant adopts, by reference, the responses to the preceding Factual Allegations (¶¶ 23-66).

**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120  - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

99.      Denied as phrased.  Also, legal conclusion that does not call for a response, therefore denied.

100.      Admitted.

101.      Denied.

102.      Denied.

103.      Denied.

104.      Denied.

105.      Denied.

## SIXTH CAUSE OF ACTION
### Interference in Violation of Section 504 of the Rehabilitation Act
### (Against Defendant KU)

106.      Defendant adopts, by reference, the responses to the preceding Factual Allegations (¶¶ 23-66).

107.      Denied as phrased.  Also, legal conclusion that does not call for a response, therefore denied.

108.      Admitted.

109.      Denied.

110.      Denied.

111.      Denied.

112.      Denied.

**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120  - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

113.     Denied.

## SEVENTH CAUSE OF ACTION
### Breach of Contract
### (Against Defendant KU)

114.     Defendant adopts, by reference, the responses to the preceding Factual Allegations (¶¶ 23-66).

115.     Denied as phrased. Also, legal conclusion that does not call for a response, therefore denied.

116.     Denied.

117.     Denied.

## EIGHTH CAUSE OF ACTION
### Breach of Duty of Good Faith and Fair Dealing
### (Against Defendant KU)

118.     Defendant adopts, by reference, the responses to the preceding Factual Allegations (¶¶ 23-66).

119.     Denied as phrased. Also, legal conclusion that does not call for a response, therefore denied.

120.     Legal conclusion that does not call for a response, therefore denied.

121.     Denied.

122.     Denied.

**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120 - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

123.     Denied.

124.     Denied.

## NINTH CAUSE OF ACTION
### Breach of Express Warranties
### (Against Defendant KU)

125.     Defendant adopts, by reference, the responses to the preceding

Factual Allegations (¶¶ 23-66).

126.     Denied as phrased.

127.     Denied as phrased.

128.     Denied.

129.     Denied as phrased.

130.     Denied as phrased.

131.     Denied.

132.     Denied.

133.     Denied.

## TENTH CAUSE OF ACTION
### Negligent Misrepresentation
### (Against Defendant KU)

134.     Defendant adopts, by reference, the responses to the preceding

Factual Allegations (¶¶ 23-66).

**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120 - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

135.     Denied as phrased. Also, legal conclusion that does not call for a response, therefore denied.

136.     Denied.

137.     Denied.

138.     Denied.

139.     Denied.

## ELEVENTH CAUSE OF ACTION
### Deceptive and Unfair Trade Practices
### Fla. Stat. § 501.201
### (Against Defendant KU)

140.     Defendant adopts, by reference, the responses to the preceding Factual Allegations (¶¶ 23-66).

141.     Denied.

142.     Denied.

143.     Denied.

144.     Denied.

145.     Denied.

146.     Denied as phrased.

147.     Denied as phrased.

148.     Denied as phrased.

149.     Denied.

**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120  - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

150.    Without knowledge or information as to "Shortly after returning to her home," therefore denied.  Denied as phrased as to all else.

151.    Denied.

152.    Denied.

153.    Denied.

154.    Denied.

155.    Denied.

## TWELFTH CAUSE OF ACTION
### Unjust Enrichment
### (Against Defendant KU)

156.    Defendant adopts, by reference, the responses to the preceding Factual Allegations (¶¶ 23-66).

157.    Denied as phrased.  Also, legal conclusion that does not call for a response, therefore denied.

158.    Denied as phrased.

159.    Denied.

160.    Denied.

## THIRTEENTH CAUSE OF ACTION
### Unjust Enrichment
### (Against Defendants Decker, Gentry, Presto, Trindle, and KU)

161.     Defendants adopt, by reference, the responses to the preceding

Factual Allegations (¶¶ 23-66).

162.     Denied.

    a.  Denied.

    b.  Denied.

    c.  Denied.

    d.  Denied.

    e.  Denied.

163.     Denied.

164.     Denied.

165.     Denied.

166.     Denied.

## DEFENDANTS' AFFIRMATIVE DEFENSES

1.  Plaintiff failed to make any request for a reasonable

modification/accommodation, and therefore, Plaintiff is not entitled to

any relief for Defendants' alleged failure to grant a reasonable modification/accommodation.

2. Plaintiff's claims are barred as the alleged requested accommodations/modifications would result in undue burdens, including but not limited to undue administrative and financial burdens.

3. Plaintiff's claims are barred because Plaintiff failed to enter into the interactive process of good faith discussions with the Defendants in an effort to reach a resolution on reasonable accommodations/modifications.

