UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JASMINE HUNGERMAN,

      Plaintiff,

v.                                                            Case No: 8:21-cv-318-MSS-JSS

KEISER UNIVERSITY, BROOKE
DECKER, HAROLD TRINDLE,
KIMBERLY PRESTO, JOHN DOE 1-
100 and AMBERLYN GENTRY,

      Defendants.

_____/

## ORDER

Plaintiff moves for Special Admission to allow Kimberly Dodson to appear *pro hac vice* as her counsel pursuant to Middle District of Florida Local Rule 2.01(c). (Dkt. 42.)  Upon consideration, the court finds that the requirements of Local Rule 2.01 regarding special admission have been met.  Accordingly, it is **ORDERED** that Plaintiff's Unopposed Motion for Special Admission (Dkt. 42)  is **GRANTED**.

In accordance with Local Rule 2.01(c), counsel, if she has not done so already, is directed comply with the requirements for obtaining and maintaining general admission before this court as set forth in Local Rule 2.01 within fourteen (14) days of this order.[1]  Counsel is also reminded that any attorney who appears in this Court

---

[1] Counsel may obtain a password for CM/ECF from the Court by accessing the Court's website, www.flmd.uscourts.gov, and clicking on CM/ECF.  After registering for CM/ECF, counsel must also register an e-mail address.

pursuant to Middle District of Florida Local Rule 2.01 "must remain familiar with, and is bound by, the rules governing the professional conduct of a member of The Florida Bar."  M.D. Fla. Local R. 2.01(e).

       **ORDERED** in Tampa, Florida, on May 19, 2022.

                                   JULIE S. SNEED
                         UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record