# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| JASMINE HUNGERMAN | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   8:21-cv-00318-MSS-JSS |
| KEISER UNIVERSITY, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Jasmine Hungerman                                                                                     .

Date:     05/20/2022                                              s/ Kimberly Dodson
                                                                                    *Attorney's signature*

                                                        Kimberly Dodson, Alabama Bar No. 0487-L58D
                                                                            *Printed name and bar number*

                                                                    Law Office of Keith Altman
                                                            33228 West 12 Mile Road, Suite 375
                                                                    Farmington Hills, MI 48334
                                                                                    *Address*

                                                                kimberlydodson@kaltmanlaw.com
                                                                                *E-mail address*

                                                                            (248) 987-8929
                                                                            *Telephone number*

                                                                                *FAX number*