UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **JASMINE HUNGERMAN,**<br>*Plaintiff,*<br><br>v.<br><br>**KEISER UNIVERSITY, PROFESSOR BROOKE DECKER, PROFESSOR AMBERLYN GENTRY, DEAN HAROLD TRINDLE, PROGRAM DIRECTOR KIMBERLY PRESTO, AND DOES 1-100;**<br>*Defendants.* | Case No: 8:21-cv-00318-MSS-JSS<br><br>HON. MARY SCRIVEN |

## NOTICE OF LEAD COUNSEL DESIGNATION

**PLEASE TAKE NOTICE,** that the undersigned attorney, Keith Altman, is to be the designated Lead Counsel on behalf of the Plaintiff, Jasmine Hungerman, in this action.

Dated: May 23, 2022          Respectfully Submitted,

/s/ *Keith Altman*
Keith Altman, Esq.
Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
Tel: (248) 987-8929
keithaltman@kaltmanlaw.com
*Attorney for Plaintiff, Jasmine Hungerman*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 23, 2022, I electronically filed the above document with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing to all registered counsel.

                                        /s/ *Keith Altman*
                                        Keith Altman