UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LORIDA
TAMPA DIVISION

JASMINE HUNGERMAN,                   CASE NO.: 8:21-cv--00318-MSS-JSS

        Plaintiff,

v.

KEISER UNIVERSITY, PROFESSOR
BROOKE DECKER, PROFESSOR
AMBERLYN GENTRY, DEAN HAROLD
TRINDLE, PROGRAM DIRECTOR
KIMBERLY PRESTO, and DOES 1-100,

      Defendants
_____/

## NOTICE OF LEAD COUNSEL DESIGNATION

**PLEASE TAKE NOTICE,** that the undersigned attorney, Justin C. Sorel, Esq. is to be the designated Lead Counsel on behalf of the Defendants, KEISER UNIVERSITY, PROFESSOR BROOKE DECKER, PROFESSOR AMBERLYN GENTRY, DEAN HAROLD TRINDLE, and PROGRAM DIRECTOR KIMBERLY PRESTO.

Dated: June 7, 2022

                                                  Respectfully Submitted,

                                                  /s/ Justin C. Sorel_____
                                                  Justin C. Sorel, Esq.
                                                  Cole Scott & Kissane P.A.
                                                  222 Lakeview Avenue,
                                                  Suite 120
                                                  West Palm Beach, FL 33401
                                                  Tel: (561) 383-9229
                                                  Justin.sorel@csklegal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of June 2022, a true and correct copy of the foregoing has been furnished by electronic mail, to **KEITH ALTMAN,** The Law office of Keith Altman, 33228 West 12 Mile Road, Suite 375, Farmington Hills, Michigan, 48334, keithaltman@kaltmanlaw.com; *Attorney for Plaintiff Jasmine Hungerman.*

        COLE, SCOTT & KISSANE, P.A.
Counsel for Defendant KEISER UNIVERSITY, PROFESSOR BROOKE DECKER, PROFESSOR AMBERLYN GENTRY, DEAN HAROLD TRINDLE and PROGRAM DIRECTOR KIMBERLY PRESTO
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 383-9229
Facsimile (561) 683-8977
Primary e-mail: justin.sorel@csklegal.com
Secondary e-mail: shayna.sehayik@csklegal.com
Alternate email: patricia.betit@csklegal.com

By:  s/ Shayna T. Sehayik
JUSTIN C. SOREL
Florida Bar No.: 16256
SHAYNA T. SEHAYIK
Florida Bar No.: 1024096