IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:21-cv-00318-MSS-JSS

JASMINE HUNGERMAN,

Plaintiff,

v.

KEISER UNIVERSITY; PROFESSOR
BROOKE DECKER, PROFESSOR
AMBER GENTRY, DEAN HAROLD
TRINDLE; PROGRAM DIRECTOR
KIMBERLY PRESTO; and DOES 1-100,

    Defendants.

_____/

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

The Defendants – KEISER UNIVERSITY, PROFESSOR BROOKE DECKER, PROFESSOR AMBERLYN GENTRY, DEAN HAROLD TRINDLE, and PROGRAM DIRECTOR KIMBERLY PRESTO ("Defendants") – by and through undersigned counsel, hereby file their Certificate of Interested Persons and Corporate Disclosure Statement as follows.

We hereby disclose the following:

1.) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in this case:

- Jasmine Hungerman, Plaintiff

- KAL, K ALTMAN LAW, The Law Offices of Keith Altman, Counsel for Plaintiff
- Keiser University, Defendant
- Professor Brooke Decker, Defendant
- Professor Amberlyn Gentry, Defendant
- Dean Harold Trindle, Defendant
- Program Director Kimberly Presto, Defendant
- Cole, Scott & Kissane, P.A., Counsel for Defendants

2.) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3.) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditor's committee, the twenty largest unsecured creditors) in bankruptcy cases:

None.

4.) The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Jasmine Hungerman; however, Defendants deny she is entitled to any relief.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential

2

**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120  - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

conflict of interest involving the District Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: August 10, 2022  Respectfully submitted,

      s/ Shayna T. Sehayik
      JUSTIN C. SOREL
      Florida Bar No.: 0016256
      SHAYNA T. SEHAYIK
      Florida Bar No.: 1024096

COLE, SCOTT & KISSANE, P.A.
Counsel for Defendants KEISER UNIVERSITY; PROFESSOR BROOKE DECKER; PROFESSOR AMBER GENTRY; DEAN HAROLD TRINDLE; PROGRAM DIRECTOR KIMBERLY PRESTO
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 383-9229
Facsimile (561) 683-8977
Primary e-mail: justin.sorel@csklegal.com
Secondary e-mail: shayna.sehayik@csklegal.com
Alternate e-mail:  patricia.betit@csklegal.com

6566.0025

CASE NO.: 8:21-cv-00318-MSS-JSS

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on August 10, 2022 with the Clerk of the Court by using the CM/ECF System. We also certify that the foregoing is being served this day on all counsel of record via transmission of the Notice of Electronic Filing generated by CM/ECF. Kimberly Dodson, Esq., Keith Altman, Esq., The Law Office of Keith Altman, 33228 West 12 Mile Road, Suite 375, Farmington Hills, Michigan 48334, kimberlydodson@kaltmanlaw.com, keithaltman@kaltmanlaw.com, loricrusselle@kaltmanlaw.com, liti@kaltmanlaw.com, brandengulla@kaltmanlaw.com, michellebenvenuto@kaltmanlaw.com.

s/ Shayna T. Sehayik
JUSTIN C. SOREL
Florida Bar No.: 0016256
SHAYNA T. SEHAYIK
Florida Bar No.: 1024096

COLE, SCOTT & KISSANE, P.A.
Counsel for Defendants KEISER UNIVERSITY; PROFESSOR BROOKE DECKER; PROFESSOR AMBER GENTRY; DEAN HAROLD TRINDLE; PROGRAM DIRECTOR KIMBERLY PRESTO
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 383-9229
Facsimile (561) 683-8977
Primary e-mail: justin.sorel@csklegal.com
Secondary e-mail: shayna.sehayik@csklegal.com
Alternate e-mail: patricia.betit@csklegal.com

6566.0025