UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JASMINE HUNGERMAN

    Plaintiff,

v.                                       Case No. 8:21-CV-00318-MSS-JSS

KEISER UNIVERSITY, PROFESSOR
BROOKE DECKER, PROFESSOR
AMBERLYN GENTRY, DEAN HAROLD
TRINDLE, PROGRAM DIRECTOR
KIMBERLY PRESTO, AND DOES 1-100,

    Defendants.
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff JASMINE HUNGERMAN ("Plaintiff") by and through undersigned counsel, hereby files the required Certificate of Interested Persons and Corporate Disclosure Statement as follows:

I hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

- Jasmine Hungerman, Plaintiff

- The Law Office of Keith Altman (a/k/a K Altman Law), Counsel for Plaintiff
- Keiser University, Defendant
- Professor Brooke Decker, Defendant
- Professor Amberlyn Gentry, Defendant
- Dean Harold Trindle, Defendant
- Program Director Kimberly Presto, Defendant
- Cole, Scott & Kissane, P.A., Counsel for Defendants

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

None.

4. The name of each victim (individual and corporate), including every person who may be entitled to restitution:

- Jasmine Hungerman, Plaintiff

5. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

Dated: August 10, 2022

Respectfully Submitted,

/s/ *Keith Altman*
Keith Altman, Esq. (*admitted pro hac vice*)
Kimberly Dodson, Esq. (*admitted pro hac vice*)
THE LAW OFFICE OF KEITH ALTMAN
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
Tel: (248) 987-8929
keithaltman@kaltmanlaw.com
kimberlydodson@kaltmanlaw.com

*Attorneys for Plaintiff, Jasmine Hungerman*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 10, 2022, I electronically filed the above document with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing to all registered counsel.

                                    /s/ *Keith Altman*
                                    Keith Altman