UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:21-cv-00318-MSS-JSS

JASMINE HUNGERMAN,

     Plaintiff,

v.

KEISER UNIVERSITY; PROFESSOR
BROOKE DECKER; PROFESSOR
AMBERLYN GENTRY; DEAN
HAROLD TRINDLE; PROGRAM
DIRECTOR KIMBERLY PRESTO; and
DOES 1-100,

     Defendants.

_____/

**<u>DEFENDANTS' EXPERT WITNESS LIST</u>**

COME NOW Defendants, KEISER UNIVERSITY, PROFESSOR BROOKE DECKER, PROFESSOR AMBERLYN GENTRY,  DEAN HAROLD TRINDLE, and PROGRAM DIRECTOR KIMBERLY PRESTO by and through the undersigned attorneys, pursuant to the Case Management and Scheduling Order (Docket Entry #49), and hereby files Defendants' Expert Witness List and states:

    1.    Dr. David A. Fishbain, M.D., Distinguished, F.A.P.A.
           3798 Matheson Avenue
           Miami, FL 33133

Dr. Fishbain is expected to testify as to his findings and opinions based on the interview and psychiatric tests performed during his psychiatric medical evaluation on the Plaintiff, his review of discovery, Plaintiff's deposition transcript, and Plaintiff's medical records and/or any other records referenced in his report.  Dr. Fishbain is also expected to rebut Plaintiff's experts.  Dr. Fishbain's expert report, including his CV, have been provided to Plaintiff's counsel.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 15th day of December 2022, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendants KEISER UNIVERSITY;*
*PROFESSOR BROOKE DECKER;*
*PROFESSOR AMBERLYN GENTRY; DEAN*
*HAROLD TRINDLE; PROGRAM DIRECTOR*
*KIMBERLY PRESTO*
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 383-9229
Facsimile (561) 683-8977
Primary e-mail: justin.sorel@csklegal.com
Secondary e-mail:
shayna.sehayik@csklegal.com
Alternate e-mail: patricia.betit@csklegal.com

By:    *s/ Justin C. Sorel*
       JUSTIN C. SOREL
       Florida Bar No.:  0016256
       SHAYNA T. SEHAYIK
       Florida Bar No.: 1024096