UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:21-cv-00318-MSS-JSS

JASMINE HUNGERMAN,

    Plaintiff,

v.

KEISER UNIVERSITY; PROFESSOR BROOKE DECKER; PROFESSOR AMBERLYN GENTRY; DEAN HAROLD TRINDLE; PROGRAM DIRECTOR KIMBERLY PRESTO; and DOES 1-100,

    Defendants.

_____/

## JOINT MOTION TO APPOINT NEW MEDIATOR

COMES NOW Plaintiff JASMINE HUNGERMAN, and Defendants, KEISER UNIVERSITY; PROFESSOR BROOKE DECKER; PROFESSOR AMBERLYN GENTRY; DEAN HAROLD TRINDLE; PROGRAM DIRECTOR KIMBERLY PRESTO (hereinafter, collectively "Parties"), and pursuant to the Federal Rules of Civil Procedure, hereby file this Joint Motion to Appoint New Mediator and state as follows:

1

1. The Case Management and Scheduling Order identifies the mediator as John W. Salmon, Esq. from Salmon & Dulberg Dispute Resolution. Docket Entry #49.

2. Given Mr. Salmon's lack of availability prior to the mediation deadline of February 28, 2023 the Parties jointly request the Court appoint a new mediator.

3. The Parties have agreed on Karen Evans-Putney, Esq. of Litigation Resolution, Inc. to serve as mediator.

4. The Parties have worked with Ms. Evans-Putney to schedule mediation on February 28, 2023, within the deadline for mediation provided by the Court.

**WHEREFORE**, the Parties jointly request that this Honorable Court grant their instant Joint Motion to Appoint New Mediator and appoint Karen Evans-Putney, Esq. as mediator and such other and further relief this Honorable Court deems just and proper.

Respectfully submitted,

Dated: February 6, 2023

By: /s/ Kimberly Dodson
Kimberly Dodson, Esq.
Counsel for Plaintiff
The Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48331
Telephone: (947)366-0021
kimberlydodson@kaltmanlaw.com

Dated: February 6, 2023            By: /s/ Justin C. Sorel
                                                   Justin C. Sorel, Esq.
                                                   Counsel for Defendants
                                                   Cole, Scott & Kissane, P.A.
                                                   222 Lakeview Ave., Suite 120
                                                   West Palm Beach, FL 33401
                                                   Telephone: (561) 383-9229
                                                   justin.sorel@csklegal.com

4