UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO: 8:21-cv-00318-SCRIVEN/SNEED

JASMINE HUNGERMAN,

    Plaintiff,

v

KEISER UNIVERSITY, BROOKE DECKER,
HAROLD TRINDLE, KIMBERLY PRESTO,
and AMBERLYN GENTRY,

    Defendants.

_____/

### REPORT OF MEDIATION

A mediation conference was held on February 28, 2023 for the above-referenced matter. Mediator KAREN EVANS-PUTNEY conducted the proceedings via ZOOM. All parties and their respective counsel were present.

- _____ A complete agreement was reached.
- _____ A partial agreement was reached.
- __X__ No agreement was reached.
- _____ The mediation was adjourned until _____.

_____
Karen Evans-Putney, Mediator

February 28, 2023
Date