UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:21-cv-00318-MSS-JSS

JASMINE HUNGERMAN,

    Plaintiff,

v.

KEISER UNIVERSITY; PROFESSOR
BROOKE DECKER; PROFESSOR
AMBERLYN GENTRY; DEAN
HAROLD TRINDLE; PROGRAM
DIRECTOR KIMBERLY PRESTO; and
DOES 1-100,

    Defendants.
_____/

## DEFENDANTS' MOTION TO SUBMIT VIDEO IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT BY ALTERNATIVE MEANS

Defendants KEISER UNIVERSITY, PROFESSOR BROOKE DECKER, PROFESSOR AMBERLYN GENTRY, DEAN HAROLD TRINDLE, and PROGRAM DIRECTOR KIMBERLY PRESTO ("Defendants"), by and through undersigned counsel, submit the following Motion to Submit Video in Support of Defendants' Motion for Summary Judgment, and in support thereof, state as follows:

1. Plaintiff alleges that the Keiser University failed to provide Plaintiff with a reasonable accommodation in violation of the Americans with Disabilities Act and Section 504 of the Rehabilitation Act. Docket Entry #40 at ¶¶67-82.

2. The Defendants are preparing a Motion for Summary Judgment. Dispositive motions are due March 24, 2023. Docket Entry #49.

3. As part of Defendants' Statement of Material Facts in support of Defendants' Motion for Summary Judgment, Defendants would like to cite to, and submit to the Court for consideration, a video of a Zoom meeting between Plaintiff and Ms. Presto wherein the alleged request for accommodation occurred. This will allow the Court to hear what actually occurred at the meeting.

4. The Defendants cannot upload the video as an exhibit to Defendants' Motion for Summary Judgment as the CM/ECF does not allow videos to be uploaded as exhibits to motions.

5. As a result, the Defendants request leave of Court to submit the video as an exhibit to Defendants' Motion for Summary Judgment by alternative means, i.e. in a manner other than CM/ECF, and instruct the Defendants the manner in which to submit the video to the Court.

6. Defendants will be prejudiced if unable to submit this evidence in support of Defendants' Motion for Summary Judgment.

WHEREFORE, for the foregoing reasons, Defendants KEISER UNIVERSITY, PROFESSOR BROOKE DECKER, PROFESSOR AMBERLYN GENTRY, DEAN HAROLD TRINDLE, and PROGRAM DIRECTOR KIMBERLY PRESTO, respectfully request that this Court permit submission of the video in support of Defendants' Motion for Summary Judgment by alternative means, i.e. in a manner other than CM/ECF, and instruct the Defendants the manner in which to submit the video to the Court.

### Local Rule 3.01(g) Certification

Counsel for Defendants herein certifies that he has conferred with Plaintiff's Counsel and Plaintiff's counsel has indicated she has no objection to the relief sought herein.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of March 2023, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendants KEISER UNIVERSITY; PROFESSOR BROOKE DECKER; PROFESSOR AMBERLYN GENTRY; DEAN HAROLD TRINDLE; PROGRAM DIRECTOR KIMBERLY PRESTO*

        Esperante Building
        222 Lakeview Avenue, Suite 120
        West Palm Beach, Florida 33401
        Telephone (561) 383-9229
        Facsimile (561) 683-8977
        Primary e-mail: justin.sorel@csklegal.com
        Alternate e-mail: patricia.betit@csklegal.com

By: *s/ Justin C. Sorel*
     JUSTIN C. SOREL
     Florida Bar No.: 0016256

6566.0025-00/23296533