UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:21-CV-00318-MSS-JSS

JASMINE HUNGERMAN,

        Plaintiff,

vs.


KEISER UNIVERSITY, PROFESSOR
BROOKE DECKER, PROFESSOR
AMBERLYN GENTRY, DEAN HAROLD
TRINDLE; PROGRAM DIRECTOR
KIMBERLY PRESTO, and Does 1-100,

        Defendants.
_____/




DEPOSITION OF JASMINE HUNGERMAN
APPEARING REMOTELY FROM LAWRENCEVILLE, GA




Wednesday, September 28, 2022
10:00 a.m. - 5:30 p.m.




Stenographically Reported By:
Maria Bartlett, FPR
Florida Professional Reporter
Appearing remotely from Broward County, Florida



EXHIBIT
A
_____

Jasmine Hungerman
September 28, 2022

1    timeframe of our meeting, yes, sir.

2         Q    Which instructors?

3         A    It was Professor Gentry, Dr. Gentry, Professor

4    Decker.  I don't think Dr. John was there.  I don't

5    think Dr. Brown was over there.  I think possibly

6    Dr. Johnson.

7         Q    And --

8         A    And with that being said -- I apologize for

9    interrupting you.

10        Q    Go ahead.

11        A    I can understand why they said that because --

12   shortly after my withdrawal, because I only had about

13   two months left of the program before my graduation,

14   which this was another reason why I had to move, but

15   anyway, going back to what I was saying, is that it was

16   brought to my attention on multiple occasions through

17   Facebook, through multiple forms of social media, phone

18   calls that the eight students that graduated from the

19   program were all offered positions.

20        Q    At the clinical sites?

21        A    Yes, sir.

22        Q    So the campus you attended was Lakeland,

23   correct?

24        A    Yes, sir.

25        Q    When did you start taking classes at the

Jasmine Hungerman
September 28, 2022

1   Lakeland Campus?

2       A     I believe it was March of '19.

3       Q     Okay.  So you didn't complete the associate

4   science in nursing program because you moved to the BSN

5   program, right?

6       A     Yes, sir.  I completed the courses that I had

7   started prior to, though.

8       Q     And the BSN program you said started

9   January 2020?

10      A     Yes, sir, right at the beginning of January.

11      Q     And that was the Lakeland Campus as well,

12  right?

13      A     Yes, sir.

14      Q     And Brooke Decker was one of your professors

15  at the Lakeland Campus?

16      A     Yes, sir.

17      Q     Was that the ASN program or BSN program?

18      A     She was in the BSN program.  I had not yet

19  gotten to any of the nursing courses of the program with

20  the ASN.  I was enrolled with the program, but I'm not

21  sure who the nursing instructors were for the ASN

22  program.

23            But this was -- like I said before, this was

24  the first time they were doing the BSN program so I

25  don't know if these were new instructors or not.  I had

Jasmine Hungerman
September 28, 2022

```
1        Q     Let me ask you this:  Professor Gentry was one
2   of your professors at the Lakeland Campus for the BSN
3   program, right?
4        A     Yes, sir.
5        Q     How many classes did you take with Professor
6   Gentry?
7        A     I took professional nursing one and two.  I
8   took nursing quality and safety.  I took two the first
9   semester.  I took pharmacology with her the second
10  semester.  So three, three classes I had with her.
11       Q     Harold Trindle was a dean at the Lakeland
12  Campus while you were at Keiser?
13       A     Yes, sir.
14       Q     Do you know what he was the dean of, the dean
15  of what?
16       A     The BSN program.  He was in charge.  He was
17  the head person in charge of our program and then
18  Director Presto was under him.
19       Q     Right.  Kimberly Presto was the BSN program
20  director at Lakeland?
21       A     Yes, sir.
22       Q     At some point were you elected class
23  president?
24       A     Yes, sir, the very beginning of the program.
25       Q     Now, is this class president of like the whole
```

Jasmine Hungerman
September 28, 2022

1  had helped him, I had found him and helped him through

2  not following through and kind of worked with him with a

3  lot of stuff.  Because he and I both have PTSD, we both

4  worked with the military, I could relate to a lot of his

5  issues that he was going through and everything, and the

6  instructors and us talked about all of these things

7  together.

8          So that was during -- I wanted to relay that

9  information because that was during the first semester

10  before I moved on to the second semester with

11  Ms. Decker.

12      Q    Let me ask you:  The meeting with Trindle and

13  Presto about Ms.~Decker, when did that meeting occur, do

14  you remember?

15      A    We had multiple meetings, which one are you

16  referring to?

17      Q    You said you had a meeting with Trindle and

18  Presto about the issue with Decker and that she failed

19  you on a paper and wouldn't explain what you did wrong.

