## PHYSICAL PERFORMANCE STANDARDS
Essential Functions

| | Never | Sometimes 1 – 30% | Frequently 31 – 75% | Always 76 – 100% | Job Essential Yes | Job Essential No |
|---|---|---|---|---|---|---|
| **SPEECH** | | | | | | |
| Speak with clarity | | | | X | X | |
| Communicate with clarity | | | | X | X | |
| **HEARING** | | | | | | |
| Conversation | | | | X | X | |
| Telephone | | | X | | X | |
| **SIGHT** | | | | | | |
| Natural or corrected | | | | X | X | |
| Depth perception | | | | X | X | |
| Color vision | | | | X | X | |
| **MOBILITY** | | | | | | |
| Lift, push or pull 75 lbs. | | | X | | X | |
| Shoulder | | | | X | X | |
| Arm | | | | X | X | |
| Neck | | | | X | X | |
| Standing | | | | X | X | |
| Move about facility | | | | X | X | |
| Bending | | | X | | X | |
| Crawl, stoop or crouch | | X | | | X | |
| Kneeling | | X | | | X | |
| Running | | X | | | X | |
| Walking | | | X | | X | |
| Climbing | | X | | | X | |
| Stairs | | X | | | X | |
| Other | | X | | | X | |
| **REACHING** | | | | | | |
| Overhead | | | X | | X | |
| In front of body | | | X | | X | |
| Down | | | X | | X | |
| **SITTING** | | | X | | X | |
| **SMELLING** | | | X | | X | |
| **TASTING** | | | X | | X | |
| **FINE MOTOR CONTROL** | | | | | | |
| Hands | | | | X | X | |
| Fingers/Tactile | | | | X | | |
| Wrist | | | | X | X | |
| **COORDINATION** Eye/hand/foot | | | X | | X | |
| **ALLERGIES** Tolerance to latex | | | X | | | X |

## COGNITIVE/MENTAL FACTORS

EXHIBIT B

|  | Job Essential YES | Job Essential NO |
|---|---|---|
| **REASONING** | | |
| Deal with abstract and concrete variable, define problems, collect data, establish facts, and draw valid conclusions. | X | |
| Interpret instructions furnished in oral, written, diagrammatic, or schedule form. | X | |
| Deal with problems from standard situations. | X | |
| Carry out simple to complex instructions. | X | |
| **MATHEMATICS** | | |
| Simple skills: add, subtract, multiply and divide whole numbers and fractions, calculate time, simple measurements, percentages and norms. | X | |
| **READING** | | |
| Complex skills: Comprehend medical records, documents, evaluations, manuals, journals, instructions in use and maintenance of equipment, safety rules and procedures. | X | |
| **WRITING** | | |
| Complex skills: Patient documentation using behavioral objectives, technical terminology | X | |
| Simple skills: Complete English sentences with correct medical terminology for medical record documentation. | X | |
| **REPORTING** | | |
| Orally reports at shift change, care planning conferences, staffing, patient/family conferences, etc. | X | |
| **PERCEPTION** | | |
| Spatial: Ability to perform in the areas of: visual discrimination, figure-ground, spatial relations, position in space, form, visual memory, and visual sequential memory. | X | |
| **CLERICAL** | | |
| Ability to perceive pertinent detail in verbal or tabular material, to observe the difference in copy, to proof | | |

| | | |
|---|---|---|
| read words and numbers, and to avoid perceptual errors in arithmetic computation. | X | |
| **DATA** | | |
| Synthesizing | X | |
| Coordinating | X | |
| Analyzing | X | |
| Compiling | X | |
| Computing | X | |
| Copying | X | |
| Comparing | X | |
| **PERSONAL TRAITS** | | |
| Ability to comprehend and follow instructions | X | |
| Ability to perform simple and repetitive tasks | X | |
| Ability to maintain a work pace appropriate to a given workload. | X | |
| Ability to relate to other people beyond giving and receiving instructions. | X | |
| Ability to influence people | X | |
| Ability to perform complex or varied tasks. | X | |
| Ability to make generalizations, evaluations or decisions without immediate supervision. | X | |
| Ability to accept and carry out responsibility for direction, control, and planning. | X | |
| Ability to adapt approach to individual needs of patients. | X | |
| Ability to conduct self in accordance with professional ethics. | X | |
| Ability to maintain poise and flexibility in stressful or changing conditions. | X | |

## ENVIRONMENTAL FACTORS

| | Job Essential YES | Job Essential NO |
|---|---|---|
| Works indoors | X | |
| Works outdoors | X | |
| Exposure to extreme hot or cold temperature | | X |
| Working at unprotected heights | | X |
| Being around moving machinery | X | |
| Exposure to marked changes in temperature/humidity | | X |
| Exposure to dust, fumes, smoke, gases, odors, mists or other irritating particles | X | |

| | | |
|---|---|---|
| Exposure to excessive noises | X | |
| Exposure to solvents, grease, or oils | X | |
| Exposure to slippery or uneven walking surfaces | X | |
| Working in confined spaces | X | |
| Using computer monitor | X | |
| Working with explosives | | X |
| Exposure to vibration | X | |
| Exposure to flames or burning items | X | |
| Works around others | X | |
| Works alone | X | |
| Works with others | X | |
| SAFETY EQUIPMENT (REQUIRED TO WEAR) | X | |
| Safety glasses | X | |
| Face mask/face shield | X | |
| Ear plugs | | X |
| Hard hats | | X |
| Protective clothing | X | |
| Protective gloves | X | |

These essential functions are in accordance with the Americans with Disabilities Act of the Federal Government. The student is hereby informed of the essential functions and is required to sign the acknowledgement.

The Federal Americans with Disabilities Act (ADA) bans discrimination of persons with disabilities. In keeping with this law, Keiser University makes every effort to ensure quality education for all students and to inform students of the essential functions required by the nursing profession. The following physical, cognitive, and environmental factors are encountered by the nursing students in training and by the nurse in the workforce.

These standards may vary *depending on the specific area of nursing practice*, but may be used as a guideline for demands placed upon the nurse.

I, (print name) Jasmine Hungerman have read the performance requirements and essential job functions of a graduate nurse and understand the nature of these demands.

I am able to perform the above accurately, safely, and effectively in a reasonable amount of time (CHECK ONLY ONE)

_____ WITH reasonable accommodation
__✓__ WITHOUT reasonable accommodation

I understand that it is my responsibility to disclose any need for accommodation and the nature of the accommodations prior to beginning the Nursing program.

Jasmine Hungerman                              12-17-19