

# Keiser University

## Accessibility
## Guide

March 16, 2022



EXHIBIT

C

tabbies

# KEISER UNIVERSITY
## Accessibility and Disability Service Guide

## TABLE OF CONTENTS

ACADEMIC ADJUSTMENT/ACCOMMODATION POLICIES ............................. 3
General Information............................................................................ 3
    Equal Access to Education ..................................................... 3
    Who is Considered Disabled under the Law?.................................. 3
    Reasonable Accommodation................................................... 3
Student with Disabilities Rights and Responsibilities.................................. 4
University Commitment and Support....................................................... 5
    Commitment..................................................................... 5
    Support........................................................................... 5
    Appeal and Complaint Procedures............................................ 6
Communication ................................................................................ 6
Sources and Forms of Documentation ..................................................... 7
Accommodations Review Committee (ARC)............................................... 8
Policies......................................................................................... 9
    Confidentiality and Information Release Policy................................. 9
    Course Substitution Policy ..................................................... 9
    Temporary Disabilities Policy ................................................10
    Calculator Policy ...............................................................10
    Recording Policy ...............................................................10
    Service Animal Policy[6] .......................................................11
    Emotional Support Animal Policy (Flagship Campus/Off-Campus
    Housing Only) ..................................................................14
    Meal Plan Policy (Flagship Campus Only) ...................................18
    Medical Marijuana Policy......................................................18
    Interpreting and Real-Time Speech-to-Text Services Policy..............19
    Alternative Textbook Format Procedure .....................................20
ACADEMIC ADJUSTMENT/ACCOMMODATION PROCEDURES ......................21
CRITERIA FOR DISABILITY DOCUMENTATION ..................................24
    Health Condition, Mobility, Hearing, Speech, or Visual Impairment ...24
    Psychological Disorder.........................................................24
    Traumatic Brain Injury (TBI) .................................................25
    Learning Disabilities (LD).....................................................25
    Attention Deficit Disorder (ADD) or Attention Deficit Hyperactivity
    Disorder (ADHD) ..............................................................26
Disability Registration Agreement .......................................................28
Confidentiality Statement .................................................................30
Request for Adjustments/Accommodations .............................................32
Approved Course Adjustments/Accommodations ......................................34
KU Housing/Off-Campus Accommodation Documentation Form .................36
Alternative Format Textbook Request Form.............................................39

## ACADEMIC ADJUSTMENT/ACCOMMODATION POLICIES

### General Information

### Equal Access to Education

The Rehabilitation Act of 1973 (Section 504), the Americans with Disabilities Act (ADA) of 1990 and its Amendments Act of 2008 state that qualified students with disabilities who meet the technical and academic standards at Keiser University may be entitled to reasonable accommodations. Under these laws, a disability is defined as any physical or mental impairment that substantially limits a major life activity.

The Americans with Disabilities Act of 1990 (ADA) and its Amendments Act of 2008 reinforce the provisions of the Rehabilitation Act and extended coverage to the private sector (Title III) with the extension of access into all aspects of campus life, including communications and other privileges and advantages by requiring that all public facilities, services and communications be accessible to persons with disabilities and that auxiliary aids and services be provided unless such provisions place an undue hardship (defined as significantly difficult or expensive) upon an institution.

Note that in secondary (K-12 settings) education, the focus is primarily on encouraging student success; however, in post-secondary education, the focus is largely on ensuring that students are provided **equal access** to the educational programs. To this end, Keiser University is committed to providing equal access to education by removing unnecessary barriers to enhance each student's ability to demonstrate his or her academic abilities.

### Who is Considered Disabled under the Law?

According to the Americans with Disabilities Act (ADA) of 1990 and its Amendments Act of 2008, a disability is a chronic, long-term, physical or mental impairment that substantially limits one or more major life activities (e.g., walking, sitting, breathing, learning, working, sleeping, etc.). This law also requires an individualized assessment of each case to determine whether a disability exists.  The university is not required to evaluate students or pay for such an evaluation. It is a **student's responsibility** to provide adequate documentation and to request adjustments/accommodations and services.  The University has the right to establish professional criteria to be used in reviewing the documentation.

### Reasonable Accommodation

"Reasonable accommodations" is the term used by the ADA, the Amendment's Act, and the Rehabilitation Act for modifications made to an environment that eliminates or decreases, to a reasonable degree, structural and/or learning barriers that a student might encounter due to his or her disability. Nevertheless, an academic unit is not required to fundamentally alter the nature of its academic program in order to accommodate students. Additionally, Keiser University is committed to providing access to all its programs, activities and services and will either remove physical barriers or enhance access in other ways to enable qualified students to participate in such endeavors.

**Student with Disabilities Rights and Responsibilities**

1) Students with disabilities at KU have a right to:

   a. Reasonable and effective accommodations according to their disability based on adequate documentation
   b. Equal access to educational and co-curricular programs, services, jobs, activities, and facilities available through KU
   c. Respectful treatment
   d. Fair and equitable treatment received by other non-disabled students
   e. Confidentiality in all parts of their documentation and academic records
   f. Information reasonably available in accessible formats

2) Students with disabilities at KU have the responsibility to:

   a. Understand that they are to initiate services with KU
   b. Provide appropriate documentation of their disability to their respective campus president/dean according to the criteria listed in this guide
   c. Understand that they are to request accommodations in a timely manner to ensure that they are in place as soon as possible
   d. Understand that they can make a request for accommodations at any time during their tenure at KU
   e. Work in collaboration with their campus president, dean, and/or with the disability services coordinator (DSC) to determine reasonable accommodations if needed
   f. Advocate for themselves and monitor their own progress; and to alert their campus president/dean and/or disability services coordinator (DSC) if they need assistance with accommodation related issues as soon as possible
   g. Meet with the campus president, dean of academic affairs, and faculty regarding accommodation implementation and/or progress
   h. Abide by the *KU Student Handbook*, and if applicable, program specific handbooks, and to follow program requirements and policies on academic integrity

**University Commitment and Support**

**Commitment**

Keiser University (KU) is committed to promoting access for students with disabilities through a supportive academic and social environment. Faculty, administration, and students work together in partnership to determine students' needs and attempt to see that those needs are met. A student who self-identifies as a person with a disability requiring auxiliary aids/academic adjustments to any staff or faculty member at any time during the student's tenure at Keiser University will be referred to the campus president or dean for assistance. Adherence to this procedure will ensure they obtain the appropriate information; and, if desired by the applicant/student, initiate the formal process for receipt of auxiliary aids and academic adjustments. The auxiliary aids and academic adjustments will be provided at no cost to qualified students with a documented disability.

**Support**

Keiser University complies with Title III of the ADA requiring that no qualified person with disabilities will be excluded from participating in or being denied the benefits of the services or activities of Keiser University due to the nature of a disability. For physically challenged students, Keiser University campuses are either located on ground level or have appropriate elevator service with ramps and designated parking to facilitate easy entry. Restrooms are equipped with wide doorways and bars to ensure wheelchair accessibility.

