UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JASMINE HUNGERMAN,

                          Case No.: 8:21-cv-00318-MSS-JSS

   Plaintiff,

                          Hon. Mary Scriven

vs

KEISER UNIVERSITY,
PROFESSOR BROOKE DECKER,
PROFESSOR AMBER GENTRY,
DEAN HAROLD TRINDLE,
PROGRAM DIRECTOR KIMBERLY PRESTON
and DOES 1-100,

   Defendants.
_____/

DEPOSITION VIA REMOTE VIDEOCONFERENCE OF:
KAREN STEVERSON
DATE:   February 22, 2023
TIME:   10:00 a.m.



EXHIBIT D

```
 1      strike that, a need for that accommodation?
 2   A. That would be on the student to follow through with, but,
 3      again, the instructor is probably going and should meet
 4      with the dean or program director and notify them of that
 5      and of the specific request for accommodation and then
 6      that meeting will take place between the instructor and
 7      the dean and then a follow-up meeting will take place
 8      between the student and the dean.
 9   Q. So my question was, is there a policy that says the
10      timeframe for which that meeting is to be held --
11   A. No.
12   Q. -- with the dean?
13   A. Just a reasonable timeframe.
14   Q. Is there a requirement that written notes are to be taken
15      during that meeting?
16   A. No, other than just going over the documentation that they
17      are going to give to the student, but no.
18   Q. What is Kaiser's policy and procedure for the requirement
19      of documentation to be given to the student during one of
20      those meetings?
21   A. I'm sorry.  Could you repeat the question?
22   Q. Does Kaiser have a policy and procedure for what
23      documentation is to be given to the student during a
24      meeting for accommodation or for a complaint of
25      mistreatment by personnel?
```

```
 1   A.   Yes.  If they are requesting accommodations, there's a
 2        specific packet of information that is provided to the
 3        student.
 4   Q.   What is the title, if there is one, of that information?
 5   A.   It would be the ADA packet that we hand to the student.
 6   Q.   Okay.  And then that is the actual title of the document
 7        that's given?
 8   A.   It does say ADA on it, but I know it has a different
 9        title.  It's just not coming to mind right now.  I can
10        look it up and tell you exactly what the title is.  It's
11        available on the website.  It's an accommodation.
12   Q.   Is there a requirement that the student fill out and
13        complete that packet that was given to them during that
14        meeting to be able to be given alternative means and/or an
15        accommodation to be able to complete the coursework?
16   A.   They do not have to sit there in the meeting and complete
17        it and it's not advisable because we want them to read
18        through and understand everything that's in there.
19   Q.   No, ma'am.  My question was, is there a requirement that
20        they are to complete that before they are going to be
21        given alternative means or an accommodation to be able to
22        complete their coursework?
23   A.   That is the requirement, to provide accommodations because
24        it does have to be sent to the University Accommodation
25        Review Committee.  We don't have the decision-making for
```

| | | |
|---|---|---|
| 1 | | accommodations at the campus level. It's at the |
| 2 | | University level and it's called ARC, Accommodation Review |
| 3 | | Committee. They review all requests for accommodations |
| 4 | | and make the decision there. |
| 5 | Q. | Is there a timeframe for that requirement, that student |
| 6 | | fill out that packet that's required for them to be able |
| 7 | | to get alternative means or accommodation to complete the |
| 8 | | coursework? |
| 9 | A. | There is no timeframe for the student to complete it and |
| 10 | | resubmit it. Obviously, the sooner they do, the quicker |
| 11 | | that decision comes back to provide the accommodation. |
| 12 | Q. | To whom are they to submit that information to? |
| 13 | A. | They bring it back to the dean. When I say dean, we have |
| 14 | | associate deans, too, but they are still deans, so right |
| 15 | | now we have four deans. One is a dean, three are |
| 16 | | associate deans, but they are all able to process those |
| 17 | | packets and as campus president I view all of them. |
| 18 | Q. | Once either a dean or an associate dean, we will use those |
| 19 | | interchangeably, is given the packet from the student what |
| 20 | | actions are they to take? |
| 21 | A. | They have to ensure that it's completed properly with all |
| 22 | | the signatures and that there's supporting documentation, |
| 23 | | which could be medical or psychological, and that has to |
| 24 | | be provided. We can't submit it without supporting |
| 25 | | documentation. They bring it to the campus president. |

