# ENROLLMENT VERIFICATION

Keiser University desires to clarify any possible areas of misunderstanding before you start class. In this manner, the University can devote all of its future efforts to educational purposes.

I, the undersigned, a newly enrolled student of Keiser University, hereby certify that I have been enrolled by an authorized Admissions Counselor, and that of my own free will and accord without assistance from anyone else, I answer the following questions:

1. How did you hear about Keiser University (be specific)? __Refer__

2. What is the name of Admissions Counselor who enrolled you? __Heather Owens__

3. Was the Admissions Counselor helpful and courteous? ☑ Yes ☐ No   Initials: __JH__

4. Did you read the Enrollment Policies and Procedures carefully and understand its provisions? ☑ Yes ☐ No  Initials: __JH__

5. I understand that I have access to print a copy of the Enrollment Policies and Procedures document which I previously reviewed and signed in this application process.  ☑ Yes ☐ No  Initials: __JH__

6. Did you read and understand the cancellation & refund policy as printed in the Enrollment Policies and Procedures?  ☑ Yes ☐ No  Initials: __JH__

7. Did you receive the link to the school catalog listing the general policies of the University as well as the subjects to be taught and the length of the course for which you enrolled, and do you understand these? ☑ Yes ☐ No  Initials: __JH__

8. Do you understand that both the registration fee and application fee is to be paid in full? ☑ Yes ☐ No  Initials: __JH__

9. Do you understand the tuition costs for your program of study? ☑ Yes ☐ No  Initials: __JH__

10. Do you understand the educational fees for your program of study? ☑ Yes ☐ No  Initials: __JH__

11. Do you understand that you will be required to purchase books and supplies as needed? ☑ Yes ☐ No  Initials: __JH__

12. Do you understand the dress code of Keiser University? ☑ Yes ☐ No  Initials: __JH__

13. Do you understand you must purchase the appropriately colored scrubs for specific allied health program? ☑ Yes ☐ No  Initials: __JH__

14. Do you understand that in order to progress in your program your attendance must be regular and meet the policies of the university outlined in the current school catalog? ☑ Yes ☐ No  Initials: __JH__

15. Were you told that Keiser University cannot guarantee employment or a specific salary? ☑ Yes ☐ No  Initials: __JH__

16. Do you understand that the university provides an educational experience but a student must learn the required material through individual study, work and initiative? ☑ Yes ☐ No  Initials: __JH__

17. Were you told that Keiser University cannot guarantee transferability of credits? ☑ Yes ☐ No  Initials: __JH__

18. Were any special promises made to you, other than those in the school catalog? ☐ Yes ☑ No  Initials: __JH__

   If yes, please explain _____
   *(No promise(s) will be honored other than the policy statement in the current school catalog.)*

19. I affirm that I have **NOT** been classified as a registered sex offender. ☑ True ☐ False  Initials: __JH__

__Jasmine Hungerman__                                     __4/26/2019__
**Applicant's Signature**                                       Date

Revised 6.23.15

EXHIBIT E