Keiser University - Lakeland

**Student:** Jasmine D Hungerman  **Student ID:** 8333995  **DOB:** 3/11/1983
**Address:** 1903 Carriage CT
Plant City, FL 33566  **SSN:** XXX-XX-1907

| Course Code | Course Description | Credits Attempted | Credits Earned | Grade | Quality Points | Class Start Date | Class End Date |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Program: Associate of Science in Nursing
Degree Type:
Degree Comments:
Enrollment #: HU19032435   Status: Transfer To Other Program
Start Date: 5/6/2019   LDA: 8/22/2019

**Term: TRANS   Transfer Credits**   Term Start:   Term End:
Transferred from College of Albermarle -

| AML1000 | American Literature | 3.00 | 3.00 | T | 0.00 | | 3/13/2019 |
| CGS1000C | Introduction to Computers | 3.00 | 3.00 | T | 0.00 | | 3/13/2019 |
| DEP2004 | Life Span Development | 3.00 | 3.00 | T | 0.00 | | 3/13/2019 |
| ENC1101 | English Composition I | 3.00 | 3.00 | T | 0.00 | | 3/13/2019 |
| MAT1033 | Intermediate Algebra | 3.00 | 3.00 | T | 0.00 | | 3/13/2019 |
| PSY1012 | Introduction to Psychology | 3.00 | 3.00 | T | 0.00 | | 3/13/2019 |
| | | 18.00 | 18.00 | | 0.00 | | |

Term GPA: 0.00   Cum GPA: 0.00

**Term: 19SA   2019 Summer A Semester**   Term Start: 5/6/2019   Term End: 8/25/2019

| BSC2085C | Human Anatomy and Physiology I | 4.00 | 4.00 | A | 16.00 | 5/6/2019 | 6/2/2019 |
| BSC2086C | Human Anatomy and Physiology II | 4.00 | 4.00 | A | 16.00 | 6/3/2019 | 6/28/2019 |
| MCB2000C | Microbiology I | 4.00 | 4.00 | A | 16.00 | 7/1/2019 | 7/26/2019 |
| STA2023 | Statistics | 3.00 | 3.00 | A | 12.00 | 7/29/2019 | 8/25/2019 |
| | | 15.00 | 15.00 | | 60.00 | | |

Term GPA: 4.00   Cum GPA: 4.00

Associate of Science in Nursing   GPA: 4.00   33.00   33.00

Program: Non-Matriculated
Degree Type:
Degree Comments:



** Indicates Retaken Course   Not official unless signed by registrar.   # Indicates Pass/Fail Course
R* Indicates Retaken Override   ♦ Indicates Associated Course

Keiser University - Lakeland

**Student:** Jasmine D Hungerman  
**Address:** 1903 Carriage CT  
Plant City, FL 33566

**Student ID:** 8333995  
**SSN:** XXX-XX-1907

**DOB:** 3/11/1983

| Course Code | Course Description | Credits Attempted | Credits Earned | Grade | Quality Points | Class Start Date | Class End Date |
|---|---|---|---|---|---|---|---|
| **Enrollment #:** HU19107849 | | | | | **Status:** | NDS:Complete | |
| **Start Date:** 10/28/2019 | | | | | **LDA:** | 11/22/2019 | |
| **Term: 19FA** | 2019 Fall A Semester | **Term Start:** | 9/2/2019 | | **Term End:** | | 12/22/2019 |
| CHM2045 | General Chemistry | 3.00 | 3.00 | A | 12.00 | 10/28/2019 | 11/22/2019 |
| CHM2045L | General Chemistry - Lab | 1.00 | 1.00 | A | 4.00 | 10/28/2019 | 11/22/2019 |
| | | 4.00 | 4.00 | | 16.00 | | |
| **Term GPA:** 4.00 | **Cum GPA:** 4.00 | | | | | | |

Non-Matriculated      GPA: 4.00    4.00    4.00

**Program:** Bachelor of Science in Nursing  
**Degree Type:**  
**Degree Comments:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Enrollment #:** HU19121621 | | | | | **Status:** | Drop | |
| **Start Date:** 1/13/2020 | | | | | **LDA:** | 8/12/2020 | |
| **Term: N/A** | | **Term Start:** | | | **Term End:** | | |
| ♦BSC2085C | Human Anatomy and Physiology I | 4.00 | 4.00 | A | 16.00 | 5/6/2019 | 6/2/2019 |
| ♦BSC2086C | Human Anatomy and Physiology II | 4.00 | 4.00 | A | 16.00 | 6/3/2019 | 6/28/2019 |
| ♦MCB2000C | Microbiology I | 4.00 | 4.00 | A | 16.00 | 7/1/2019 | 7/26/2019 |
| ♦STA2023 | Statistics | 3.00 | 3.00 | A | 12.00 | 7/29/2019 | 8/25/2019 |
| ♦CHM2045 | General Chemistry | 3.00 | 3.00 | A | 12.00 | 10/28/2019 | 11/22/2019 |
| ♦CHM2045L | General Chemistry - Lab | 1.00 | 1.00 | A | 4.00 | 10/28/2019 | 11/22/2019 |
| Transferred from College of Albermarle - | | | | | | | |
| ♦DEP2004 | Life Span Development | 3.00 | 3.00 | T | 0.00 | | 3/13/2019 |
| ♦ENC1101 | English Composition I | 3.00 | 3.00 | T | 0.00 | | 3/13/2019 |
| ♦PSY1012 | Introduction to Psychology | 3.00 | 3.00 | T | 0.00 | | 3/13/2019 |
| | | 75.00 | 75.00 | | 0.00 | | |
| **Term GPA:** 0.00 | **Cum GPA:** 0.00 | | | | | | |

** Indicates Retaken Course  
R* Indicates Retaken Override

Not official unless signed by registrar.

