UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LORIDA
TAMPA DIVISION

CASE NO.: 8:21-cv--00318-MSS-JSS

JASMINE HUNGERMAN,

    Plaintiff,

v.

KEISER UNIVERSITY, PROFESSOR BROOKE DECKER, PROFESSOR AMBERLYN GENTRY, DEAN HAROLD TRINDLE, PROGRAM DIRECTOR KIMBERLY PRESTO, and DOES 1-100,

    Defendants
_____/

## DEFENDANTS' NOTICE OF FILING VIDEO IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

COMES NOW, Defendants, KEISER UNIVERSITY, PROFESSOR BROOKE DECKER, PROFESSOR AMBERLYN GENTRY, DEAN HAROLD TRINDLE, and PROGRAM DIRECTOR KIMBERLY PRESTO, ("Defendants"), by and through their undersigned counsel, and pursuant to the Court's Order Granting Defendants' Motion to Submit Video [D.E. #58] hereby files a video in support of Defendants' Motion for Summary Judgment with the Clerk. The video has been

copied onto a USB drive and will be sent to the Clerk via Federal Express contemptuously herewith.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of March 2023, a true and correct copy of the foregoing has been furnished by electronic mail, to Kimberly Dodson, Esq., Keith Altman, Esq., The Law Office of Keith Altman, 33228 West 12 Mile Road, Suite 375, Farmington Hills, Michigan 48334, kimberlydodson@kaltmanlaw.com, keithaltman@kaltmanlaw.com, loricrusselle@kaltmanlaw.com, liti@kaltmanlaw.com, brandengulla@kaltmanlaw.com, michellebenvenuto@kaltmanlaw.com. *Attorney for Plaintiff Jasmine Hungerman.*

      COLE, SCOTT & KISSANE, P.A.
Counsel for Defendant KEISER UNIVERSITY, PROFESSOR BROOKE DECKER, PROFESSOR AMBERLYN GENTRY, DEAN HAROLD TRINDLE and PROGRAM DIRECTOR KIMBERLY PRESTO
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 383-9229
Facsimile (561) 683-8977
Primary e-mail: justin.sorel@csklegal.com
Alternate email: patricia.betit@csklegal.com

By:  s/ *Justin C. Sorel*
     JUSTIN C. SOREL
     Florida Bar No.: 0016256