# EXHIBIT A



# Gwinnett Psychiatry, PC
## Nasira Rubina, M.D.
### Child and Adolescent Psychiatry • General Psychiatry

170 Camden Hill Road, Suite F  
Lawrenceville, GA 30046  
www.gwinnettpsychiatry.com

Ph: (678) 226-2295  
Fax: (678) 226-2296  
Gwpsych@gwinnettpsychiatry.com

February 23, 2023

RE: Jasmine Hungerman  
DOB: ██████83

To Whom It May Concern:

Jasmine Hungerman has been a patient at Gwinnett Psychiatry since 2/28/2022. Jasmine was last seen by me on 02/2/2023 . Her current diagnoses are Major depressive disorder, recurrent, moderate, Anxiety disorder, unspecified, Panic disorder, Post-traumatic stress disorder, unspecified, and Attention-deficit hyperactivity disorder predominantly inattentive type, as reported by the patient and prior psychological evaluation.

These diagnoses are same as at NewLight Psychiatric Services, prior to her attendance at Gwinnett Psychiatry.

Her current prescribed medications consist of Abilify 15mg, Adderall 20mg, Ambien 5mg, Buproprion HCL XL 300mg, Buspirone 30mg, Fluoxetine 40mg, and Prazosin 2mg.

The patient claims she experienced PTSD relating to traumatic experiences during her nursing school at Keiser University. She states that her conditions have been exasperated and worsening due to the traumatic experiences and effects of current litigation with Keiser. She claims being unable to move forward in her life due to the falsification of her grades and transcripts causing inability to obtain education and employment. She reports current issues are adversely affecting her personal and family life. Ms. Hungerman feels a target of perceived adverse discrimination and retaliation due to mental illnesses. She believes and perceives traumatic emotional and physical experiences are exasperated by her psychiatric disorders and retaliation from Keiser University and staff members.

Sincerely,

*Nasira Rubina*

Nasira Rubina, M.D.