4. Plaintiff's claims are barred because the alleged requested reasonable accommodations/modifications are not readily achievable.

5. Plaintiff's claims are barred because removal of the alleged barriers would fundamentally alter the nature of Defendants' public accommodation, and the services, programs, and activities provided therein.

6. Plaintiff's claims are barred because the programs, services, activities, facilities, privileges, advantages, or accommodations Plaintiff contends that she has been barred from receiving are readily available to her through alternative methods.

7.  To the extent that it is determined that Plaintiff properly requested accommodations, Keiser provided Plaintiff with reasonable accommodations.

8.  Plaintiff's claims for breach of contract, breach of duty of good faith and fair dealing, and breach of express warranties are barred because they amount to claims for educational malpractice, which is not a cognizable claim under Florida law.

9.  Plaintiff's claims are barred because Defendants provided Plaintiff with legally sufficient alternative options, only for Plaintiff to reject the attempts.

10. Plaintiff's tort claims are a recast of her causes of action based on breach of contract, and therefore barred by the Independent Tort Doctrine.

11. Granting Plaintiff's relief requested would not be in the public interest.

12. The covenant of good faith and fair dealing does not apply where the contract's express terms define the permissibility of the conduct.

13. Plaintiff's own negligence, and circumstances over which the Defendants had no control, either caused, or contributed to causing, the

**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120  - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

alleged loss, injury, or damage, and therefore her recovery – if any – must be reduced to the extent of same.

14. Any loss, injury, or damage suffered by the Plaintiff was pre-existing.

15. If any recovery is awarded to Plaintiff against the Defendants, it shall be reduced by the value of any collateral sources paid and/or payable to Plaintiff.

16. Plaintiff has failed to mitigate, minimize, or avoid her damages and to the extent she has done so, she is not entitled to a recovery from the Defendants.

17. Any loss, injury, or damage suffered by the Plaintiff was caused by a third party and/or parties not within the control of the Defendant and, therefore, the Plaintiff cannot recover damages from the Defendant. The identity of any such third party and/or parties has not yet been ascertained but will be disclosed as discovery progresses.

18. While Defendants do not concede that an intervening/superseding cause is an affirmative defense, Defendants recognize that it is local practice to plead an intervening/superseding cause as an affirmative defense. In an abundance of caution, therefore,

**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120  - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

Defendants allege that Defendants are not liable to Plaintiff because of the actions or inactions of other persons or entities, whether natural or super-natural, that constitute intervening and/or superseding causes of Plaintiff's alleged damages and/or that were not under the care, custody, or control of Defendants. Specifically, Defendants allege that it is not liable due to Acts of God that caused or contributed to that which is alleged in Plaintiff's applicable complaint.

19. The Defendants reserve the right to amend their affirmative defenses as discovery reveals additional information.

## JURY TRIAL DEMANDED

Defendants hereby demand that any and all issues raised in this case shall be resolved by jury trial.

## CLAIM FOR ATTORNEYS' FEES AND COSTS

Defendants are entitled to recover attorneys' fees and costs from Plaintiff in the event they are the prevailing party in this action pursuant to 42 U.S.C. §3613.

WHEREFORE, Defendants respectfully request that this Court enter judgment in their favor and award them the attorneys' fees and costs incurred

**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120 - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

in defending against Plaintiff's claims and for any other relief that this Court

deems just and proper.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of January 2022, a true and

correct copy of the foregoing has been furnished by electronic filing with the

Clerk of the court via CM/ECF, which will send notice of electronic filing to

all counsel of record.

> COLE, SCOTT & KISSANE, P.A.
> *Counsel for Defendants KEISER*
> *UNIVERSITY; PROFESSOR BROOKE*
> *DECKER; PROFESSOR AMBERLYN*
> *GENTRY; DEAN HAROLD TRINDLE;*
> *PROGRAM DIRECTOR KIMBERLY*
> *PRESTO*
> Esperante Building
> 222 Lakeview Avenue, Suite 120
> West Palm Beach, Florida 33401
> Telephone (561) 383-9229
> Facsimile (561) 683-8977
> Primary e-mail:
> justin.sorel@csklegal.com
> Secondary e-mail:
> shayna.sehayik@csklegal.com
> Alternate e-mail:
> patricia.betit@csklegal.com
>
> By:   *s/ Shayna T. Sehayik*
> JUSTIN C. SOREL
> Florida Bar No.:  0016256
> SHAYNA T. SEHAYIK
> Florida Bar No.: 1024096