20      A    Yes, sir.  That was in March or April --

21  March -- it was in the April timeframe, I believe.

22      Q    Of 2020?

23      A    Yes, sir.

24      Q    Okay.  And then the meeting where Presto

25  didn't find fault in the paper and Ms. Decker couldn't

Jasmine Hungerman
September 28, 2022

1   to keep going through all the problems that I was going

2   through.

3        Q    Let me ask you this because I know you

4   mentioned the word "retaliation" during this deposition.

5   I believe -- well, part of your claim is that Professor

6   Decker retaliated against you; is that right?

7        A    Yes, sir.

8        Q    Okay.  What action did you take that you're

9   claiming she retaliated against you for?

10       A    I'm not sure I understand your question.

11       Q    Well, when you're saying she retaliated

12   against you, correct me if I'm wrong, but the way I take

13   that is that you did something that she didn't like and

14   then she treated you poorly in retaliation for you doing

15   something; is that fair?

16       A    So --

17       Q    Well, first answer my question.  Do you

18   understand that?

19       A    That's what I'm trying to ask you.  So what

20   I'm understanding that you're trying to ask me is, what

21   did I do prior to for her to do the things that she did

22   to me, is that what you're asking me?

23       Q    Yeah.  I'm asking you -- you're saying she

24   retaliated against you.  My question is:  She retaliated

25   against you for doing what is your claim?

Jasmine Hungerman
September 28, 2022

1        A      For asking for help, for going to Ms. Presto,

2    for going to Dean Trindle, for asking for help because

3    things got worse every time that I went to them for

4    help.

5               And then on another occasion that I failed to

6    mention earlier is that when Ms.~Decker was proctoring

7    one of our exams, we're not supposed to have any sound

8    at all, and we all had an online exam.  This was during

9    the Covid timeframe.

10              So all of us took this exam.  This was a very,

11   very important exam, and if we didn't pass it, we were

12   going to get terminated from the program, and Ms.~Decker

13   was proctoring this exam.

14              And during the timeframe, all of the students

15   were not allowed to mute their computers or make any

16   noise or anything like that.  And while we were taking

17   this exam, it was 70 questions in 70 minutes, and there

18   were dogs barking, there was -- Sundia was yelling in

19   Creole at somebody, and there was other people yelling

20   and it was a big mess.  And needless to say, I wasn't

21   the only one that had failed the exam, but I had failed

22   that exam.

23        Q      Okay.  Back to the --

24        A      And I did bring that to the attention of

25   Ms.~Presto because I had asked Ms.~Decker about it

Jasmine Hungerman
September 28, 2022

```
 1    because I said, "Is there anyway that we can take this
 2    test again where there's no interference, there's no
 3    noise," because Ms. Decker never said anything to stop
 4    the noise or anything, and Ms.~Decker told me no.
 5            So I brought this to the attention of
 6    Ms. Presto, and Ms.~Presto said she would look into it
 7    and get back with me.
 8            Well, in turn, instead of getting a 60 on the
 9    grade, I ended up getting a 50, and Ms.~Decker sent me a
10    academic notice and told me that I had to sign it -- and
11    it was a failure to achieve, and she told me that I had
12    to sign this because I didn't pass that test.
13            And I had told her and Ms.~Presto, I said, "I
14    do not feel comfortable signing this because I don't
15    think that it was proctored correctly and we weren't
16    supposed to have any interference, and I don't
17    understand why I got a worse grade for that either."
18    But all of these things that continued on and on, I felt
19    like Ms.~Decker was retaliating against me.
20       Q    So you said she retaliated against you for
21    asking for help.  You mean asking for help from her
22    directly?
23       A    No, for -- when I did ask her for help, she
24    wouldn't help me but because --
25       Q    I'm asking you what the retaliation is based
```

Jasmine Hungerman
September 28, 2022

```
 1    on.  You said asking for help and going to Trindle and

 2    Presto.  So my question is -- let me finish.  So my

 3    question is:  When you're saying "Asking for help," are

 4    you saying asking for help from Professor Decker on

 5    assignments or are you saying asking for help to Trindle

 6    and Presto?

 7              MS. DODSON:  Objection.

 8    BY MR. SOREL:

 9         Q    Go ahead.

10         A    I'm sorry.

11         Q    Go ahead.

12         A    Okay.  Yes, sir.

13              I felt as if she was retaliating against me

14    with that aspect of it because I was going to her

15    supervisors and letting them know how I was being

16    treated and what was going on, what I was experiencing

17    and all the problems that I was having because things

18    were getting worse every time after I would talk with

19    them.  She was treating me worse.

20         Q    Okay.  And how would she treat you worse after

21    you spoke with them?

22         A    She would make my grades worse, she would

23    change my grades, she was increasing my workloads, she

24    was adding more things on, she was having me redo

25    assignments, more assignments.  She was telling me that
```

Jasmine Hungerman
September 28, 2022

1    I wasn't turning assignments in when I was turning them

2    in and I'd have to resubmit them over again.  The

3    comments that she would make in class.  She was refusing

4    to help me with things that I really needed help with

5    because this was important, this was extremely

6    important.  And like I said before, she was in total

7    control over me being able to get through this program.