The following individual is Keiser University's Section 504 Support Person:

**Chris Stabile, EdD BCBA-D**
Behavior Analyst Certification Board No. 1-17-25577
Associate Vice Chancellor of Teaching and Learning/
Disability Services Coordinator (DSC)
Keiser University Office of the Chancellor
1900 W. Commercial Blvd., Suite 180
Fort Lauderdale, FL 33309
(954) 776-4476
cstabile@keiseruniversity.edu

**Appeal and Complaint Procedures**

Applicant students who have been deemed ineligible for reasonable adjustments/accommodations under Section 504 have the right to appeal the decision with Keiser University by filing a written appeal to the campus president who will share it with DSC located in the Chancellor's Office.

Qualified students with disabilities who also feel that they have not been treated appropriately under Keiser University's stated federal policies has the right to file a written complaint. Either a written complaint or a written appeal should be submitted to the president of the campus. These procedures apply only to complaints or appeals received in writing.

- A complaint or an appeal is submitted in person, by U.S. mail, or by fax to the campus president.  Complaints or appeals may not be submitted by email. Complaints or appeals should be dated.

- Within 15 business days after acknowledging receipt of the ADA policy complaint or appeal, the president of the campus will inform the student regarding the institutional response to the written complaint or appeal.

**Communication**

Applicants wishing to avail themselves of special adjustments/accommodations under the Americans with Disabilities Act are encouraged to disclose special needs at the time of enrollment but are not required to do so. In other words, an individual could start the process for requesting accommodations at any point in their course of study at Keiser University; however, it is recommended that this process is started early as possible as **accommodations cannot be implemented retroactively.** Once informed, the university has an obligation to assess the merit of the applicant's request and to verify the authenticity of the stated disability[1].

Keiser University expects an individual with disabilities to take an active role in communicating their needs to the campus president and/or dean to receive the proper ADA information and this guide. In addition, such individuals should consult with the campus president and local program chair to discuss any unique prescriptive qualifications, i.e., the program's Technical Standards and/or other academic and essential requirements via the interactive process.

Furthermore, applicants who are not yet enrolled as students, or the public requesting accommodations while on campus, will be referred to the campus president.

---

[1] Reviewing documentation and arranging for appropriate adjustments/ accommodations takes time, and a delay in following through can result in a delay in receipt of adjustments/accommodations. Thus, it is important that applicants/students disclose to the university their need for accommodations as soon as possible in order to allow enough time to make necessary arrangements.

Applicants requesting more time to take the entrance exam will be required to provide supporting documentation for this request.


### Sources and Forms of Documentation[2]

Documentation is critical in determining suitable adjustment(s)/ accommodation(s). It is a **student's responsibility** to identify themselves as a person with a disability and to provide the university with adequate documentation of the disability from an appropriately licensed professional. This professional should be familiar with you, your disability, and its current functional impact. The documentation must 1) demonstrate how the disability limits your ability to participate in an academic setting, 2) clearly outline the accommodation or academic adjustment requested, 3) be included as part of the application, and 4) be submitted to the campus president for procedural verification. This documentation is provided to the Disability Services Coordinator (DSC) before an adjustment/accommodation is provided. For the detailed outline of specific documentation required by Keiser University, please see the "CRITERIA FOR DISABILITY DOCUMENTATION" section of this guide.

Below are acceptable sources of documentation for substantiating a student's disability and request for accommodations:

> Student's Self-Report
> The student is a vital source of information regarding how he or she may be "limited by impairment." A student's narrative of his or her experience of disability, barriers, and effective and ineffective accommodations is an important tool, along with the information from external or third parties listed below for establishing a disability and a need for accommodation. The narrative may accompany observations and interview notes deliberated through the interactive process with campus-based personnel, such as dean and/or campus president or the DSC.
>
> AND
>
> Information from External or Third Parties
> Diagnostic documentation of the disability from an appropriately licensed professional.  The documentation should demonstrate how the learning disability limits the student's ability to participate in an academic setting, must clearly outline the accommodation or academic adjustment requested, and submitted to the campus president.

---

[2] Keiser University's process and criteria for determining accommodations may not be the same as practiced by other institutions or entities. Thus, if the only source of documentation provided to KU is an accommodation letter or other material from a previous institution's disability services office, a student *may be* asked to include original documentation.

**Accommodations Review Committee (ARC)**

The associate vice chancellor of teaching and learning serves as Keiser University's Disability Services Coordinator (DSC) chairs the Accommodations Review Committee (ARC). Membership includes deans of academic affairs, associate deans, and may include other members of the university deemed appropriate by the DSC. Ex Officio members of the ARC include the vice chancellor of academic affairs and associate vice chancellor of academic affairs. The ARC members will have access to all the documentation pertaining to the student's request for adjustments/accommodations. The ARC will meet within 10 business days of receipt of the student's signed and dated forms requesting accommodation(s) or adjustment(s).

The DSC engages in an interactive process with the student through the campus president and academic dean. The campus president and dean, with guidance from the DSC, in cooperation with the ARC, will help applicants/students regarding their accommodation application.

The student will be sent an Academic Access Letter within 15 business days of receipt of the student's accommodation request.

The student will receive the approved accommodation(s) or adjustment(s) as soon as possible, but no later than 30 business days of the dated Academic Access Letter[3]. This established procedure is to ensure proper and timely disbursement of auxiliary aids and/or academic adjustments to students with disabilities.

---

[3] Students are provided the approved accommodation or adjustment following the dated Academic Access Letter, unless specialized accommodation(s)/adjustment(s)/equipment needs to be ordered and received by the student or university, not to exceed 30 business days. In the interim, the university will provide alternative reasonable supplemental or substitute accommodations to the student pending receipt of the specialized accommodations or equipment. Every effort will be made to provide the approved accommodation(s) or adjustment(s) as expeditiously as possible.

**Policies**

**Confidentiality and Information Release Policy**

Keiser University is committed to ensuring that all disability information regarding a student is maintained as confidential as required or permitted by law.  In most instances, the university will not inform faculty members as to the nature of a student's disability unless it is necessary for providing appropriate adjustments/ accommodations or to protect the health and safety of the student and/or others. Faculty is informed of necessary or appropriate adjustments/ accommodations needed to meet a student's disability-related needs.  A student may give written authorization for the release of diagnostic documentation if he or she wishes to share it with others.

In addition to the usual adjustments/accommodations provided by faculty, the university reserves the right to release supplementary information should there be a need to know. Some common need-to-know scenarios include, but are not limited to the following circumstances:

- a request for a course substitution
- the safety of the student and/or others
- complaint or appeal cases
- special financial aid considerations

Completed Accommodation Request Forms and any documentation of disability are confidential and are stored in a locked file or other secure location under the control of the dean of academic affairs and/or campus president that is separate from the student's permanent student record.

**Course Substitution Policy[4]**

Variance from degree requirements in the form of course equivalency alternatives may be recommended on an individual basis for qualified students with disabilities who have met the academic and technical standards deemed essential to their degree program.  The appropriateness of waiver or modification of course requirements depend on the facts of each case. Substitution for nonessential requirements may be required.

---

[4] Policy excerpt from *Student Services Manual* of Arizona State University.