|    |    |    |
|----|----|----|
| 1  |    | The campus president reviews it.  We submit it to our ARC |
| 2  |    | person by report, rehabilitation.  He is appointed |
| 3  |    | Dr. Stabile, then he has committee and they review it. |
| 4  | Q. | So is it your testimony that Kaiser will not grant any |
| 5  |    | alternative means or accommodations to a student who has |
| 6  |    | stated that they are in need of it without documentation |
| 7  |    | from a medical provider supporting the need for it? |
| 8  | A. | Yes, in terms of what we are talking about right now. |
| 9  | Q. | Any complaints made by students during this protocol |
| 10 |    | meeting with the dean, are those complaints or concerns of |
| 11 |    | the student confidential? |
| 12 | A. | Confidential, yes. |
| 13 | Q. | Does Kaiser have a policy or procedure that prohibits |
| 14 |    | professors from ridiculing, mocking, intimidating students |
| 15 |    | in the classroom? |
| 16 | A. | Yes. |
| 17 | Q. | Is there a policy and procedure afforded to a student who |
| 18 |    | voices to a professor that they feel like they have |
| 19 |    | received a lower grade than what was warranted based upon |
| 20 |    | their work product? |
| 21 | A. | Yes. |
| 22 | Q. | What is that procedure or policy? |
| 23 | A. | They first of all have the discussion with the instructor. |
| 24 |    | The instructor reviews it with them to make sure that |
| 25 |    | there's no room for error.  There are times when perhaps |

```
 1         What is the process in which a student is to contact
 2         or attempt to communicate with a dean with regard to the
 3         problems they are having?
 4   A.    The policy and procedure is the student can go directly to
 5         the dean.  They don't have to go through the instructor,
 6         program director.  They can go straight to the -- they can
 7         go straight to the campus president, if they want.
 8   Q.    Is there a record of students' attempts to communicate or
 9         contact the deans with regard to complaints?
10   A.    There would most likely be in the system notes that they
11         spoke with a certain student.  That's the protocol, that
12         they are supposed to document conversations.  Not in great
13         detail, but -- or they can follow up with email.
14   Q.    In the system, can you qualify that?
15   A.    Oh, I'm sorry.  It's our database system, CampusNexus.
16         Right now we are switching, but that's what it was at the
17         time.
18   Q.    And it doesn't say anything about that there will be
19         written notes?
20   A.    They are typed.
21   Q.    Is there a policy and procedure that affords the student
22         the right to have another instructor given if that student
23         voices a concern or complaint about the present
24         instructor?
25              MR. SOREL:  Form.
```

| | | |
|---|---|---|
| 1 | | THE WITNESS: That is not -- that doesn't always |
| 2 | | happen. We are not -- the way we are set up in the |
| 3 | | program with a cohort, we don't have -- especially with |
| 4 | | that program at the time, we had to start it in January. |
| 5 | | There was one cohort. So there were certain instructors |
| 6 | | assigned to teach those groups of students for those |
| 7 | | classes. |
| 8 | Q. | (By Ms. Dodson) Qualify what you mean by cohort. |
| 9 | A. | Cohort, once they get into the Allied Health Program that |
| 10 | | they're seeking, so she was seeking BSN, then the cohort |
| 11 | | is that a group of students that all started together in |
| 12 | | January of 2020. It's usually 24, no more than 29 |
| 13 | | students. It probably would've been around 24 at the |
| 14 | | time. So they take these classes together in lockstep, in |
| 15 | | sync. So they are in that cohort. They are with that |
| 16 | | same group of students through the entire process, so |
| 17 | | yeah. |
| 18 | Q. | Okay. Was there another instructor in place in the BSN |
| 19 | | program at Lakeland during this timeframe that |
| 20 | | Ms. Hungerman was involved? |
| 21 | A. | Another professor other than who? There were several. |
| 22 | Q. | Okay. So how many professors were there? |
| 23 | A. | So there was Amberlyn Gentry. There was Brooke Decker. |
| 24 | | There was Kim Preston taught some, I think she taught one |
| 25 | | or two classes. I'd have to double check exactly who, but |

```
 1            there was other -- but they were assigned specifically to
 2            their field of expertise in their classes.
 3    Q.      During that timeframe, are you familiar, can you testify
 4            as to what classes Ms. Decker taught?
 5    A.      With reference to the record, I could look at it and
 6            affirm that that's the class that she taught.  Off the top
 7            of my head, no, I couldn't.
 8    Q.      Okay.  So are there more than one instructor for a
 9            certain given -- my Internet is unstable.  Can you guys
10            hear me okay?
11    A.      Yeah.
12    Q.      Okay.  Was there more than one instructor during that
13            timeframe that taught a specific coursework, specific
14            class?
15    A.      Yes.  The instructors during that timeframe were assigned
16            to those specific classes.  There wasn't an alternate or a
17            second instructor to teach the particular classes.  Each
18            one had their own classes that they taught and there
19            wasn't another cohort running.
20    Q.      Okay.  Was there an option for a student to forgo a
21            certain class and take it at a later time and still remain
22            within the BSN program?
23    A.      That is an option.  They would fall back out of the
24            semester that they are in and they would have to come back
25            to the semester that starts again, which would've been the
```

American Reporting, Inc.
248-559-6750