# Indicates Pass/Fail Course  
♦ Indicates Associated Course

Keiser University - Lakeland

**Student:** Jasmine D Hungerman  
**Address:** 1903 Carriage CT  
Plant City, FL 33566

**Student ID:** 8333995  
**SSN:** XXX-XX-1907

**DOB:** 3/11/1983

| Course Code | Course Description | Credits Attempted | Credits Earned | Grade | Quality Points | Class Start Date | Class End Date |
|---|---|---|---|---|---|---|---|
| **Term: TRANS** | **Transfer Credits** | Term Start: | | | Term End: | | |
| Transferred from College of Albermarle - | | | | | | | |
| 60CDT | 60 Credit Degree Transfer | 60.00 | 60.00 | T | 0.00 | | 12/31/2019 |
| ENC2102 | English Composition II | 3.00 | 3.00 | T | 0.00 | | 12/31/2019 |
| LWR0001 | Lower Electives 1 | 3.00 | 3.00 | T | 0.00 | | 12/31/2019 |
| LWR0002 | Lower Electives 2 | 3.00 | 3.00 | T | 0.00 | | 12/31/2019 |
| LWR0003 | Lower Electives 3 | 3.00 | 3.00 | T | 0.00 | | 12/31/2019 |
| MAC2105 | College Algebra | 3.00 | 3.00 | T | 0.00 | | 12/31/2019 |
| | | 75.00 | 75.00 | | 0.00 | | |

Term GPA: 0.00    Cum GPA: 0.00

| Course Code | Course Description | Credits Attempted | Credits Earned | Grade | Quality Points | Class Start Date | Class End Date |
|---|---|---|---|---|---|---|---|
| **Term: 20WA** | **2020 Winter A Semester** | Term Start: | 1/13/2020 | | Term End: | | 5/3/2020 |
| NUR4825 | Professional Nursing I & II for ABSN | 2.00 | 2.00 | A | 8.00 | 1/13/2020 | 3/11/2020 |
| NUR2032C | Care Management I | 8.00 | 8.00 | A | 32.00 | 1/13/2020 | 5/1/2020 |
| NUR2065C | Physical Assessment in Healthcare | 3.00 | 3.00 | A | 12.00 | 1/13/2020 | 5/1/2020 |
| NUR2243 | Clinical Decision Making in Evidence Based Practice | 2.00 | 2.00 | B | 6.00 | 1/13/2020 | 5/1/2020 |
| NUR2833C | Nursing Quality and Safety in Healthcare | 2.00 | 2.00 | A | 8.00 | 1/13/2020 | 5/1/2020 |
| NUR3129 | Pathophysiology for BSN | 4.00 | 4.00 | B | 12.00 | 1/13/2020 | 5/2/2020 |
| | | 21.00 | 21.00 | | 78.00 | | |

Term GPA: 3.71    Cum GPA: 3.85

| Course Code | Course Description | Credits Attempted | Credits Earned | Grade | Quality Points | Class Start Date | Class End Date |
|---|---|---|---|---|---|---|---|
| **Term: 20SA** | **2020 Summer A Semester** | Term Start: | 5/11/2020 | | Term End: | | 8/30/2020 |
| NUR2140C | Nursing Pharmacotherapeutics | 4.00 | 0.00 | WF | 0.00 | 5/11/2020 | 8/25/2020 |
| NUR3219C | Care Management II | 9.00 | 0.00 | WF | 0.00 | 5/11/2020 | 8/25/2020 |
| NUR3829 | Ethical and Legal Issues in Healthcare | 3.00 | 0.00 | WF | 0.00 | 5/11/2020 | 8/25/2020 |
| NUR3870 | Information Technology for Nursing | 3.00 | 0.00 | WF | 0.00 | 5/11/2020 | 8/25/2020 |
| | | 19.00 | 0.00 | | 0.00 | | |

Term GPA: 0.00    Cum GPA: 2.61

\*\* Indicates Retaken Course  
R\* Indicates Retaken Override

Not official unless signed by registrar.

\# Indicates Pass/Fail Course  
♦ Indicates Associated Course

Keiser University - Lakeland

**Student:** Jasmine D Hungerman  
**Address:** 1903 Carriage CT  
Plant City, FL 33566

**Student ID:** 8333995  
**SSN:** XXX-XX-1907

**DOB:** 3/11/1983

| Course Code | Course Description | Credits Attempted | Credits Earned | Grade | Quality Points | Class Start Date | Class End Date |
|---|---|---|---|---|---|---|---|
| | Bachelor of Science in Nursing (FastTrack) **GPA:** 2.61 | 143.00 | 124.00 | | | | |

*** End of Transcript ***

Authorized Signature                                                                                                  Date

** Indicates Retaken Course  
R* Indicates Retaken Override

Not official unless signed by registrar.

# Indicates Pass/Fail Course  
♦ Indicates Associated Course