8         Q    One of the things -- one of the things that

9    you claim is that Professor Decker falsified your

10   grades; is that right?

11        A    Yes, sir.

12        Q    How did she falsify your grades?

13        A    Well, the biggest thing is in the end when I

14   was withdrawing from the program, and I saw all of my

15   grades in there because we have access to all of our

16   grades, and she had put zeros in things, she changed

17   grades around.  She was the only instructor -- she was

18   the only instructor that did that, that changed them

19   around and put zeros on all of the things that I wasn't

20   even there to take.  All the other instructors put lines

21   through because I wasn't even there to take these tests

22   and assignments and things like that.

23        Q    So are you talking about the classes that you

24   withdrew from?

25        A    I'm talking about both, while I was in them

Jasmine Hungerman
September 28, 2022

1   meeting?

2       A    Yes, sir, that was the Zoom meeting that I was

3   explaining earlier that Ms.~Presto and I had had at my

4   home.

5       Q    Okay.  On that Zoom meeting was it just you

6   and Ms.~Presto?

7       A    On the Zoom meeting itself, yes, sir.  But in

8   its entirety, I don't know who else she had around her

9   at the time, but I had -- my husband was at the table

10  sitting with me and my children were at home but they

11  were in their rooms at the timeframe.  They did come out

12  at the end because they were trying to figure out what

13  was wrong.  They kept hearing -- hearing me all upset.

14      Q    Okay.  It was this meeting -- this is the

15  meeting where you asked for another instructor?

16      A    Yes, sir.  That was the last day of my class,

17  was that day and for simulation and the Zoom meeting

18  with Ms.~Presto.

19      Q    The last day of which class?

20      A    All of my -- the whole program, that was the

21  last day.

22      Q    That was the last day and then you withdrew

23  right after that you mean?

24      A    Yes, sir, because I couldn't -- Ms.~Presto

25  wouldn't help and she made it very clear in that Zoom

Jasmine Hungerman
September 28, 2022

1    meeting that I needed to deal with it and that she

2    wasn't going to have Ms.~Decker be replaced with another

3    instructor.  And all that I was asking for, all that I

4    really wanted her to do was -- we had other instructors.

5    We had Dr. Johnson, we had Dr. John, we had Dr. Brown.

6    We had other instructors that were there that could come

7    and sit in and take her place while I was taking -- I

8    asked -- I requested for tests and for the simulations.

9         Q    That's what I'm going to ask you.  So your

10   request for another instructor related to when you took

11   tests and simulations, right?

12        A    Personally, I wanted another instructor in its

13   entirety to make me feel safe, but I knew that that was

14   not going to be a realistic option because they only

15   have so many instructors and it was made clear to me

16   that they weren't.  So I opted for what I thought was

17   most important for me to be able to push forward and not

18   become so ill that I felt that I was going to die.

19        Q    Okay.  But I want to be clear on this.  At

20   this meeting --

21        A    Yes, sir.

22        Q    -- did you request to have a new instructor

23   for all aspects of the class or did you just ask for a

24   new instructor to proctor tests and simulations?

25        A    I believe it was for tests and simulations.

Jasmine Hungerman
September 28, 2022

1    Q    Okay.  And this request to have another

2  instructor proctor tests and simulations, are you

3  claiming that this is -- that was an accommodation

4  request because of a disability you had?

5    A    Yes, sir.

6    Q    Okay.  What disability is that?

7    A    Well, I suffer from PTSD because of a lot of

8  trauma that I've encountered, a lot of emotional trauma,

9  sexual abuse trauma, abandonment trauma.

10   Q    Now, during that meeting did you tell Director

11  Presto that the reason you wanted another instructor to

12  proctor the tests and simulations is because of your

13  PTSD?

14   A    During that meeting, no.  I stated that it was

15  because I felt unsafe, that being around Ms. Decker made

16  me feel unsafe, and because I was having panic attacks

17  and because of my anxiety.

18        In previous meetings I have talked with her

19  about my PTSD.  She was well aware of all of my mental

20  health issues before the program even started.

21   Q    But in those meetings where you talked to her

22  about your PTSD, in those meetings, prior to this one,

23  you had not asked for a different instructor to proctor

24  tests and simulations, correct?

25   A    Correct.  I did not ask for other instructors

Jasmine Hungerman
September 28, 2022

1    until this Zoom meeting.

2        Q    Right.

3            Did you ever put this request for a different

4    instructor for tests and simulations, did you ever put

5    it in writing?