**Temporary Disabilities[5] Policy**

Services are extended to students with temporary disabilities only for the time that their access to Keiser University classes, coursework, and programs is significantly limited as a direct result of those disabilities. The eligibility process is the same as for permanent disability cases as described in this guide. Temporary conditions include but are not limited to the following circumstances:

- Extended illness
- Complications due to pregnancies
- Recoveries from surgeries that are extensive
- Short term injuries due to accidents including:
  - Broken bones
  - Sprains
  - Concussive conditions

**Calculator Policy[6]**

Keiser University has designated the ARC to determine whether a request for a calculator accommodation, due to a documented disability, is reasonable and necessary.  A decision by the ARC to approve the use of a calculator for appropriate accommodations (in-class assignments or use on math-focused exams/tests/quizzes) is based upon the student's documentation of disability and whether the use of a calculator would fundamentally alter the nature of the exam/test/quiz or course. Approval of the accommodation is determined on a case-by-case basis.  Students should discuss what type of calculator is appropriate for the type of course with their instructor.

A calculator is not an appropriate accommodation under the following circumstances:

- The provision of a calculator fundamentally alters the nature of the exam/test/quiz or course.
- The assessment is designed to measure skills that the calculator would eliminate. Other supportive strategies may be a more appropriate alternative to a calculator.

**Recording Policy**

Recordings (audio and/or visual) of class lectures/labs are only for personal use in study and preparation related to class/lab; students must not share these recordings with any other individual, whether that individual is in class or not; students acknowledge that the recordings are sources used in their academic work; and students agree to destroy any recordings that were made when these recordings are no longer needed.

---

[5] Policy excerpt from *Faculty Guide on Teaching Students with Disabilities* of George Mason University.
[6] Partial policy excerpt from *Instructional Advisement, Student Disability Services* at Indian River State College

**Service Animal Policy[6]**

Policy Statement: Keiser University adheres to the Americans with Disabilities Act (ADA) in allowing use of service animals for students, staffs, and visitors. It is the policy of Keiser University that service animals assisting individuals with disabilities are generally permitted in all facilities and programs on any Keiser University campus except as described below.

Definition: "Service animal" is defined by the ADA, as amended in 2008 and 2010, as "any dog [or miniature horse] that is individually trained to do work or perform tasks for the benefit of an individual with a disability, including physical, sensory, psychiatric, intellectual, or other mental disability. Other species of animals, whether wild or domestic, trained or untrained, are not service animals for the purposes of this definition. The work or task performed by a service animal must be directly related to the individual's disability. Examples of such work or tasks include guiding people who are blind, alerting people who are deaf, pulling a wheelchair, alerting and protecting a person who is having a seizure, reminding a person with mental illness to take prescribed medications, calming a person with Post Traumatic Stress Disorder (PTSD) during an anxiety attack, or performing other duties. Service animals are working animals, not pets. The work or task a dog has been trained to provide must be directly related to the person's disability. Service animals are limited to dogs or miniature horses. Animals whose sole function is to provide comfort or emotional support do not qualify as service animals under the ADA[7].

Where Service Animals are allowed: Under the ADA, State and local governments, businesses, and nonprofit organizations that serve the public generally must allow service animals to accompany people with disabilities in all areas of the facility where the public is normally allowed to go. For example, in a hospital it would be inappropriate to exclude a service animal from areas such as patient rooms, clinics, cafeterias, or examination rooms. However, it may be appropriate to exclude a service animal from operating rooms or burn units where the animal's presence may compromise a sterile environment.

When Service Animals are to be removed: A service animal may be disallowed (asked to leave) from a Keiser University facility or program if the animal's behavior or presence poses a direct threat to the health and safety of others because the animal is not under the control of the owner. Service animals may be also excluded in areas where the presence of a service animal fundamentally alters the nature of a program or activity or is disruptive. This may include, but is not limited to, research labs, areas requiring protective clothing, and food preparation areas. Other circumstances include, service animals found by the university to be out of control and the animal's handler does not take immediate and effective action to control the service animal; service animals that are physically ill; service animals that are unreasonably dirty; service animals that attempt to enter a place on campus where their presence causes danger to the safety of the handler or other students/members of the campus, or where the service animal's safety is compromised. Furthermore, animals not covered under the ADA service animal definition may not be allowed at a Keiser University facility or program.

Students: The University will only be able to ask two questions when it is not obvious what service an animal provides:

[7] Department of Justice Revised ADA Regulations Implementing Title II and Title III

1. Is the animal a service animal required because of a disability?
2. What work or task has the animal been trained to perform?

Administration will not ask for documentation or about the nature of the disability, require medical documentation, require special identification or training documentation for that animal, or ask to witness the animal perform the work or task.

Requirements for the Service Animal:
*Licensing*: Dogs must wear a license tag in the local town/city of the particular Keiser University campus. The handler is responsible for complying with the local dog control and licensing laws.

*Leash:* Dogs must be on a harness, leash, or tether at all times, unless impracticable or unfeasible due to the owner/keeper's disability, or unless such a restraint would interfere with the animal's ability to safely and effectively perform its duties.

*Under Control:* The owner/keeper of a service animal must be in full control of the animal at all times. The care and supervision of a service animal is solely the responsibility of the owner/keeper. The owner/handler may be directed to remove the animal if animal behavior is out of control.  The owner/handler may be asked to leave if the animal is not under the control of the owner.

*Animal Cleanup:* The owner/keeper of a service animal is responsible for independently removing or arranging for the removal of the service animal's waste.

*Care:* The handler is responsible for the costs of care necessary for a service animal's well-being. The arrangements and responsibilities for the care of the service animal is the sole responsibility of the owner at all times, including regular bathing and grooming, as needed.

*Animal Etiquette:* To the extent possible, the handler should ensure that the animal does not:

- Sniff people, restaurant tables or the personal belongings of others
- Display any behaviors or noises that are disruptive to others, unless part of the service being provided the handler
- Block an aisle or passageway for fire exits

Waste Cleanup
Cleaning up after the animal is the sole responsibility of the handler. In the event that the handler is not physically able to clean up after the animal, it is then the responsibility of the handler to hire someone capable of cleaning up after the animal. The person cleaning up after the animal should abide by the following guidelines:

Always carry equipment sufficient to clean up the animal's feces whenever the animal is on campus.

Properly dispose of waste and/or litter in appropriate containers.

Contact staff if arrangements are needed to assist with cleanup. Any cost incurred for doing so is the sole responsibility of the handler.[8]

Removal of Service Animals[9]
Service Animals may be ordered for removal from campus by a security officer or administrator for the following reasons:

*Out of Control Animal:* A handler may be directed to remove an animal that is out of control and the handler does not take effective action to control it. If the improper animal behavior happens repeatedly, the handler may be prohibited from bringing the animal into any university facility until the handler can demonstrate that s/he has taken significant steps to mitigate the behavior.

*Non-housebroken Animal*: A handler may be directed to remove an animal that is not housebroken.

*Direct Threat*: A handler may be directed to remove an animal that KU determines to be a substantial and direct threat to the health and safety of individuals. This may occur because of a very ill animal, a substantial lack of cleanliness of the animal, or the presence of an animal in a sensitive area like a medical facility, certain laboratories or mechanical or industrial areas.