6        A    In writing?  Not for a request for another

7    instructor, no, sir.

8        Q    Okay.

9        A    I've put things in writing and verbally for

10   request for help because of the issues that I was having

11   and because of my PTSD and because of all the problems

12   that I was having emotionally and physically.

13       Q    I'm asking for this specific request, it was

14   verbal to Director Presto, right?

15       A    Yes, sir.  It was verbal on the recorded Zoom

16   meeting.

17       Q    I'm going to show you -- can you see this

18   document on your screen.  It says "physical performance

19   standards"?

20       A    Yes, sir.  I actually can't see the rest of

21   it.  Can you scroll down, please?

22       Q    Yep.

23       A    Okay.  Yes, sir.  I'm aware of this paper.

24       Q    Okay.  Is this something that you fill out

25   like -- kind of like forms to fill out before the

Jasmine Hungerman
September 28, 2022

```
1    program starts?
2         A    Yes, sir.  We had several forms.  This one,
3    actually, we had to take -- this was with our physical
4    forms.  Physicians fill these out and then we were to
5    hand all of this -- this is only part of it, though,
6    that you're showing me.  There's others that went with
7    it.  And we were to hand these in to Ms.~Presto prior to
8    the program starting in January.
9         Q    Okay.  And under the "cognitive/mental
10   factors" there's a table here, and it has three columns,
11   but two of them say, "Job essential, yes, and job
12   essential, no," and then it has x'es in the boxes; is
13   that right?
14        A    Yes, sir.
15        Q    And then the things on the left under
16   "reasoning," those are characteristics -- it's a list of
17   characteristics and then it's saying for the nursing
18   program whether it's a job essential function or not,
19   right?
20        A    Yes, sir.
21        Q    And is that your signature at the end there?
22        A    Yes, sir, it looks like it.
23        Q    Okay.  Dated December --
24        A    Go ahead.
25        Q    Dated December 17, 2019?
```

Jasmine Hungerman
September 28, 2022

```
 1        A    Yes, sir.
 2        Q    Okay.  And let's see.  After the chart -- on
 3   the fourth page, under the chart there in the second
 4   paragraph it says, "The following physical, cognitive
 5   and environmental factors are encountered by the nursing
 6   students in training and by the nurse in the workforce,"
 7   right?  You see the sentence here?
 8        A    Yes, sir, I'm seeing what you're looking at.
 9        Q    Okay.  And then it says, "I" -- and you wrote
10   your name, correct?
11        A    Yes, sir.
12        Q    -- "have read the performance requirements and
13   essential job functions of a graduate nurse and
14   understand the nature of these demands," correct?
15        A    Yes, sir.
16        Q    And it says, "I am able to perform the above
17   accurately, safely and effectively in a reasonable
18   amount of time," and then it says, "check only one" and
19   it has a space for "with a reasonable accommodation or
20   without a reasonable accommodation," right?
21        A    Yes, sir.
22        Q    And you checked the "without reasonable
23   accommodation," correct?
24        A    Yes, sir.
25        Q    Okay.  So you were confirming that you could
```

Jasmine Hungerman
September 28, 2022

```
 1    do the essential job functions listed above without

 2    reasonable accommodation, right?

 3         A    Yes, sir.  During that timeframe I was able to

 4    do those things.  I was also not being treated the way

 5    that I was being treated.

 6              MR. SOREL:  Okay.  I'm going to mark that.

 7         That's Exhibit 6.

 8    BY MR. SOREL:

 9         Q    And then I'm going to show you Exhibit 7.

10              Can you see this document on your screen?

11         A    I can see part of it, yes, sir.

12         Q    Okay.  It's entitled, "Keiser University

13    Bachelor of Science in Nursing" and in parenthesis it

14    says, pre licensure, end parenthesis, program, right?

15         A    Yes, sir.

16         Q    "Healthcare provider assessment of students

17    health status," correct?

18         A    Yes, sir.

19         Q    Okay.  And it says, "Nursing students are

20    required to obtain and provide documentation of the

21    physical examination completed no longer than four to

22    six weeks prior to the start of the first nursing

23    course," right?

24         A    Yes, sir.

25         Q    Okay.  And Dr. Gweneth Davis conducted an
```

Jasmine Hungerman
September 28, 2022

1    that she would provide me information on how to

2    correctly do these things.

3            And watching her with some of the other

4    students, if they had a problem, if they had a question

5    on how to properly do something, on how to properly

6    handle an IV, a catheter, any of -- any concerns that

7    they were having coming to her for questions with, she

8    treated them a lot differently than she treated me.  She

9    would help -- she would be quick to help them but she

10   would not with me.  And she never -- I never heard her

11   make any of the comments to the other students or about

12   the other students that she did with me.