Where a service animal is properly removed pursuant to this policy, KU will work with the handler to determine reasonable alternative opportunities to participate in the service, program, or activity without having the service animal on the premises.

Conflicting Disabilities
Some people may have allergic reactions to animals that are substantial enough to qualify as disabilities. KU will consider the needs of both persons in meeting its obligations to reasonably accommodate all disabilities and to resolve the problem as efficiently and expeditiously as possible.

Public Etiquette towards Service or Assistance Animals
Asking someone if they need assistance because there seems to be general confusion is acceptable. However, the below items should not be asked by anyone on campus.

- Petting a service animal, as it may distract them from the task at hand
- Feeding the service animal
- Deliberately startling a service animal
- Separating or attempting to separate a handler from his/her service animal

---

[8] Excerpt from Service and Assistance Animal Policy of Oregon State University, http://oregonstate.edu/accessibility/serviceanimalpolicy#animalremoval

[9] Excerpt from Service and Assistance Animal Policy of Oregon State University, http://oregonstate.edu/accessibility/serviceanimalpolicy#animalremoval

**Emotional Support Animal[10] Policy (Flagship Campus/Off-Campus Housing Only)**

Emotional Support Animals (ESA) [11] or Comfort Animals may be used as part of a medical treatment plan as therapy animals and determination is made on an individual basis. These animals are not considered service animals under the ADA, which makes them ineligible to bring to campus; however, through the interactive process, alternative accommodations/solutions would be discussed. ESAs only apply to Keiser University's students' residence situations (Flagship/Off-Campus Housing) because ESAs fall under the Fair Housing Act (FHA) rather than ADA.

For animals to be designated as Emotional Support Animals or Comfort Animals, resident students are required to demonstrate that their animal is a reasonable accommodation for an emotional or mental health disability. Demonstrating this need requires documentation[12] from a treating medical or mental health professional certifying that the Emotional Support Animal or Comfort Animal is part of a prescribed treatment plan for the disabling condition and alleviates symptoms or effects of a disability. The documentation must contain the following information, from a qualified provider such as licensed psychiatrist, psychologist, therapist, or mental health professional:

- Diagnosis and treatment history that indicates a continuing therapeutic relationship between the professional and the individual;
- the severity of the condition and its impact on the individual's ability to live in the residence;
- the provider's confirmation that 1) the ESA has been prescribed for treatment purposes, and 2) that there is a recognizable relationship or connection between the disability and the assistance the animal provides to alleviate symptoms associated with the individual's condition.

Residential students must receive approval for their Emotional Support Animal from the Disability Services Office prior to bringing their animal to their residence. With appropriate documentation, ESAs may be permitted to live in the student residence (Flagship/Off-Campus Housing) under the Fair Housing Act (FHA) with the owner responsible for the animal's well-being. Moreover, an ESA should demonstrate a good temperament and show predictable behavior; and, be able to live with others in a reasonable way.

**Note:** Emotional distress resulting from having to give up an animal because of a "no pet" policy does not qualify a person for an accommodation under federal law.

---

[10] Excerpt from *Emotional Support Animals & Service Animals* policy of Eckerd College,

[11] Excerpt from *Emotional Support Animals & Service Animals* policy of Eckerd College,

[12] KU is aware of web-based services that offer to create "ESA letters" for a fee, typically based upon answers to an online survey. Such letters rarely provide sufficient documentation to support a request, and KU generally does not view them as reliable sources of information, please see the criteria for documentation in this guide. Excerpt from Emotional Support Animals policy of Bryn Mawr College.

**Things to Consider When Contemplating an Emotional Support Animal as an Accommodation in Campus/Off-Campus Housing**

1. Time obligation related to care of specific species
2. Time away from the animal, student schedule, lifestyle, other responsibilities
3. Financial cost of food, supplies, veterinarian visits
4. Previous ownership of species or anxiety an animal may experience in a new environment
5. Caring for the animal during school breaks
6. Travel
7. Training of animal (housebroken or litter trained)
8. Ideal time to bring it to campus

I.   **Application Process for Requesting an Emotional Support Animal**
   a. Request for Housing Accommodation Form: Student must complete the ADA guide to officially request a housing accommodation
   b. Disability Documentation Form: Before requesting an Emotional Support Animal, the student must obtain proper disability documentation from a licensed mental health provider and complete the ADA guide.
   c. Vaccination Verification: The student must provide documentation from a veterinarian that verifies all current vaccinations and their expiration dates.
   d. Meeting with Director of Residential Life & Housing and/or Dean of Students: To ensure that all accommodations are met for housing purposes.

II.   **ESA Health Documentation**
   a. Students requesting an ESA in campus housing must provide documentation from a professional veterinarian certifying the ESA is in good health and current on all applicable state and local vaccinations.
   b. The ESA must also have had a general maintenance vaccination series appropriate to the species.
   c. All ESAs must have an annual well care visit with a licensed veterinarian. Applicable animals must wear a current rabies vaccination tag. ESA owners must provide satisfactory documentation of this ongoing compliance for an ESA.[13]
   d. The owner must notify the Interim Dean of Academic Affairs, Dean of Students or the Director of Residential Life & Housing if the ESA is no longer needed or is no longer in the residential facilities.
   e. To replace a previously approved ESA, the owner must complete and submit required documentation within the ADA guide.

---

[13] Excerpt from *Emotional Support Animals & Service Animals* policy of Austin College,

**III.   Approval**

    a.  The Disability Services Coordinator (DSC) will evaluate all documentation and issue a decision regarding the requested ESA. The DSC will notify the student and other appropriate staff members regarding approval status.

    b.  The DSC/ARC reserves the right to request additional information, request a meeting with the student and/or recommend an alternate accommodation in conjunction with the Dean of Academic Affairs and Dean of Students.

**IV.   Denials of Requests for Emotional Support Animals**

    a.  Keiser University is not required to provide accommodations that would pose a direct threat to the health or safety of others. Keiser University may also deny requests that would:

        1.  Result in substantial physical damage to the property of others

        2.  Pose an undue financial and administrative burden on the University

        3.  Fundamentally alter the nature of the campus's residence life operations.

    b.  If the ESA proves to be a disruption to the housing community (unsanitary, dangerous, barking, etc.), then Keiser University reserves the right to revoke the accommodation and/or recommend an alternate accommodation determined in conjunction with the DSC, student, Dean of Academic Affairs, Dean of Students and/or Director of Residential Life & Housing.[14]

**V.   Student Responsibilities with an ESA**

    a.  The ESA must accompany the owner if the owner leaves campus for a prolonged period. The ESA may not be left unattended overnight in the residential facilities to be cared for by another student or a non-student person.

    b.  The ESA will be required to set up an alternative caretaker for the ESA in the event of an emergency that keeps the owner away from campus for a prolong period. The contact information of the alternative caretaker will be filed with campus police.

    c.  When ESAs are left unattended in a student's room, they are required to be stored in a crate, carrier, kennel, or other appropriate enclosure. This containment will allow Keiser University personnel to routinely access the residential facilities for maintenance and other routine tasks without posing a risk to the animal or Keiser University staff.

    d.  The owner will hold Keiser University blameless in the event the ESA goes missing, is injured or dies. Keiser University staff are not responsible for the retrieval of the ESA in the event the animal escapes or becomes lost.[15]

---

[14] Excerpt from *Disability Services* policy of Sullivan University,

[15] Excerpt from *Emotional Support Animals & Service Animals* policy of Austin College,

  e. An ESA must be taken out of the building by way of the shortest and most direct path and must be maintained under standard restraints such as a carrier or collar/harness and leash when outdoors, in public areas, or in transit and must be confined to the residence when not in transit.[16]

**VI. Restricted Areas**
  a. The ESA will remain in the ESA owner's assigned campus room.
  b. ESAs are not permitted in other students' rooms or the common areas of the residential facilities, or in other areas of Keiser University such as classrooms, academic buildings, administrative buildings, libraries, dining services areas, fitness center, etc.