13       Q    Now, you have a negligence claim against

14   Professor Decker individually.  What actions or

15   inactions of Professor Decker do you believe were

16   negligent of her?

17       A    Well, I believe that she didn't provide me

18   with a proper education that she was supposed to provide

19   me with.  I also believe that with her knowing about my

20   health issues and the fact that my health issues were

21   getting worse, like my nausea, my vomiting, my

22   headaches, my nightmares, my flashbacks, everything that

23   I came to her and talked to her about and told her

24   personally that they were getting worse because of

25   everything, but she continued doing what she was doing.

Jasmine Hungerman
September 28, 2022

1          And I think the fact that -- I believe the

2   fact that as many times that I went and asked for help

3   and her -- nobody wanted to help me there, nobody would

4   do anything about anything.   And I think that if they

5   did from the get-go, then maybe it would have been

6   nipped in the bud, maybe she would have not treated me

7   that way, but she did.

8       Q    Okay.   I know we talked a lot about Professor

9   Decker.   So I just want to ask you, any issues that you

10  have with Professor Decker that we have not talked

11  about?

12      A    I believe I disclosed everything that I can

13  think of that happened during the school timeframe.

14          I do still battle ongoing issues because of

15  everything that I went through and I even moved out of

16  the whole state of Florida to try to get away from it.

17      Q    We're going to talk about that later.

18          Let's move on.   So now I'm going to talk about

19  Professor Gentry, okay?

20      A    Yes, sir.

21      Q    So we talked about Professor Decker, we're

22  moving on to Professor Gentry.

23          You have an issue with the manner in which you

24  were treated by Professor Gentry as well, correct?

25      A    Yes, sir.

Jasmine Hungerman
September 28, 2022

```
 1        Q    Okay.  I know in your interrogatory responses
 2   you claim, as it relates to Professor Gentry, a hostile
 3   environment, bulling, discrimination and retaliation; is
 4   that right?
 5        A    Yes, sir.
 6        Q    Okay.  With Professor Gentry, how did
 7   Professor Gentry maintain a hostile environment?
 8        A    Well, during the first semester, as I had
 9   explained previously, with relaying information back and
10   forth from the students to the instructors, and as I
11   explained earlier, it was only Professor Decker and
12   Professor Gentry that became agitated whenever I was
13   communicating this information to them.
14             When I'd communicate the information to
15   Ms.~Gentry, we would talk after class, in front of the
16   classroom.  We also talked multiple times out in the
17   hallway.  She shared an office with some of the other
18   instructors and I had -- she never invited me in the
19   office, we always just met out in the hallway or in the
20   classroom and we communicated over the phone.
21             But towards the first semester when we're
22   communicating in the classroom and out in the hallway,
23   while I'm relaying the information to her, she would
24   become agitated, she would angerly state, "I don't have
25   any answers to their questions, I don't know why they're
```

Jasmine Hungerman
September 28, 2022

```
1    asking me these questions."  And she would state, "We

2    don't even know what we're doing half the time."

3           And it kind of went on and on with that, and,

4    of course, you know, the classmates were becoming

5    frustrated because they didn't have the answers to their

6    questions as I was explaining earlier.

7           And it kind of came to the point where she was

8    telling me, "I don't even want to hear about anything,

9    don't tell me anything."

10          And then after meetings that I had -- you

11   know, when I was explaining that I had talked to Dean

12   Trindle and Ms.~Presto about the issues that I was

13   experiencing, they -- she had said that they had told

14   her that from now on, and this was a little bit further

15   on, that if the students had -- because of all the

16   issues that it was causing, if the students had

17   questions and concerns that they needed to go straight

18   to the instructor because it was just way too much.

19          But she -- she didn't want to hear any of that

20   stuff.  She was very dismissive, she was very angry and

21   short in her comments, and then it's -- before I go on,

22   I can't remember what else, if you asked me a second

23   question or not, I'm sorry.

24      Q    I was just asking with the hostile work

25   environment for Professor Gentry, how Professor Gentry
```

Jasmine Hungerman
September 28, 2022

```
 1        A     Yes, sir.

 2        Q     Okay.  Any claim that Professor Gentry

 3   retaliated against you?

 4        A     Yes, sir.

 5        Q     What action did you take that Professor Gentry

 6   retaliated against?

 7        A     Having meetings with Professor -- excuse me,

 8   with Director Presto and Dean Trindle.

 9        Q     Okay.  And what actions did Professor Gentry

10   take that were in retaliation to your meetings?

11        A     That's when her grade changes had started.

12        Q     Okay.  Well, we already talked about the grade

13   changes?

14        A     Yes, sir.

15        Q     And what's your basis for belief that the

16   grade changes were as a result of the meetings with

17   Presto and Trindle?

18        A     Because it happened right after those

19   meetings.  And I do recall -- earlier you asked me a

20   question about if she would have known or if somebody

21   would have known about my meetings or Ms.~Presto having

22   any meetings with Dean Trindle, and I did just remember

23   that Ms.~Presto did send announcements sometimes about

24   she's going to be out for a specific timeframe, she's in

25   a meeting with whomever, be it Dean Trindle, Dean
```

Jasmine Hungerman
September 28, 2022

1    whomever, she would send announcements.  I wouldn't know

2    what she was saying, I can't say if they knew what she

3    was saying.