**VII. Removal of Animal**
  a. Keiser University may remove or require the removal of the ESA if it poses a threat to the health or safety of others on campus.
  b. Disrupts the educational environment of Keiser University and/or the residential community.
  c. If the owner does not comply with the rules and responsibilities listed in this policy.
  d. It is the responsibility of the ESA owner to ensure the ESA does not interfere with the quality of life of other residents on campus. This includes noise violations (e.g., barking, or other disruptive noise).[17]

**VIII. Animal Supervision and Plan for Designated School Breaks[18]**
  a. The approved student is the sole caretaker of the ESA at all times. It is expected that the ESA will remain with the student over scheduled school breaks, whether the student chooses to leave campus or remain on campus during those time periods.
  b. In the event of an emergency (i.e. an unanticipated life event), the student should identify an alternate caretaker who agrees to care for the ESA during that time period (i.e. situations expected to last 2-3 days).
  c. At any time that alternate care is provided the student must file the caretaker's name and contact information with the office of Residential Life and Housing and Campus Security who will unlock the residence as needed. Failure to arrange an alternate caretaker may result in the University arranging for the animal to be boarded at the owner's expense.

---

[16] Excerpt from *Emotional Support Animals & Service Animals* policy of Austin College,

[17] Excerpt from *Emotional Support Animals & Service Animals* policy of Austin College,

[18] Excerpt from *Emotional Support Animals & Service Animals* policy of Lycoming College,

**Meal Plan Policy (Flagship Campus Only)**

Reasonable menu accommodations that are medically based with proper documentation will be made if approved through the University's ADA approval process. The Dining Services General Manager and Head Chef work individually with meal plan students that have dietary restrictions at no additional charge. [19]

**Medical Marijuana Policy**

Keiser University prohibits the possession and use of marijuana on all its campuses, including university housing. Marijuana is not permitted on campus because it remains a drug prohibited by Federal law. Federal legislation also prohibits any institution of higher education that receives federal funding from allowing the possession and use of marijuana on campus.

The university continues to enforce its current policies regarding illegal substances or paraphernalia. Students who violate the university's drug policy prohibiting the use or possession of illegal substances or paraphernalia, including medical marijuana on campus, can be subjected to disciplinary action as expressed in the institutional catalog.

---

[19] Excerpt from *Disability & Housing Services* policy of the University of Tampa, http://www.ut.edu/disabilities/housing/

**Interpreting and Real-Time Speech-to-Text Services Policy**

Keiser University makes every effort to secure appropriate providers for deaf and hard of hearing students when such services are requested. Please contact the campus president **as soon as it's known that** deaf or hard-of-hearing services will be needed. These services include, but are not limited to, Captioning-Print (C-Print), Communications Access Real-Time Translation (CART), or American Sign Language Interpreters. Students must work collaboratively with their campus personnel, such as the campus president and/or dean to ensure the educational environment is accessible.

**No Show**

If a student does not show for a scheduled course meeting, tutoring session, or event for which interpretation service has been arranged and fails to notify the campus dean or disability services coordinator (DSC) at least 2 business days in advance, this will be considered a no show. After a second no show per course, it is the **student's responsibility** to arrange a meeting with the campus dean, campus president, and/or DSC to discuss the situation. After a third no show within a single course, scheduled interpretation services may be suspended, or an alternative accommodation may be substituted. To re-instate suspended accommodations, the student must arrange a meeting with the dean, campus president, or DSC to confirm intention to continue classes and re-evaluate needs.  The student may be required to sign an action plan as part of this meeting to ensure that all parties have a clear understanding of needs and responsibilities. Within two business days of the student's meeting with the dean, campus president, or the DSC, the student will be notified of the details of reinstated or substituted accommodations. Failure to comply with the terms of a written action plan regarding interpretation services may result in immediate suspension of interpretation services or the substitution of an alternative service until such time as the student arranges another meeting with the dean, campus president, or DSC.

**Alternative Textbook Format Procedure**

The approved student **should first seek** the required textbook in alternative format. If available in alternative formats from online sellers or the publisher directly, then the student should purchase it. If the textbook is unavailable in an alternative format from these sites, then the approved student should request the required textbooks via the disability services coordinator, who solicits the publisher on behalf of the student. The following process should be followed to request an alternative text from the disability services coordinator:

An approved student must review the course booklist prior to the start of each semester to determine textbook requirements for the upcoming semester. This process is to be repeated for each future semester[20].

The student should purchase the textbook and provide proof of purchase to the campus president and/or dean of academic affairs.

   a. The student should complete and sign the Alternative Format Textbook Request Form for required textbooks and give to the dean.

   b. The dean ensures that the form is correct and then forwards the Alternative Format Textbook Request Form to Dr. C Stabile, cstabile@keiseruniversity.edu who contacts the publisher on behalf of the student.

   c. Once the request form is received, the book will be requested in an alternative format from the publisher.  (Note: Please allow several weeks for the request to be fulfilled).

   d. Once the file is received, the alternative format textbook will be forwarded electronically or via a flash drive to the student, as well as to the campus dean of academic affairs from the disability services coordinator.

   e. If book is delayed or unavailable from publisher, other means will be used to ensure the student gains access to an alternative formatted textbook.

---

[20] As noted above, please check with the publisher's catalog first, as the text might be already available in electronic format. If not, then follow these steps to request the copy through the DSC.

## ACADEMIC ADJUSTMENT/ACCOMMODATION PROCEDURES

A student desiring an academic adjustment/accommodation must submit current documentation as required by the <u>Criteria for Disability Documentation</u> to the campus president. The documentation should state, as determined by an appropriate licensed professional, what reasonable adjustments/accommodations are needed by the student. Academic adjustments/accommodations may be requested by following the review/verification process described below:

1. In addition to the required disability documentation, the following forms **should be** completed as soon as possible after meeting with the campus president:

   A. <u>Disability Registration Agreement</u>
   B. <u>Confidentiality Statement</u>
   C. <u>Request for Adjustments/Accommodations (including Student Self-Report)</u>

   All forms must be signed and submitted to the campus president who will forward the material to the disability services coordinator (DSC).