4         Q    Fair you have no idea what those announcements

5    said?

6         A    Right, yes, sir.

7         Q    You also claim negligence against Professor

8    Gentry.  So what actions or inactions of Professor

9    Gentry do you believe were negligent?

10        A    The fact that she was changing my grades with

11   the Wiki, the fact that she wasn't providing --

12   providing education in the fact -- I mean, the

13   instructor couldn't even explain to us which book we

14   needed to be using for the course, which drugs we would

15   have for which week's timeframe.  Like I said, we had

16   about 180 drugs so...

17             And coming to her for help, yes, as in your

18   email, she would state this about if you're using book

19   one, it would be in here, or two, you will have to look

20   someplace else for help.  That's how she was when I

21   would come to her for help or coming to her if there was

22   problems with the Respondus, the tech company, then it

23   was basically out of luck.

24        Q    Okay.  Any other issues with Professor Gentry

25   that we haven't talked about?

Jasmine Hungerman
September 28, 2022

1        Q     Well, the first semester, what months are

2    those, January to what?

3        A     January to May is the first semester.

4        Q     Do you know if at any point she did report to

5    Dean Trindle the issues that you were complaining about?

6        A     Yes, sir, because she wanted to have a meeting

7    with all of us together.

8        Q     And when did that meeting take place?

9        A     Approximately -- approximately, April,

10   beginning of April when we all had a meeting together,

11   March or April.  I'm sorry, I can't remember which

12   timeframe because I had so many meetings.

13       Q     Okay.  You have a negligence claim against

14   Ms.~Presto also.  So what actions or inactions of

15   Ms.~Presto do you believe are negligent?

16       A     The most important is that she wouldn't help

17   me.  I came to her, asked her so many times to help and

18   she wouldn't help and things continued to escalate.

19       Q     When you say, "She wouldn't help you," I mean,

20   what did you want her to do that she didn't do?

21       A     I wanted her to stop the treatments that I was

22   enduring.

23       Q     By Decker and Gentry?

24       A     Yes, sir.

25       Q     Any other issues with Ms.~Presto that we have

Jasmine Hungerman
September 28, 2022

1      A     Dean Calvert, yes, sir.  Kavanaugh, I'm sorry.

2      Q     That's what I was going to ask you, if that

3   was the same person or not.  So you mean Dean Kavanaugh?

4            When you were saying "Dean Calvert," you meant

5   "Dean Kavanaugh"?

6      A     Now, you got me confused in my head.  That's

7   the only time I spoke with her was that -- my last day,

8   Dean Kavanaugh.

9      Q     Okay.  You also have a negligence claim

10  against Dean Trindle individually.  What actions or

11  inactions of Dean Trindle do you believe are negligent?

12     A     Just like we discussed, him knowing about the

13  problems that I was having and the continued harassment,

14  the continued retaliation, the continued problems that I

15  was having physically and emotionally.

16           I sat right there in his office.  I've cried

17  to him on the telephone.  I told him what all was going

18  on.  I told him how it was affecting my family.  I

19  even -- I even told him -- I said -- I said Chad

20  Chronister wouldn't let the Sheriff's Office employees

21  treat each other like this.

22     Q     Okay.  So as it relates to Dean Trindle for

23  the negligence, it's knowing the problems you were

24  having and not stopping them; is that what you're

25  saying?

Jasmine Hungerman
September 28, 2022

```
 1              MS. DODSON:  Objection.

 2       A    Yes.

 3  BY MR. SOREL:

 4       Q    Is that a yes?

 5       A    Yes, sir.

 6       Q    Okay.  Any issues with Dean Trindle we haven't

 7  talked about?

 8       A    No, sir.

 9       Q    Okay.  Now, so I've asked you about the

10  negligence of Decker, Gentry, Presto and Trindle.

11              Are there any actions or inactions by any

12  other Keiser employees that you believe were negligent?

13       A    Whomever Dean Trindle was supposed to report

14  to.

15       Q    Well, do you know if Dean Trindle reported to

16  anybody else?

17       A    He did not tell me that he reported to anybody

18  else.

19       Q    So you don't have any knowledge whether Dean

20  Trindle's superior knew of your issue, right?

21       A    Right.  I just don't understand why it would

22  continue going on and on.

23       Q    So we talked about the accommodation of not

24  having Professor Decker proctor the exams and

25  simulations, right?
```