2. The DSC/ARC engages in an interactive process with the student through the campus president and dean. The campus president and dean, with guidance from the DSC, in cooperation with the ARC, will help applicants/students regarding the accommodation application process.

3. Within 10 business days of receiving the Request for Adjustments/Accommodations (including Student Self-Report), the DSC and ARC will convene to review the documentation and engage in an interactive process with the applicant student regarding what accommodations/academic adjustments are needed by guiding and speaking to campus presidents and deans to reach a decision. During this interaction, the DSC will conduct a preliminary review of submitted documentation. The DSC may instruct the campus president and/or dean to review the required documentation with the applicant student due to a lack of current and recent evidence showing the limitations of the applicant student's disabilities on the academic process. See the resubmission policy below.

Resubmission Procedure:

   i.  Not all accommodations listed by the student and/or healthcare
       professional will be automatically granted. The DSC will conduct a
       preliminary review of the submitted documentation.

   ii. The DSC may instruct the campus president and/or dean to review the
       required documentation with the applicant student due to a lack of
       complete information or current and recent evidence documenting the
       limitations of the applicant student's disabilities on academic learning or
       skill performance. Requests may be resubmitted to their campus president
       or dean when they provide the additional documentation.

4. The DSC/ARC *may* select among equally effective accommodations,
   adjustments, and/or auxiliary aids and services. The DSC/ARC *may* also deny
   a request for accommodations, academic adjustments, and/or auxiliary aides
   and services if the documentation demonstrates that the request is not
   necessary, justified or documented. In addition, with the applicant student's
   permission, the DSC/ARC *may* consult the student's healthcare provider(s), if
   needed, to reach a decision regarding the accommodation request.

5. The DSC/ARC reserves the right to 1) accept documentation which varies
   from the criteria established in this guide, but is professionally sound and of
   high quality, or conversely, may reject documentation viewed as inadequate
   to support the requested adjustment/accommodation; and 2) refuse an
   unreasonable accommodation, adjustment and/or auxiliary aid or services
   that imposes a fundamental alteration of the program or activity or places an
   undue burden on the university.

6. If a request is deemed unreasonable or if the application is deferred, the
   DSC/ARC will communicate with the campus president and dean to explain
   the reason for deferral or ineligibility within 10 business days of receiving the
   Request for Adjustment(s)/Accommodation(s), including Student Self-Report.
   The student is also free to contact the campus president and dean to set up a
   meeting with the DSC/ARC to work collaboratively towards a reasonable
   solution.

7. When a qualified student is determined eligible to receive accommodations or
   adjustments, an Academic Access Letter will be sent to the campus president
   and dean. It is the **student's responsibility** to meet and discuss the
   approved reasonable accommodations with each new instructor of record and
   dean throughout the student's academic career. Accommodations will not be
   initiated prior to this meeting. Students should also obtain a copy of their
   Academic Access Letter from the office of the president or dean. Such
   adjustments/ accommodations will be documented on the Approved Course
   Adjustments/Accommodations form.

8. If a student encounters difficulty with an instructor or other university personnel regarding adjustments/accommodations, the student should bring their concerns to the attention of the campus president. If the campus president is unable to resolve said difficulties, the disability services coordinator (DSC) and vice chancellor of academic affairs will be brought into the discussion to assist with a resolution.

## CRITERIA FOR DISABILITY DOCUMENTATION

The Rehabilitation Act of 1973 (Section 504), the Americans with Disabilities Act (ADA) of 1990 and its Amendments Act of 2008 state that qualified students with disabilities who meet the technical and academic standards of Keiser University may be entitled to reasonable accommodations. Under these laws, a disability is defined as any physical or mental impairment that substantially limits a major life activity. The program for students with disabilities at Keiser University does not provide disability documentation for students. It is a **student's responsibility** to provide appropriate documentation and to request adjustments/accommodations. Appropriate documentation should be current, relevant, and meet the following criteria:

### Health Condition, Mobility, Hearing, Speech, or Visual Impairment

A. Current official letter (on letterhead from a licensed professional, such as treating medical doctor, orthopedic specialist, audiologist, speech pathologist, ophthalmologist, or other appropriate licensed professional; signed and dated) addressing the following aspects:

1. Clearly stating diagnosis;
2. Defining levels of function and any limitations on student's academic performance caused by the disability; and
3. Stating specific accommodations and educationally relevant recommendations.

B. Include any evaluation material, if appropriate, current, and available.

### Psychological Disorder

A. Current official letter (on letterhead from a licensed mental health professional, such as psychiatrist, clinical psychologist, neuropsychologist, licensed professional counselor, or licensed clinical social worker or other appropriate licensed professional; signed and dated) addressing the following aspects:

1. Clearly affirming diagnosis;
2. Defining levels of function and any limitations on the student's academic performance caused by the disability; and
3. Stating specific accommodations and educationally relevant recommendations.

B. Include any evaluation material, if appropriate, current, and available.

**Traumatic Brain Injury (TBI)**

A. Current official letter (on letterhead from a licensed rehabilitation counselor, speech-language pathologist, orthopedic specialist, and/or neuropsychologist or other appropriate licensed professional; signed and dated) addressing the following aspects:

   1. Assessing of cognitive abilities, including processing speed and memory;
   2. Analyzing of educational achievement skills and limitations on student's academic performance caused by the disability;
   3. Defining levels of function and any limitations in all affected areas (communication, vision, hearing, mobility, psychological, seizures, etc.); and
   4. Stating specific accommodations and educationally relevant recommendations.

B. Include any evaluation material, if appropriate, current, and available.

**Learning Disabilities (LD)**

A. Current official letter (on letterhead from a clinical psychologist, psychiatrist, neuropsychologist, school psychologist, learning disability specialist, or other appropriate licensed professional; signed and dated) addressing the following aspects:

   1. Clearly stating the problem/diagnosis;
   2. Documenting educational history regarding the impact of the learning disability;
   3. Defining levels of functioning and any limitations on student's academic; performance caused by the disability, supported by evaluation data; and
   4. Stating specific accommodations and educationally relevant recommendations.

B. Include any evaluation material, if appropriate, current, and available.


Note: High School Individual Education Plan (IEP) or 504 Plan reflects education and accommodation history and may be used to determine the reasonableness of certain accommodations; however, not all secondary accommodations are applicable in postsecondary settings. Other documentation *may be* requested by ARC to make a determination.

**Attention Deficit Disorder (ADD) or Attention Deficit Hyperactivity Disorder (ADHD)**

A. Current official letter (on letterhead from licensed psychiatrist, clinical psychologist, school psychologist, neurologist, neuropsychologist, primary care physician or other appropriate licensed professional; signed and dated) addressing the following aspects:

1. Clearly stated diagnosis of ADD/ADHD;
2. Defined levels of functioning and any limitations on student's academic; performance caused by the disability, supported by evaluation data; and
3. Specific accommodations and educationally relevant recommendations.

B. Include any evaluation material, if appropriate, current, and available.

Note: High School Individual Education Plan (IEP) or 504 Plan reflects education and accommodation history and may be used to determine the reasonableness of certain accommodations; however, not all secondary accommodations are applicable in postsecondary settings. Other documentation *may be* requested by ARC to make a determination.