Jasmine Hungerman
September 28, 2022

```
 1    request?
 2            MS. DODSON:  Objection.
 3        A    I pretty much begged them to help me in anyway
 4    that they could help me.
 5    BY MR. SOREL:
 6        Q    And when you say "begged them to help," you're
 7    talking about to stop the behavior of the professors,
 8    right?
 9        A    Yes, sir.
10        Q    Did you ever fill out a form and submit it to
11    Keiser for an accommodation request?
12        A    There were no forms to fill out for
13    accommodation request.
14        Q    Okay.  So the answer to that is no?
15        A    Correct, yes, sir.
16        Q    Did you ever submit to Keiser any
17    documentation from a medical provider that you needed an
18    accommodation due to a disability?
19        A    No, sir.
20        Q    Now, one of your -- so one of your claims is a
21    breach of a contract.  Are you aware of that?
22        A    Yes, sir.
23        Q    Okay.  What contract are you claiming that
24    Keiser breached?
25        A    Basically, the whole reason why I went to
```

Jasmine Hungerman
September 28, 2022

```
1    Keiser.  They offered me these grand opportunities of
2    what they described to me, these wonderful opportunities
3    with the best educational experience possible.
4              They also said that I would get a great job at
5    Lakeland Hospital or AdventHealth, that I'd be
6    guaranteed a position at the end of my program upon
7    graduation.  They didn't tell me all of this was going
8    to happen.
9         Q    Are you aware of any document that you believe
10   is a contract between you and Keiser that they breached?
11        A    The documents that I signed for enrollment
12   during registration, along with my financial documents.
13        Q    Okay.  So the enrollment and registration
14   documents.  So what terms of those documents do you
15   believe that Keiser breached?
16        A    That they would provide an education, they
17   also stated that they would provide it in a safe
18   environment.
19        Q    Okay.  And the financial documents, what terms
20   of the financial documents do you believe Keiser
21   breached?
22        A    In terms of that, I was talking about like a
23   business transaction.  They were providing services that
24   they stated that they'd be providing, and I'm paying for
25   the services, and I didn't receive the services.
```

Jasmine Hungerman
September 28, 2022

1        Q      Okay.  Any other contracts or terms that you
2    believe they breached other than those?
3        A      My transcripts.
4        Q      Are we talking about the withdraw/fail issue
5    again?
6        A      Yes, sir.
7        Q      Okay.  Anything else?
8        A      I think that -- I think that covers it, the
9    registration.
10       Q      Now, you also claim that Keiser made
11   representations and expressed warranties to you which
12   you relied on when you determined to enroll in the BSN
13   program; is that right?
14       A      Yes, sir.
15       Q      What representations and warranties were made
16   to you by Keiser that you relied on to enroll?
17       A      That my courses would all be transferable, and
18   they also had told me that I'd be guaranteed a position
19   when I graduated with their partnered facilities, with
20   AdventHealth and Lakeland Regional Hospital.
21       Q      Now, who told you the courses were
22   transferable?
23       A      The adviser and program director at the
24   beginning of the meeting because she brought up the fact
25   that the places that they're partnered with, they also

Jasmine Hungerman
September 28, 2022

1        Q      Any other representations or warranties you

2    relied on that we haven't talked about?

3        A      The rest of my future, I relied on that with

4    them.

5        Q      What I'm asking you is, representations or

6    warranties made by Keiser to you that you relied on in

7    order to enroll in the BSN program.

8             We talked about the transferable courses, we

9    talked about guaranteed employment.  Anything else other

10   than those?

11       A      No, sir.

12       Q      Okay.  You also claim that Keiser

13   misrepresented material facts as to how the program

14   would be operated and how the conduct of their employees

15   would be evaluated.

16             What material facts as to how the program

17   would be operated were misrepresented by Keiser?

18       A      When they were starting the BSN program, they

19   would tell us what classes were going to be, where they

20   were going to be schedule-wise.  They were constantly

21   changing that up.

22             And they also, like I said, stated in the

23   beginning, told us that we were going to be the guinea

24   pigs, and that they were going to be using us as

25   examples because they had never done this before.  So it

Jasmine Hungerman
September 28, 2022

```
 1        Q     And one of the things you're looking for is a

 2   loss of future earning as a registered nurse, correct?

 3        A     Yes, sir.

 4        Q     And you withdrew from Keiser, correct?  We

 5   talked about that.

 6        A     Yes, sir.

 7        Q     Let me show you because I think you mentioned

 8   this document.

 9              MR. SOREL:  This will be Exhibit 13.

10   BY MR. SOREL:

11        Q     Do you see this letter on your screen?

12        A     Yes, sir.

13        Q     And is that your signature at the bottom

14   there?

15        A     Yes, sir.

16        Q     Okay.  It's dated August 24, 2020?

17        A     Yes, sir.

18        Q     You sent it to the registrar of the Lakeland

19   Campus?

20        A     No, sir.  I hand-delivered it to the school at

21   the front door.  Dean Trindle's husband -- I apologize,

22   but I cannot recall his name -- was the one who I handed

23   it to.

24        Q     But the letter is -- the letter is addressed

25   to the registrar?
```

Jasmine Hungerman
September 28, 2022

1        A     Yes, sir.

2        Q     And it says in here the last day that you

3   attended the campus was Thursday, August 13, 2020?