FORMS APPENDIX

1. Disability Registration Agreement
2. Confidentiality Statement
3. Request for Adjustments/Accommodations (including Student Self-Report)
4. Approved Course Adjustments/Accommodations
5. KU Housing Accommodation Form
6. Alternative Book Request Form

# KEISER UNIVERSITY

### Disability Registration Agreement

A. I understand that I am registering for services from Keiser University and that I may be eligible for services such as information, referral, reasonable adjustments/accommodations and/or other individualized services that may be needed for access to courses, programs or facilities.  If Keiser University is unable to provide the necessary services, I will be referred to other appropriate community agencies.

---

### Keiser University Adjustment/Accommodations Disclaimer

I am aware that:

- The types of adjustments/accommodations provided to students with disabilities will vary depending on the nature of the disability and the course content.
- It is not unusual for there to be an initial trial and error period of finding the best way to accommodate the student.
- The university is committed to assisting students and faculty in finding reasonable alternative accommodations that are effective.
- The overall goal is to promote student independence and success within the context of a competitive academic environment.
- The student is asked to be a responsible and active participant in this process by advising the campus president if he/she encounters any problems.
- The granting of accommodations by the university Disability Services Coordinator/Accommodations Review Committee **in no way guarantees** that accommodations or equipment will be granted by outside entities (i.e., testing boards, employers, etc.) and it will be the **student's responsibility** to apply for accommodations and/or auxiliary aids from these external agencies.

**Student Initials: _____**

---

B. I understand that the university needs disability information to provide services and to conduct reporting and research functions.  This data is classified by disability.

C. I understand that as a student, I am responsible for reviewing the rights and responsibilities pertaining to disability access.

D. I understand that I will not be eligible for services if I do not provide documentation of a diagnosed disability, do not have a diagnosed disability, or do not follow Keiser University policies and procedures.

E.  I understand that if I request Keiser University to facilitate adjustments/ accommodations on my behalf, the university may need to consult with other university personnel.  I give my permission to have disability related information shared with appropriate university personnel (i.e., Office of Student Financial Aid, Academic Affairs, and/or appropriate faculty) to facilitate such requests.

F.  I understand that it is the **student's responsibility** to meet with the dean and the faculty member of record prior to each course to ensure that adjustments/accommodations are provided. I also understand that it is the student's responsibility to obtain a copy of their Academic Access Letter from the office of the president or dean. Accommodations may not be initiated for any course prior to this meeting.

G.  I hereby authorize Keiser University's disability services coordinator (DSC) and Accommodation Review Committee (ARC) to contact my health care provider, if needed, to obtain relevant information to assist the ARC in reaching a decision regarding my adjustment/accommodation request.

H.  I understand that students are expected to maintain continuous enrollment at Keiser University. However, if at any time a student does not maintain continuous enrollment, it is the responsibility of the student to request reinstatement of their approved accommodations. **<u>Should a student leave the university and later re-enroll,</u>** the student is to discuss their accommodation needs with the dean and/or campus president.

I.  I disclose my disability as:

_____
_____
_____
_____

**Student Signature:** _____  **Date:** _____

**Campus President:** _____  **Date:** _____

## KEISER UNIVERSITY
### Confidentiality Statement

The campus president is responsible for receiving and maintaining the disability-related documentation and information for students with disabilities at Keiser University.  The documentation and information may include test data; psychological, psychoeducational and/or neuropsychological evaluations; grades; transcripts; biographical history; case notes; and any other disability-related information necessary to document and provide adjustments/accommodations to students with disabilities.

Students with disabilities have a right to review their file.  A student who wishes to review his or her file must schedule an appointment with the campus president. Students may request and receive copies of case notes, Course Adjustment/ Accommodation forms, and other documentation from the campus president. However, students will not be provided copies of disability-related documentation from their files. Disability-related documentation is defined as any documentation given to the campus president to substantiate the student's disability status and need for adjustments/accommodations (e.g., psychological, psychoeducational, neuropsychological, or medical evaluations; letters or other information from physicians; or medical records).  The dean will retain a copy of all information within a student's file.

Disability-related documentation (as defined above) is treated confidentially and will not be released to anyone not involved in the adjustment/accommodation and service-delivery process with the following exceptions: (a) the student gives the campus president a signed release to share disability-related information with the person(s) or office(s) named on the release; (b) the campus president will release disability-related information as required and/or permitted by the law and/or a court order; (c) the student threatens to harm himself or herself or others, or is suspected of abuse of a child or incapacitated adult; and (d) the student files a disability-related complaint, appeal, grievance or lawsuit against a university office or employee(s).

Only the campus president's staff has direct access to student files.  When a student with a disability requests adjustments/accommodation, he or she understands that some disability-related information may be provided on a need-to-know basis to university faculty and staff to help ensure that the student receives appropriate adjustments/accommodations.

The campus dean of academic affairs' office of the university in which the student is enrolled and the instructors of classes for which the student is requesting adjustments/accommodations will receive disability-related information necessary to provide appropriate adjustments/accommodations.   If a student files a disability-related appeal or grievance, the student understands that the campus president will release disability-related information to appropriate university offices (i.e., the general counsel, the vice chancellor of academic affairs, the Student Services office, and/or appropriate university committees). Otherwise, university faculty and staff need to know only (1) that the student has been through the disability documentation review process at Keiser University; and (2) what adjustments/accommodations have been approved to meet the student's disability-related needs.

"I have read the Confidentiality Statement.  I understand and agree to the confidentiality of my disability documentation and information as discussed above.  I understand that I can speak further with the campus president if I have any questions."


**Printed Name of Student:** _____


**Student Signature:** _____ **Date:** _____

# KEISER UNIVERSITY
### Request for Adjustments/Accommodations

*(Please Print Clearly)*

**First Name:**_____

**Last Name:**_____

**Full Home Address:**_____

**City:** _____   **State:** _____   **Zip:**_____

**Home Phone:**_____

**KU Student**
**Email:**_____

**Are you a:**
- ☐ Current Undergraduate Student
- ☐ Current Graduate Student
- ☐ Prospective Undergraduate Student
- ☐ Prospective Graduate Student

**Please circle the Keiser University campus you are/will be attending:**

| | | | |
|---|---|---|---|
| Clearwater | Daytona Beach | Ft. Lauderdale | Ft. Myers |
| Jacksonville | Lakeland | Miami | Melbourne |
| Naples | New Port Richey | Orlando | Pem. Pines |
| Port St. Lucie | Sarasota | Tallahassee | Tampa |
| West Palm (Jog) | Flagship (WPB) | eCampus (online) | Graduate |

**Please indicate your major (if known):**

_____

**I am requesting adjustments/accommodations from Keiser University because I have been diagnosed with: (check all that apply).**

- ☐ Attention Deficit Disorder
- ☐ Physical Disability (specify type):_____
- ☐ Learning Disability
- ☐ Psychological Disability
- ☐ Other Disability (specify type): _____

**Student Self-Report:**

<u>Directions</u>: A student's analysis of his or her own needs as they apply to the academic environment is an essential component of the interactive process; *you* are the expert on you and your needs. For this reason, we ask that you communicate below how we can support you *in your own words*. If possible, please refrain from copying from or referring readers to a physician's note or other outside documentation; those materials will be requested separately. In the space below and on the back of this sheet, list and explain each of the adjustments and accommodations you are requesting. Please be as specific as possible, for example, if one of your requests is extended time for in-class exams, specify the amount of additional time (e.g., "50% more time on in-class exams").