4        A     Yes, sir.

5        Q     You were not dismissed from the BSN program by

6   Keiser, correct?

7        A     Correct, yes, sir.

8        Q     I know you mentioned this before, but how much

9   of the program, of the BSN program did you have left to

10  complete?

11       A     I believe it was two months.

12       Q     Okay.  And was there a specialty as a nurse

13  that you were planning on working towards?

14       A     Yes, sir.  Anesthesiology in the surgeon

15  aspect.  I had a -- I had a great plan.  I really wanted

16  to work for the VA with my husband being in the military

17  and going there, the Tampa VA area.  The James Haley has

18  a really nice facility over there and that's where I

19  really wanted to spend my career.

20       Q     What is a nurse specializing in

21  anesthesiology, what do they do?

22       A     During surgeries that patients come in for,

23  you deliver their medications, you monitor them, you

24  make sure that there's no complications during the

25  surgeries, you communicate with the doctors.

Jasmine Hungerman
September 28, 2022

1      Q     Prior to your withdrawal, did you have any job

2    offers for nursing?

3      A     No, sir.

4      Q     Did you -- after you withdrew, did you attempt

5    to go to another school to complete a bachelor's in

6    science in nursing program?

7      A     Yes, sir.

8      Q     Okay.  How many schools?

9      A     It was USF, University of Tampa, University of

10   Phoenix, and I also checked HCC.  I want to say there

11   was another one but I can't recall the name right now.

12     Q     So USF, just so it's clear for the record,

13   that's University of South Florida, right?

14     A     Yes, sir.

15     Q     And HCC is Hillsborough Community College?

16     A     Yes, sir.

17     Q     Did you apply to any of these schools?

18     A     I did not apply.  I met with financial

19   advisers -- excuse me, academic advisers.

20     Q     Which schools did you meet academic advisers

21   at?

22     A     Those schools that I just said, the USF, the

23   University of Florida, the University of Phoenix and

24   HCC.

25     Q     Oh.  Did you say University of Florida or do

Jasmine Hungerman
September 28, 2022

```
1    you mean at University of South Florida?

2         A    Both of those.

3         Q    So you -- so it's University of Florida and

4    South Florida?

5         A    Yes, sir.

6         Q    Okay.  And you met with the academic adviser

7    for every one of those schools?

8         A    I spoke with them.  I didn't go there

9    personally.  I spoke with them.

10        Q    Fair enough.

11             And so the academic adviser for University of

12   South Florida, what did they say?

13        A    They all had informed me of the same.

14        Q    What was that?

15        A    They all basically said the same thing, and

16   that was looking at my transcript that I was unable to

17   attend any of their programs because there's a grading

18   requirement, a GPA requirement.

19             Each school has a certain GPA requirement to

20   get into their programs.  Just like Keiser with being

21   chosen into the program, you have to be accepted into

22   the program and meet certain requirements academic-wise.

23             Also, because of the funding that I had with

24   Keiser University, I would have to -- I would have to

25   undertake paying those off for being able to go to
```

Jasmine Hungerman
September 28, 2022

1   school.  But then the flip side is, even if I paid cash,

2   I still wouldn't be able to attend because of the

3   negative academic record that I have.

4        Q    So they're saying you needed to pay off your

5   Keiser loans in full before you could go to their

6   school?

7        A    To get more -- see, I don't have the cash to

8   be able to pay for classes out-of-pocket so I would need

9   to take funding, I would need to take student loans out.

10       Q    I understand.  I understand.

11            You're saying you needed to pay off your loans

12   from Keiser before you could get more loans?

13       A    Yes, sir.  And I had verified that with the --

14   excuse me.  I had verified that with the financial

15   department of education, the U.S. Department of

16   Education.  I hadn't talk with them about my loans that

17   I had.  And they had verified that with me as well

18   because I don't have a good academic standing and

19   because I withdrew from the courses, I would need to pay

20   those loans off before I would be able to get new loans.

21       Q    I believe you said this but the -- and you

22   claim that if Keiser had put "withdrawal" on your

23   transcript instead of "fail", then you would have had

24   the GPA necessary to continue your education in one of

25   these programs?