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Student Signature:** _____ **Date:** _____

*Retain a copy of this form for your records.*

## KEISER UNIVERSITY
### Approved Course Adjustments/Accommodations

**Directions:** To be completed during the meeting with the Dean and new faculty member. If the student is enrolled in more than one class with a particular faculty member, this completed approval form should continue to be used; it is the student's responsibility to meet and remind the faculty member of the approved accommodations. If you have questions about how to access services, please make an appointment with the campus president.

**Name:** _____

**KU Student ID:** _____   **Phone:** _____-_____-_____

**Email:** _____

**Please circle the Keiser University campus you are/will be attending:**

| | | | |
|---|---|---|---|
| Clearwater | Daytona Beach | Ft. Lauderdale | Ft. Myers |
| Jacksonville | Lakeland | Miami | Melbourne |
| Naples | New Port Richey | Orlando | Pem. Pines |
| Port St. Lucie | Sarasota | Tallahassee | Tampa |
| West Palm (Jog) | Flagship (WPB) | eCampus (online) | Graduate |

**Faculty Name:** _____ **Term Code:** _____ **Course Code:** _____

### Classroom

_____

_____

_____

_____

### Testing

_____

_____

_____

_____

_____

### Special Services

_____

_____

_____

_____

_____

**Student Signature:** _____ **Date:** _____

**Faculty Signature:** _____ **Date:** _____

**Dean Signature:** _____ **Date:** _____

**Flagship Campus/Off-Campus Housing Only**

Keiser University
2600 North Military Trail
West Palm Beach, FL, 33409

**KU Housing/Off-Campus Accommodation Documentation Form**

Name (Print):_____
Date:_____ Date of Birth:_____
KU Student ID:_____
Move in Date:_____

Student's requested accommodation is for the following semester:

☐ Fall      ☐ Winter      ☐ Summer

The above-named student has requested housing accommodations for a disability at Keiser University (KU). The disability service coordinator (DSC)/Accommodations Review Committee (ARC) is attempting to determine whether this student has a condition or combination of conditions that constitute a disability, and whether the disability causes limitations for which the student needs reasonable accommodation(s). Documentation will assist the DSC/ARC in understanding how the disability affects the student in the residence halls and the current impact of the condition(s) as it relates to the housing request.

Documentation and all relevant information must be completed or provided by an appropriate qualified professional such as a treating or diagnosing health or mental health professional. All documentation will be evaluated on a case-by-case basis.

Student's requested housing accommodation:

☐ Emotional Support Animal      ☐ Room Modifications

## Requesting an Emotional Support Animal in University Housing

Emotional Support Animals (ESA) or Comfort Animals may be used as part of a medical treatment plan as therapy animals and determination is made on an individual basis. These animals are not considered service animals under the ADA, which makes them ineligible to bring to campus. ESAs only apply to Keiser University's student resident campus (Flagship) because ESAs are covered under the Fair Housing Act (FHA) rather than ADA.

For animals to be designated as Emotional Support Animals or Comfort Animals, resident students are required to demonstrate that their animal is a reasonable accommodation for an emotional or mental health disability. Demonstrating this need requires documentation from a treating medical or mental health professional certifying that the Emotional Support Animal or Comfort Animal is part of a prescribed treatment plan for the disabling condition and alleviates symptoms or effects of a disability. The documentation must contain the following information, from a qualified provider:

- the specific disability of the individual;
- the reason(s) the animal is necessary to afford the individual an equal opportunity to use and enjoy a residence and the assistance the animal provides;
- and that there is a recognizable relationship or connection between the disability and the assistance the animal provides.

Students living on campus ("resident") may be eligible to bring an Emotional Support Animal into their residence if the disability service coordinator (DSC)/Accommodations Review Committee (ARC) determines that the requested Emotional Support Animal is necessary for the resident with a disability to have equal access to housing. For ARC to make this determination:

> The resident requesting an Emotional Support Animal must provide documentation of his or her disability to the DSC/ARC (required). The documentation must be specific to the student's housing accommodation request. Please refer to and complete the Request for Adjustments/Accommodation Form in this guide.

Residents whom DSC/ARC approves for an Emotional Support Animal in their residence must comply with their KU Housing Contract and KU Service and Emotional Support Animal Policy. For more details on ESA policy and procedures, please see the Dean of Students, the Dean of Academic Affairs, and refer to the Flagship Student Handbook and this Accessibility and Disability Services Guide.

Emotional distress resulting from having to give up an animal because of a "no pet" policy does not qualify a person for an accommodation under federal law.

## Room Modifications

The Department Residential Life & Housing strives to provide living accommodations for residents with disabilities living within university housing. Residents with disabilities will be given priority for room modification based upon a first come first serve basis. It is imperative that requested accommodations are made as soon as possible so that if modifications are needed, they occur in a timely manner. [21]

Requests for a single room as an accommodation based solely on a desire to have a "quiet, undisturbed place to study" or as a need for a "reduced distraction environment" will not be granted. By virtue of the shared facilities, resources, and number of people living under one roof, it is unrealistic to assume that a private room would provide for such quiet, distraction-free space to any appreciable degree beyond living in a standard double room. For more information on Room Modification policies and procedures, please see the Dean of Students, the Dean of Academic Affairs, and refer to the Flagship Student Handbook.

## Form Submission

Please note documentation must be submitted to the Disability Services campus-based contact liaisons, Dean of Students, Dena Warren dwarren@keiseruniversity.edu and Dean of Academic Affairs, Jennifer Peluso, PhD jpeluso@keiseruniversity.edu.

After the documentation is verified, it will be sent to the DSC/ARC for formal review. The DSC/ARC will make the final determination for any requested accommodation(s) approval.

Questions regarding system-wide ADA process and/or polices:

**Chris Stabile, EdD BCBA-D**
Behavior Analyst Certification Board No. 1-17-25577
Associate Vice Chancellor of Teaching & Learning/
Disability Services Coordinator
Keiser University Office of the Chancellor
1900 W. Commercial Blvd., Suite 180
Fort Lauderdale, FL 33309
(954) 776-4476
cstabile@keiseruniversity.edu

---

[21] Excerpt from *Disability Services* policy of Sullivan University,

**Alternative Format Textbook Request Form**

Student Name:_____

Campus:_____

Semester:_____

Date Request:_____

Keiser Email:_____

Book Information

Course:_____

Title: _____

Author:_____

Publisher:_____

Edition:_____

ISBN:_____

I have purchased this book (initial here): _____

Amount paid for book $ _____

Where did you purchase book:_____


Date of purchase:_____


Student Signature:_____


Date:_____