# EXHIBIT B

PSYCHIATRIC MEDICAL EVALUATION

OF

MS. JASMINE HUNGERMAN DOB ████83.

ON 11/29/22.

A] REASON FOR EVALUATION:

Ms. Hungerman is a plaintiff in a lawsuit against Keiser University and 4 faculty members of that school [ B.Decker,A. Gentry, H.Trindle and K. Presto]. The plaintiff [ Ms.Hungerman] had a history of major depression, generalized anxiety disorder, panic disorder, post -traumatic stress disorder [ PTSD ] and attention deficit hyperactivity disorder. She began the nursing program at Keiser and during that period allegedly encountered some difficulties with an instructor [ B.Decker].  She alleges that these difficulties aggravated her PTSD. She then allegedly requested accommodation in the program based on her psychiatric history and has stated that accommodation was denied. She then withdrew from the program. She is now suing based on alleged violations of title 3 and 5 of the Americans with Disabilities Act and section 504 of the Rehabilitation Act. I have been hired by the defendants' law firm [ Cole, Scott and Kissane] to perform a psychiatric examination on the plaintiff and generate a report.

B] IN PREPARATION FOR THIS EVALUATION THE FOLLOWING MEDICAL RECORDS AND DOCUMENTS WERE REVIEWED:

1]Complaint

2]Interrogatories First and Second Set

3]Plaintiff's Deposition

4]Medical Records of the following: Gwinnett Psychiatry, Interventional Spine, Newlight Psychiatric Services, Now Care Walk-In Clinic, South Florida Baptist Hospital, and Walden Lakes Primary Care.

5]Psychiatric studies on the following were reviewed: relationship between ptsd and disability, ptsd educational attainment, ptsd and degree of disability, dsm-5 and ptsd, and social security criteria for disability.

C] AS PLAINTIFF IS ALLEGING THAT THE NURSING PROGRAM AGGRAVATED HER PSYCHIATRIC SYMPTOMS SHE WAS FIRST ASKED WHAT SYMPTOMS SHE HAD PRE-PROGRAM, AT WITHDRAWAL FROM THE PROGRAM AND CURRENTLY---HER ANSWERS ARE OUTLINED BELOW:

Pre-program: panics, anxiety, depression, ptsd symptoms, low back pain, gi issues [ colon polyps, abdominal pain, rectal bleeding from hemorrhoids], and attention deficit hyperactivity disorder [adhd].

At withdrawal from program: headaches affecting vision [seeing spots, losing peripheral vision, dilated pupils, told severe migraines], stomach issues[ nausea, vomiting, abdominal pain, throwing up, diarrhea,

decreased appetite, in emergency room was told these symptoms were stress related but no gastric workup was done and no organic diagnosis was given], severe back pain from sitting all day at computer treated with Tylenol and ibuprofen[ ibuprofen could have been the cause of the abdominal pain], panics worse, depression worse, nightmares, what plaintiff describes as flashbacks[ constantly thinking about what she had experienced in the program], feeling of self-doubt, inability to focus which she attributed to adhd.

D] RELEVANT TIME -LINE FOR MEDICAL HISTORY:

2019—applied Keiser nursing program[asn]

12/17/19—signed form at entrance into program that physical , cognitive, and environmental factors encountered by nursing students did not preclude her from performing accurately without reasonable accommodation

1/20/20 began bsn program

2/20---headaches

3/20 stomach problems

3/1/20 anxiety attack

8/11/20 sleep problems

8/13/20 panic attack-refusal by program for another instructor ( alleged accommodation request )

8/13/20 last day in program

8/24/20 withdrawal from program

E] MEDICAL HISTORY:

1]ALLERGIES:

None

2]CURRENT MEDICATIONS:

Prozac 40 mgs. bid

Adderall 15 mgs. bid

Buspar 30 mgs. qd

Tylenol with codeine 30 mgs one prn for pain– not daily

Vistaril 25 mgs. one qd

Zolpidem 5 mgs. hs

Ariprazole 10 mgs. qd

Celecoxibid 200 mgs. bid

Hydrocodone 7.5 mgs one q4h prn pain

3] ILLICIT DRUG USE:

PAST--- THC [grass]---as a teenager --smoked weekly---quit age 16

CURRENT----denied

4]ALCOHOL USE:

PAST-----as a teenager daily---beer and liquor to the point of intoxication---no history alcohol treatment--- got pregnant age 17 and quit because of pregnancy----had daughter age 18

PRESENT---denied

5] SURGICAL HISTORY:

Hysterectomy including ovaries age 34 for endometriosis and painful intercourse---was placed on estradiol as replacement but of replacement since age 35

6] HISTORY AT INTERVENTIONAL SPINE FROM 3/25/15 TO 10/18/16:

Treated for low back pain—received blocks and facet blocks---was on opioids---her drug screens however were always consistent with her intake and there was no reason to suspect drug abuse/misuse—there were no aberrant drug related behaviors –treatment was apparently successful with decreased pain

7] HISTORY FROM WALDEN PRIMARY CARE SEEN FROM 4/11/19 TO 10/8/20:

Treated for chronic low back pain and neck pain and chronic fatigue----

8] HISTORY AT BAPTIST SYSTEM FROM 7/20/14 TO 8/19/20:

Treated for the following:

Rib trunk pain -7/14

Pelvic pain-9/15

Low back Pain---11/16

 GI pain---10/14/19

Gastritis---12/6/19

Abdominal problems---1/20/20

Headaches/panics/anxiety----10/1/20

9] HISTORY AT NOW CARE FROM 12/9/13:

Documents depression/anxiety/panics since 8/24/13---severe low back pain with herniated disk from 12/19/14

F] PERSONAL HISTORY:

Difficult childhood- sexually molested by stepfather since first grade---told mother but mother did not believe her—eventually had a falling out with mother

In adolescence left home ---had 2 episodes of self-cutting at age 15 and 16---was living with a bad crowd –at this point drinking ----was then involved in auto theft—driving in a stolen car  at age 16----was then in juvenile hall for 1 month----then went back home to mother

Married to first husband in 2/01 age 18 –stayed married to 2006 ----split because of husband's alcohol abuse-----was working during this period

Also worked and supported family after divorce as a single mother with 2 children and had 2 jobs

Married second husband 2010—still married

Has 3 children --2 by first husband ages 21 and 19 and one by second age 12

No brothers or sisters

Current relationship with mother ok

G] SCHOOL HISTORY:

Grade school-no problems—did well –grades a and b—never told hyperactive---never held back------plaintiff did not disclose concentration problems in this time period

High school---no problems grades 9,10,and did well at school---grade 11 dropped out---went to school counsellor at this point for stepfather coming to her room—mother confronted stepfather but he denied it—mother believed husband and punished her---they then had a falling out and she left home and started hanging out with a lot of bad people

ged—age 17

College----08 to 2011,associates degree in criminal justice in 2011 age 28—graduated with honors ---did great---was on president's list

Describes self as always a A student [ notes Gwinett  Psych.]

H] EMPLOYMENT HISTORY:

Age 17-28 worked 2 jobs[ waitress, cleaning cottages, teaching 2 year old,etc]—was also a single mother during some of this period

6/15-6/16 worked Walden Lake ecl [full time]—also worked dollar tree same time

2/17-3/19----Hillsborough County sheriff's office ---full time ----started program teaching officers—left because ex-husband was stalking her---did not want to cause problems at job

12/20-6/21----was self-employed

I] PSYCHIATRIC CARE HISTORY:

1] First counselling age 22 for alcohol use and over separation from husband----children in counselling also

2] No psych.  treatment 2017 to 4/19---referred to psych. treatment 5/19/19

3] Newlight Psychiatry

Intake on 9/16/19—age 36—for depression/anxiety/sleep/fatigue / problems with second husband [ affair/porn addiction] ---diagnoses were major depression /generalized anxiety disorder/ panic disorder/ post-traumatic stress disorder---NOTE, NO DSM-5 CRITERIA WERE UTILIZED OR DOCUMENTED FOR THESE DIAGNOSES-----STARTED ON WELLBUTRIN/BUSAR/ VARTIOXETINE

On 10/21/19 complained of decreased concentration and allegedly screening was done for attention deficit hyperactivity disorder---NOTE HOWEVER, NO SCREENING DOCUMENTATION COULD BE FOUND IN CHART OR USE OF DSM-5 CRITERIA FOR THIS DIAGNOSIS

On 10/31/19 Adderall at 5 mgs/day was started for focusing

On 11/21/19 Adderall increased to 10 mgs/day

On 2/12/20 Adderall increased to 10 mgs 2x/day

IT IS TO BE NOTED THAT PLACEMENT ON ADDERALL AND INCREASES IN ADDERALL WERE GOING ON APPROXIMATELY AT SAME TIME THAT PLAINTIFF WAS COMPLAINING OF A LARGE NUMBER OF SYMPTOMS WHICH WERE INTERFERING WITH HER FUNCTION IN SCHOOL----IT IS TO BE NOTED THAT ADDERALL CAN CAUSE INCREASED HEART RATE,LOW BACK PAIN,HEADACHE,NAUSEA,TROUBLE SLEEPING,VOMITTING,DIFFICULTY BREATHING,ANXIETY, STOMACHE PAIN, ETC----PLAINTIFF COMPLAINED OF MOST OF THESE SYMPTOMS DURING THIS PERIOD AND AS SUCH ADDERALL COULD HAVE BEEN IMPLICATED

4] Gwinnett Psychiatry [ 2/8/22 to current]:

Initial diagnoses: major depression/ generalized anxiety disorder panic disorder/ post- traumatic stress disorder since 08[ age 25?]/adult attention deficit hyperactivity disorder----NOTE, ALTHOUGH IT APPEARS THAT DSM-5 CRITERIA WERE UTILIZED IT WAS NOT CLEAR WHAT WAS THE INITIAL TRAUMA FOR THE PTSD DIAGNOSIS OR THAT THE EXAMINER HAD EVALUATED THE ADHD DIAGNOSIS FULLY [ NO CHILDHOOD HISTORY UTILIZED]

Placed on Wellbutrin/Prozac/BuSpar/Vistaril/ Abilify

On 6/ 6/22 –doing well

8/5/22—applied social security disability


J] MENTAL STATUS EXAMINATION:

Plaintiff was dressed appropriately-was well groomed-she was very cooperative-state of consciousness was normal---there was significant pain behavior noted[ plaintiff had difficulty bending and sitting, at times appeared to be in significant pain]

Motor behavior was normal-no dyskinesias were noted---affect was appropriate but labile----there was frequent tearing----mood was significantly depressed---there was no psychomotor agitation or retardation----

There were no speech abnormalities noted—no pressure of speech

No delusional material was elicited------plaintiff was not guarded-----there were no hallucinations noted

Insight and judgement were within normal limits

She was oriented x 3


K] MINI MENTAL STATUS EXAMINATION WAS GIVEN:

Plaintiff scored 29/30 indicating no cognitive deficit or any indications of dementia or delirium.

Concentration on this test was normal.


L] PLAINTIFF WAS TESTED FOR SPECIFIC PSYCHIATRIC SYNDROMES UTILIZING DSM-5 CRITERIA [EACH CRITERIA] AND RATING SCALES FOR THOSE DISORDERS:

1] Panic disorder:

Plaintiff described the symptoms of her panic attacks as prior to program occurring one every 2 years---now 2x/month---her description when applied to the dsm-5 criteria fulfilled diagnostic criteria for panic disorder

2] Specific Phobias:

Plaintiff was administered the fear questionnaire ----her only fear was bad things happening to her loved ones---however she did not endorse any of the standard fears such as blood etc----she did not fulfill diagnostic criteria for this disorder

3]Generalized Anxiety Disorder:

Plaintiff is generally anxious----when asked about each criteria for this disorder in the dsm-5 , she endorsed such criteria as restlessness/fatigue/concentration/muscle tension/sleep----she fulfilled diagnostic criteria for this disorder

She was also administered the Sheehan Patient Rated Anxiety Scale on which she scored 65/128 indicating moderate generalized anxiety disorder---the generalized anxiety disorder 7 scale was also administered on which she scored 17/21 also indicating moderate generalized anxiety disorder-----on Beck Anxiety Inventory she scored 35/63 also indicating moderate anxiety

4] Major Depressive Disorder:

For this disorder the patient has to endorse at least 5 criteria out of 9. Plaintiff endorsed 7 criteria fulfilling diagnostic criteria for this disorder.

Plaintiff was also administered the PHQ-9 which measures the severity of the Major Depression. She scored 21/27 indicating severe depression. It is to be noted that plaintiff did not endorse any suicidal ideation.

5]Persistent Depressive Disorder [Dysthymia]:

According to the criteria for this disorder the depression has to be present continually for at least 2 years---as the plaintiff received a diagnosis of major depression on 9/16/19 [ Newlight Psychiatry] and it is still present in 11/22, plaintiff fulfills this criterion---she also fulfilled all the other associated criteria for this disorder according to the dsm-5

She was also administered the Cornell Dysthymia rating Scale on which she scored 73/80 indicating that this diagnosis is correct.

6] Post Traumatic Stress Disorder:

For this diagnosis a trauma has to be identified as the first criteria. As such the plaintiff was given a list of possible traumas. She identified sexual assault as a trauma that she experienced but wanted to add an additional trauma which was the school difficulties with the instructor. She added that she had come to terms with the sexual abuse, and she was at peace with it and that the major trauma currently was the school issue. However, the primary trauma criteria in the dsm-5 is as follows "exposure to actual or threatened death, serious injury or sexual violence". As such school difficulties DO NOT fulfill this criterion [ are not named or rise to the same level] and as such at the present time she does not fulfill criteria for this disorder if this trauma is used for the diagnosis.

Plaintiff was also administered the PTSD Diagnostic Scale for the DSM-5 with school difficulties as the trauma. She scored 71/80 indicating severe symptoms constellation.

It is also to be noted that according to the timeline and the available records the first time this diagnosis was assigned was in 9/16/19 [ indicating a huge time gap between the initial trauma and actual treatment etc]. This would support the plaintiff's contention that she had come to terms with the sexual trauma or that the PTSD had improved or resolved. AS NOTED PREVIOUSLY NO DIAGNOSTIC CRITERIA FOR PTSD COULD BE FOUND IN THE NEWLIGHT PSYCHIATRY MEDICAL RECORD.

7] Attention -Deficit Hyperactivity Disorder:

This disorder has 6 major criteria. The first is inattention for which 6 of 9 criteria are required. The plaintiff did not fulfill this criterion. The second is hyperactivity or impulsivity. To fulfill this criterion 6 of 9 symptoms are required. The plaintiff fulfilled 4 symptoms only thus also not fulfilling this criterion. The 3rd criterion is that several inattention or hyperactivity symptoms must be present PRIOR to age 12. There is no evidence of this in the personal or educational or work history. Typically, these patients have difficulty in school and at work with inability to complete tasks and poor grades etc. This is not the history of the plaintiff. Therefore, she does not fulfill this criterion. The 4th criterion is that the inattention/ hyperactivity must be present in 2 or more settings of home, school, work or friends/relatives. There is no evidence that this was a problem in any of these until perhaps the nursing program. As such this criterion is also not fulfilled. The last criterion indicates that there needs to be clear evidence that the symptoms interfere with social, academic, or occupational functioning. There is no evidence in the history that this is the case except perhaps in the nursing program. AGAIN, IT IS TO BE NOTED THAT THIS DIAGNOSIS WAS ASSIGNED BY NEWLIGHT PSYCHIATRY BASED ON AN INATTENTION COMPLAINT WITHOUT UTILIZING THE FULL DIAGNOSIS FOR ADHD AND WITHOUT DOCUMENTING WHAT CRITERIA WERE UTILIZED AND WITHOUT LOOKING AT THE EDUCATIONAL AND WORK HISTORY. Overall, the plaintiff does not fulfill this diagnosis. As adult adhd is a lifetime diagnosis ,it is within a reasonable degree of psychiatric probability that adhd was not present at the time of the Newlight examination.

8] SOMATIC SYMPTOM DISORDER:

This disorder relates to any somatic symptom such as chronic pain which is distressing and interferes with the patient's daily life.

As noted in the medical history [ multiple sources] the plaintiff has had treatment for multiple pain issues and is in treatment currently for chronic low back pain and neck pain and is about to receive blocks again. Her pain level at time of examination was 6/10, and 3/10 on average over last 24 hours. The maximum level over last week was 8/10 and the minimum level was 2/10. She is never pain free. She considers a level of 5/10 to be disabling.

The plaintiff was administered the Pain Disability Index and scored 65/70 on this scale indicating that the pain is disabling. It is to be noted that she has applied for social security based on her pain and emotional status.

It is also to be noted that chronic pain is associated with and can cause depression, anxiety, sleep disorders and fatigue. As she had chronic pain during her time at Keiser that as such this could have been the cause of some or all her psychiatric symptoms.

Plaintiff was administered the fatigue severity scale. She scored 44/54 on this scale indicating that she is significantly fatigued probably in reference to her pain and sleep issues.

The plaintiff fulfilled criteria for this disorder.

9] SLEEP APNEA AND HYPERSOMNOLESENCE DISORDER:

The plaintiff did not fulfill criteria for these disorders.

10] INSOMNIA DISORDER:

The plaintiff fulfilled criteria for this disorder, but the dsm-5 asks that patient associated comorbidities that could cause insomnia be listed. These are chronic pain, depression, and anxiety.

11] NIGHTMARE DISORDER:

Plaintiff fulfilled criteria for this disorder. However, it is to be noted that this disorder can be associated with chronic pain and such diagnoses as anxiety and PTSD. In PTSD the nightmares are typically in reference to the trauma. In her case the nightmares relate to the school issue rather than the sexual abuse

12] EDUCATIONAL PROBLEM:

This diagnosis is utilized if there is perceived discord with teachers or school staff as is the plaintiff's contention. She stated that there was no problem with her academic performance as a cause of the discord. She also stated that the discord caused her to do more and more work on the computer which caused more pain.

She fulfilled criteria for this disorder simply by stating that there was discord. It is to be noted that the criteria for this diagnosis are limited in that they do not allow for weighing whether the perception of discord was correct on the patient's side versus the other party.

13] TARGET OF PERCEIVED ADVERSE DISCRIMINATION:

This diagnosis is used if there is perceived discrimination based on an individual's membership in a specific category such as gender, gender identity, race, ethnicity, religion, sexual orientation, country of origin, political beliefs, disability status, caste, social status, weight, and physical appearance.

The plaintiff stated that she believed that she was the focus of discrimination but did not name one of these categories. She believes that as she was the class president it was her duty to go to the teacher with classmate concerns. This caused teacher stress and thereby anger at the plaintiff. She also claims that there may have been an issue of the teacher liking her romantically. The plaintiff complained about the teacher to the teacher's supervisors, and this allegedly caused the teacher to retaliate against her.

As this does not fit into one of the above categories for perceived discrimination, she does not fulfill this diagnosis.

14] MALINGERING:

Malingering can be associated with litigation status. As the plaintiff is involved in litigation this was evaluated. It is to be noted that this is her first litigation. Additionally, the Clinical Indicators of Dissimulation Scale was completed on the plaintiff. This scale evaluates the CONSISTENCY of symptoms and whether there is exaggeration of symptoms. There was no indication on the scale that there was any indication of malingering.

M] DISABILITY EVALUATION:

Disability status was evaluated as follows:

1] Lehman quality of life scale---plaintiff could do all her activities of daily life such as shopping etc according to this scale.

2]World health organization disability assessment schedule---this scale asks about impairments such as standing from mild to moderate to severe to extreme—according to the plaintiff she had mild impairments in concentrating and remembering, moderate impairments in standing/moving, extreme impairments in walking a long distance and moderate impairments in getting household tasks done.

3] Sheehan Disability Scale:

On this scale, which is from zero to 10, the plaintiff rated herself as a 10 for all 3 domains of work/school, social life, and family life /home responsibilities.

4]Social and Occupational Functioning Assessment Scale for the DSM for psychiatric disability [ examiner rated] :

On this scale I rated the plaintiff 70/100 [ Some difficulty in social, occupational, or school functioning but generally functioning well, has meaningful interpersonal relationships].

5] Florida Evaluation of Psychiatric Impairment:

This scale is physician rated and has 5 domains: intelligence, thinking, perception, judgement, affect, and behavior. Each domain is rated in 5 categories: no deficit, slight deficit, moderate deficit, moderately severe deficit, and severe deficit. I rated the plaintiff as no deficit in all categories except affect which was rated as moderate as she had a labile affect.

It is to be noted that there is a discrepancy between my ratings and that of the plaintiff. This is because she is rating her disability based on her PAIN and emotional status. I am only basing it on her emotional deficits.

It is also to be noted that according to her reported functional status at the time of entrance into Keiser it is within a reasonable degree of psychiatric probability that she was not disabled by any of her psychiatric symptoms. This is supported by her job function pre-entrance and the affidavit that she signed on 12/17/19 that physically and cognitively she could perform accurately as a nursing student without accommodation.

O] DIAGNOSTIC IMPRESSION OF CURRENT PSYCHIATRIC PATHOLOGY:

1] MAJOR DEPRESSION [ PRE-EXISTANT TO ENTRANCE INTO NURSING PROGRAM];

2] PANIC DISORDER [ PRE-EXISTANT TO ENTRANCE INTO NURSING PROGRAM];

3] GENERALIZED ANXIETY DISORDER [ PRE-EXISTANT TO ENTRANCE INTO NURSING PROGRAM];

4] CURRENTLY PLAINTIFF DOES NOT FULLFILL CRITERIA FOR POST TRAUMATIC STRESS DISORDER [ REFER TO DISCUSSION UNDER L6 ];

5] CURRENTLY PLAINTIFF DOSE NOT FULLFILL CRITERIA FOR ATTENTION DEFICIT HYPERACTIVITY DISORDER AND IT IS WITHIN A REASONABLE DEGREE OF PSYCHIATRIC PROBABILITY THAT SHE NEVER DID [ REFER TO DISCUSSION UNDER L7];

6] SOMATIC SYMPTOM DISORDER [ CHRONIC PAIN AND FATIGUE] [ PRE-EXISTANT TO ENTRANCE INTO NURSING PROGRAM] [CURRENTLY PERCEIVED BY PLAINTIFF AS DISABLING];

7] INSOMNIA DISORDER [ WITHIN A REASONABLE DEGREE OF PSYCHIATRIC PROBABILITY ASSOCIATED WITH CHRONIC PAIN, DEPRESSION, AND ANXIETY AND AS SUCH WAS PRE-EXISTANT TO ENTRANCE INTO THE NURSING PROGRAM];

8] NIGHTMARE DISORDER [ WITHIN A REASONABLE DEGREE OF PSYCHIATRIC PROBABILITY ASSOCIATED WITH CHRONIC PAIN, DEPRESSION, AND ANXIETY AND AS SUCH WAS  PRE-EXISTANT TO ENTRANCE INTO THE NURSING PROGRAM];

9]EDUCATIONAL PROBLEM [ REFER TO DISCUSSION UNDER L12];

10] TARGET OF PERCEIVED ADVERSE DISCRIMINATION [ PLAINTIFF DOES NOT FULLFILL CRITERIA FOR THIS DIAGNOSIS] [ REFER TO DISCUSSION UNDER L13];

11] CANNABIS USE DISORDER [ RESOLVED];

12] ALCOHOL USE DISORDER [RESOLVED];


ALL MY OPINIONS ARE WITHIN A REASONABLE DEGREE OF PSYCHIATRIC PROBABILITY.


P] QULIFICATIONS:

Please refer to attached CV.

Q] LIST OF PUBLICATIONS IN THE LAST 10 YEARS:

I am the author of over 300 publications and 181 abstracts. In the last 10 years I have published the following papers:

1] Fishbain D.A. et al: The pain suffering association, a review. Pain Medicine 2015; 16: 1057-1072.

2] Fishbain D.A. et al: The prevalence of smokers within chronic pain patients and highest pain levels versus comparison groups. Pain Medicine 2013; 14: 403-416.

3] Fishbain D.A. et al: What is the evidence that neuropathic pain is present in chronic low back pain patients and soft tissue syndromes? An evidence- based structured review. Pain Medicine 2014; 15:4-15.

4] Fishbain D.A. et al: Prevalence comparisons of somatic symptoms and psychiatric symptoms between community nonpatients without pain, acute pain patients, and chronic pain patients. Pain Medicine 2015;16: 37-50.

5] Fishbain D.A. et al: Chronic pain types differ in their reported prevalence of post-traumatic stress disorder (ptsd) and there is consistent evidence that chronic pain is associated with ptsd: an evidence - based structured systematic review. Pain Medicine 2017; 18: 711-735.

6] Fishbain D.A. et al: The pain suicidality association: A narrative review. Pain Medicine 2014: 15:1835-1849.

7] Fishbain D. A. et al: Does pain interfere with antidepressant depression treatment response and remission in patients with depression and pain? An evidence-based structured review. Pain Medicine 2014; 15: 1522-1539.

8] Fishbain D.A. et al: The perception of being a burden in acute and chronic pain patients is associated with affirmation of different types of suicidalities. Pain Medicine 2016; 17:530-538.

9] Fishbain D.A. et al: At completion of a multidisciplinary treatment program, are psychophysical variables associated with a vas improvement of 30% or more, a clinically important difference, or an absolute vas score improvement of 1.5 cm. or more? Pain Medicine 2016; 17: 781-789.

10] Fishbain D.A. et al: Is smoking associated with alcohol-drug dependence in patients with pain and chronic pain patients? An evidence based structured review. Pain Medicine 2012; 13: 1212-1226.

11} Fishbain D.A. et al: Exploration of the relationship between disability perception, preference for death over disability, and suicidality in patients with acute and chronic pain. Pain Medicine 2012; 13: 552-561.

12] Fishbain D.A. et al: Can patient expectations of returning to work documented before, during, or at the end of treatment predict actual return to work post-treatment? An evidence-based structured systematic review. Pain Medicine 2020; doi: 10.1093/pm/pnaa093,1-13.

13] Fishbain D. A.: Opioid tapering/detoxification protocols, a compendium: Narrative review. Pain Medicine 2021; 22(7): 1676-1697.

14] Fishbain D.A. et al: Exploration of affirmation of childhood molestation (sexual abuse) in chronic pain patients, acute pain patients, community patients with pain  and community non-patients without pain. Pain Practice 2013; doi. 10.111/paper. 12090.

15] Fishbain D. A. et al: Predictor variables for 6 forms of suicidality.  European Journal of Pain 2012; 16: 706-717.

16] Fishbain D.A. et al: The association of pain and suicidality, recent evidence, a structured review. Pain Medicine 2014; 15: 1835-1849.

17] Fishbain D. A. et al: Is there significant correlation between self-reported low back pain visual analogue scale scores and low back pain scores determined by pressure pain induction matching? Pain Practice 2013; 13[5]:358-363.

18] Fishbain D.A. et al: Examination of symptom clusters in acute and chronic pain patients. Pain physician 2014; 17: E349-347.

19] Fishbain D. A. et al: Does opioid tapering in chronic pain patients result in improved pain, or same pain versus increased pain at tapering completion? A structured evidence based systematic review. Pain Medicine 2019; 20(11): 2179-2197.

R] LIST OF ALL OTHER CASES IN WHICH DURING THE PEVIOUS 4 YEARS I HAVE TESTIFIED AS AN EXPERT:

I do not keep a list of the cases in which I have testified as an expert. However, in the last 4 years I have not testified at trial or in deposition.

S] STATEMENT OF COMPENSATION TO BE PAID FOR THE STUDY AND TESTIMONY IN THIS CASE:

My charges for all services are at $550.0 per hour.

12/13/2022

Dr. David A. Fishbain, M.D.,

YOURS TRULY:

DAVID A. FISHBAIN M.D., DISTINGUISHED FELLOW OF THE AMERICAN PSYCHIATRIC ASSOCIATION.

EMERITUS PROFESSOR OF PSYCHIATRY, ANESTHESIOLOGY AND NEUROLOGICAL SURGERY,

UNIVERSITY OF MIAMI, MILLER SCHOOL OF MEDICINE,

FORMER RESEARCHER ROSOMOFF PAIN CENTER.

MILLER SCHOOL OF MEDICINE UNIVERSITY OF MIAMI
Curriculum Vitae

DAVID A. FISHBAIN M.D., DISTINGUISHED FELLOW
OF THE AMERICAN PSYCHIATRIC ASSOCIATION
BOARDED IN PSYCHIATRY/NEUROLOGY AND PAIN MEDICINE

\*PART A:  BIOGRAPHICAL INFORMATION

1.    **PERSONAL:**                                                   **Date: 12/15/2022**

DAVID A. FISHBAIN, M.D., DISTINGUISHED, F.A.P.A

PROFESSOR (TENURED) OF PSYCHIATRY, AND ADJUNCT PROFESSOR OF
NEUROLOGICAL SURGERY AND ANESTHESIOLOGY

305-335-0192 (CELL)
305-668-0578 (FAX)

david.fishbain@att.net
d.fishbain@miami.edu

3798 MATHESON AVENUE
MIAMI, FL 33133, U.S.A.

CITIZENSHIP:  U.S.A.

2.    **HIGHER EDUCATION: (Year of award, degree awarded, major, & name of institution)**

7/62-6/66    B.S. (Hon.) Cum laude (Biology), University of Ottawa, School of Science, Canada

6/66-6/67    M.Sc. Cum laude (Microbiology), University of Ottawa, School of Science, Canada

6/67-6/71    M.D. University of Ottawa, School of Medicine, Canada

3.    **POST-DOCTORAL TRAINING: (Date, field of specialization, & institution) a) Internship; b) Residency; c) Fellowship)**

6/71-6/72    Internship, Internal Medicine, Charity Hospital, Tulane School of Medicine, New Orleans, LA

6/72-6/75    Residency, Psychiatry, Jackson Memorial Hospital, Miami, FL..

6/74-6/75    Fellow in Consultation-Liaison, Psychiatry, Jackson Memorial Hospital, Miami, FL..

David A. Fishbain, M.D.
12/15/2022
Page 2

3A.   **HOSPITAL APPOINTMENTS**

6/75 – 6/08 Jackson Memorial Hospital; Miami, Florida: Psychiatry

6/88 – 2004 South Shore Hospital, Miami Beach, Florida:  Psychiatry

3/04 –present, VAH, Miami

4.   **BOARD CERTIFICATIONS AND LICENSURES: (If applicable) (Give name of board or agency and date)**
Licensures:   Medical Council of Canada, 1972 - #34,323
College of Physicians and Surgeons of Ontario, Canada, 1974 - #27107
National Board of Medical Examiners, 1972 - #129153
Florida, 1975 - #ME0026494
Illinois, 1977 - #36-55975
Louisiana, 1971-

Miscellaneous License numbers:
Occupational License #127535-2
Medicare #59-2779817, 93265Z  FL
Occupational State FL. #26494
City of Miami, License - #33197-0014
Narcotic License - #BF2924884
UPIN #E14714  FL
JMH #02129
Medicaid #0580121-00  FL
Canada Social Ins. #213-012-107
Canadian & Ont. Med. Association #73-006215
National Provider ID – 1114954229

Certifications:

- Diplomate, American Board of Psychiatry & Neurology, 1977 - #16816
- Fellow, American Psychiatric Association, 1988- #12188
- Diplomate, American Board of Psychiatry and Neurology, Added Certification in Geriatric Psychiatry, 1994 #0952
- Diplomate, American Board of Psychiatry and Neurology, Added Certification in Pain Management, 2001-#50
- Distinguished Fellow American Psychiatry Association, 2003.

5.   **PROFESSIONAL EXPERIENCES: (Include academic, industrial, military, etc.  List in chronological order, providing dates, title or rank held, name of institution)**

6/66-6/67      Teaching Assistant, Biochemistry and Microbiology, Department of Biology, University of
Ottawa

6/73-6/75      Admitting and Emergency Room Physician, Highland Park General Hospital, Miami, FL

7/75-7/76      Family Physician, Hallandale, FL

4/75           Ship's Physician, Commodore Cruise Lines, M.S. Bolero

| | |
|---|---|
| 7/75 | Locum Tenems Family Medicine and Emergency Medicine, Sault. Ste. Marie, Ontario, Canada |
| 7/76-7/77 | Clinical Instructor, Department of Psychiatry, University of Miami School of Medicine |
| 7/76-7/77 | Director, Inpatient Unit (I-2), Department of Psychiatry, Jackson Memorial Hospital, Miami, FL |
| 7/76-7/77 | Emergency Room Physician, North Miami General Hospital, North Miami, FL |
| 7/76-7/77 | Emergency Room Physician, Physicians Placement Group, Lakeland General Hospital, Lakeland, FL (part-time) |
| 7/76-7/77 | Private Practice (Psychiatry), Miami, FL |
| 7/76-7/77 | Family Practice, American Health Plan, North Miami Beach, FL (Part-time) |
| 7/76-7/84 | Director, Psychiatric Emergency Services, (Psychiatric Emergency Room Stabilization Unit, Crisis Clinic, Consultation-Liaison Service, Crisis Line, Rape Treatment Service, Forensic Service to Dade County Jail), Jackson Memorial Hospital, Miami, FL |
| 7/77-7/83 | Assistant Professor, Department of Psychiatry, University of Miami School of Medicine, Miami, FL |
| 1980-1981 | Basic Cardiac Life Support Instructor - Certified all departmental physicians in CPR 1980 |
| 1981- 3/2004 | Psychiatry and Pain Medicine Consultant to the Comprehensive Pain Center University of Miami School of Medicine, Department of Neurological Surgery, Miami, FL, as of 6/2003 The Rosomoff Pain Center |
| 1981-3/2004 | Primary Pain Researcher at University of Miami Pain Center |
| 7/1983 | Tenure status awarded (June) |
| 7/83-7/94 Miami, | Associate Professor, Department of Psychiatry, University of Miami School of Medicine, FL |
| 7/85-7/94 | Adjunct Associate Professor, Department of Neurological Surgery, University of Miami School of Medicine, Miami, FL |
| 7/94-present | Professor, Department of Psychiatry and Behavioral Sciences, University of Miami School of Medicine, Miami, FL |
| 7/94-present | Adjunct Professor, Department of Neurological Surgery, University of Miami School of Medicine, Miami, FL |

7/96-present     Adjunct Professor, Department of Anesthesiology, University of Miami School of Medicine, Miami, FL

3/04-1/16     Miami Veteran's Administration Hospital Psychiatry Faculty/Attending Outpatient Clinic [Psychiatric Evaluations/Consultations/Treatment]

3/05-1/16     Appointed as the Miami VAH Telepsychiatry Psychiatrist [ Psychiatric evaluations/consultations/treatment via vtel ]

3/04-Present     Director of a Pain Research Team at the Miller School of Medicine at University of Miami Dept. of Psychiatry

3/04-1/16     Liaison-Consultation Psychiatrist in Outreach/Psychiatric Emergency Services at the Miami VAH Dept. of Psychiatry

11/ 16-Present   Appointed to the Teaching Faculty of the Dept. of Psychiatry/ Forensic Psychiatry Section at the Miller School of Medicine

1/06-present     Psychiatric and Pain Medicine Consultant to the Pain Relief Center Miami VAH

1/2016--present   CURRENT FUNCTIONS:
               Psychiatric Consultations
               Pain Medicine Consultations
               Psychiatric outpatient patient treatment
               Medicolegal Chronic Pain Consultations
               Medicolegal Psychiatric Consult
               Teaching psychiatry residents and anesthesiology pain fellows
               Researcher in Pain Medicine with over 300 publications

6.     **CURRENT AND PAST TEACHING RESPONSIBILITIES:**

1966-1967     Biochemistry and Microbiology, Department of Biology, University of Ottawa

1971-1972     Internal Medicine to Medical Students, Tulane University

1974-1975     Consultation/Liaison Psychiatry to Psychiatry Residents, University of Miami School of Medicine,

1976-1984     At University of Miami Department of Psychiatry

               "Personality Disorders" Nursing students

               "Psychiatric Emergencies" Medical students

               "Psychiatric Emergencies" Psychiatry residents

"Psychiatric emergency/crisis intervention/brief psychotherapy seminar" Psychiatry residents and staff
"Crisis Intervention Seminar" Psychiatric Nurse Training Program

"Depression" Sophomore Medical Students

"Community Psychiatry" Florida International University Community Psychology Course

"Psychiatric Emergencies" South Florida State Hospital

"Community Psychiatry" Department of Psychology, University of Miami

"Psychiatric Emergencies" JMH Social Workers
"Psychiatric Emergencies/Rapid Tranquilization" Department of Family Medicine Residents

"Psychiatric Emergencies" Daily teaching and supervisory rounds with medical students, staff (nurses, social workers and MHTs) and psychiatry residents "Weekly supervision (crisis intervention, psychotherapy)". PGY 1 & 2 psychiatry residents

"Psychiatric diagnosis and behavior treatment of chronic pain patients" -neurological surgery residents.

| | |
|---|---|
| 1989-present | Weekly psychiatry resident supervision. |
| 1989-present | Quarterly seminar with psychiatric residents on chronic pain treatment. |
| 1994-present | Series of 4 lectures to anesthesiology fellows on chronic pain |
| 1994-present | Weekly anesthesiology fellow supervision. |
| 1995-present | Teaching/Lecturing to Addiction Fellows |
| 2005-present | Teaching/Lecturing to Forensic Fellows |
| 2015-present | Teaching/Lecturing to Psychiatric Residents |

7.    **THESIS AND DISSERTATION ADVISING:**

Department of Epidemiology, University of Miami School of Medicine, Ms. Elaine Frota, 1984

Department of Industrial Engineering/Ergonomics Section, University of Miami School of Engineering, Ms. Algesia Jones-Parra-Sipes, 1984

Department of Clinical Psychology, University of Miami School of Arts and Science, Ms. Carrie Millon, 1984.

Department of Clinical Psychology, University of Miami School of Arts and Science, Mr. Randy Levine, 1985.

Department of Clinical Psychology, University of Miami School of Arts and Sciences, Mr. Michael Jorge, 1990.

8.   **GRANTS RECEIVED WITHIN PAST FIVE YEARS (Principal Investigator):**

Prediction of Return to Work as a Outcome Measure in the Treatment of Patients with Chronic Low Back Pain National Institute of Disability and Rehabilitation Research, Grant No. H133A00032, $540,000 for three years, 1990-1993.

Pain Treatment Outcome For the Lidoderm Patch as an Added Treatment to Neurontin In Chronic Low Back Pain, Post Herpetic Neuralgia and Diabetic Patients. Endo Laboratories Drug Study, $25,000.00 for 6 months.

Domicary Treatment for homeless VAH veterans with polysubstance dependence and dual diagnosis, grant for setting up the domicary (co-grant writer) $2,700,000.00.

9.   **DEPARTMENTAL ADMINISTRATIVE AND COMMITTEE RESPONSIBILITIES: (SELECTED):**

Ad Hoc Committee for Development, PGY-I Psychiatry Residents Curriculum, 1978
Ad Hoc Committee for the Development of Medical Students' Psychiatric Curriculum
Chairman, Steven Euster Memorial Fund Committee, 1984-1989
Private Practice Committee Department of Psychiatry (1995)
Chair, Promotions Criteria Revision committee, Department of Psychiatry (1997-1998).

10.   **EXTRA-DEPARTMENTAL ADMINISTRATIVE AND COMMITTEE RESPONSIBILITIES: (SELECTED):**

Emergency Room Committee, Jackson Memorial Hospital, 1976-1984
Department of Neurological Surgery Comprehensive Pain Center Research Committee, 1982-present
University of Miami School of Medicine Finance and Budget Committee, 1995-present
Elected University Senate, 1997-1999
SFPS Legislative Representative to the American Psychiatric Association, 1981-1985
Task Force on Professional Education, International Association for the Study of Pain 1989-1990
American Academy of Pain Medicine, Committee on Medical Practice, 1991-present
American College of Pain Medicine, Ad Hoc Committee, 1991-present
American Pain Society, Annual Meeting Scientific Program Committee, 1991-1992
American Pain Society, Annual Meeting Scientific Program Committee (Chair) 1992-1993
American Academy Pain Medicine, Clinical Care Committee, 1995 - present
American Academy Pain Medicine, Scientific Advisory Committee, 1996-
American Academy Pain Medicine, Ethics Committee, 1997-1998
American Academy Pain Medicine, Membership Committee, 1998-
American Academy Pain Medicine, Scientific Poster Program Committee (Chair) 1999-2000
International Association For the Study of Pain Core Curriculum, 3rd Revision Committee of Functional and Disability Assessment Section. 7/2002.
International Association For the Study of Pain Core Curriculum 3rd Revision Committee of Psychiatric

Evaluation and Treatment of Pain Section - 7/2002.
Elected to the University of Miami, School of Medicine Council (2003)
AIB Board Miami VAH (2005)
Root Cause Analysis Committee Miami VAH (2005)
Am. Pain Society:  Committee to Develop Opioid Use Guidelines (2007)

11. <u>**HONORS AND AWARDS:**</u>

A. **Scientific presentations at national & international meetings (selected):**

1. Mt. Sinai Medical Center (Miami) Symposium "Psychiatric Emergencies and Pediatric Psychiatric Emergencies", August 1978.

2. North Memorial Medical Center (Minneapolis) Symposium "Violence:  Rage of the 80s", September 1982

3. Florida Academy of Family Physicians (Miami) Symposium "A Family Practice Weekend – Drug Intoxication", November 1982.

4. "Clinical versus Actuarial prediction of compliance in a pain rehabilitation program", Paper, American Pain
 Society Annual Meeting (Miami), October 1982.

5. "Clinical versus Actuarial prediction of compliance in a pain rehabilitation program", Paper, American
 Psychological Society Annual Meeting (Los Angeles), March, 1983.

6. "Behavioral Evaluation of Chronic Pain Patients", Paper, American Pain Society Annual Meeting (Miami),
 October 1982.

7. Department of Neurological Surgery Clinical (Lima, Peru) Symposium, "Evaluation and Treatment of
 Chronic Pain Patients", May 1983.

8. American Society for Adolescent Psychiatry Eastern Seaboard Conference (Miami), "Vicissitudes of Adolescence:  Physical and Mental", September 1983.

9. Department of Neurological Surgery, University of Miami School of Medicine (Miami) Symposium, "Controversies in Rehabilitation for Neurological Trauma & Disease", January 1984.

10. Department of Neurological Surgery, University of Miami School of Medicine (Miami) Symposium, "Controversies in Rehabilitation for Neurological Trauma & Disease II", January 1985.

11. "Cocaine-Induced Psychosis and Sudden Death in Recreational Cocaine Users", paper, American Academy of Forensic Sciences 37th Annual Meeting, Las Vegas, Nevada, February 1985.

12.     "DSM-III Diagnosis in Chronic Pain Patients", paper, American Pain Society 5th Annual Meeting, Dallas,
Texas, October 1985.

13.     "Compensation and Non-Compensation Chronic Pain - Patients Categorized by DSM-III Diagnostic
Criteria", paper, American Pain Society 6th Annual Meeting, Washington, DC, November 1986.

14.     "The utility of electromyography biofeedback in the treatment of conversion paralysis at a Comprehensive
Pain Center", paper, Department of Neurological Surgery, University of Miami School of Medicine
(Miami) Symposium "Controversies in Rehabilitation for Neurological Trauma and Disease IV",
December, 1986.

15.     "Quantitative Measurement of Pain:  A New Design of a Pressure Algometer", paper, American Pain
` Society 6th Annual Meeting, Washington, DC, November 1986.

16.     "Millon Behavioral Health Inventory Norms for Male and Female Chronic Pain Patients", paper,
International Association for the Study of Pain, Vth World Congress on Pain, Hamburg, Germany,
August 1987.

17.     "Utility of EMG Biofeedback in the Treatment of Conversion Paralysis Associated with Chronic Pain",
paper, International Association for the Study of Pain, Vth World Congress on Pain, Hamburg,
Germany, August 1987.

18.     "Compensation and Non-compensation Chronic Pain Patients Categorized by DSM-III Diagnostic
Criteria", paper, International Association for the Study of Pain, Vth World Congress on Pain,
Hamburg,
Germany, August 1987.

19.     "Comparison of Compensation and Non-compensation Chronic Pain Patients on the Millon Behavioral
Health Inventory (MBHI)", paper, International Association for the Study of Pain, Vth World
Congress on Pain, Hamburg, Germany, August, 1987.

20.     "The Non-organic Physical Finding of Non-dermatomal Sensory Exam and its Associated DSM-III
Psychiatric Diagnoses in Chronic Pain Patients", paper, International Association for the Study of
Pain, Vth World Congress on Pain, Hamburg, Germany, August 1987.

21.     "Physical Findings in Patients with Chronic Intractable Benign Pain of the Back or Neck", paper,
International Association for the Study of Pain, Vth World Congress on Pain, Hamburg, Germany,
August 1987.

22.     "The Non-organic Physical Finding of Non-dermatomal Sensory Exam and its Associated DSM-III
Psychiatric Diagnoses in Chronic Pain Patients", paper, Academy of Psychosomatic Medicine
Annual Meeting, Las Vegas, November 1987.

23.     "Physical Findings in Patients with Chronic Intractable Benign Pain of the Back or Neck", paper, Academy of Psychosomatic Medicine Annual Meeting, Las Vegas, November 1987.

24.     "Compensation and Non-compensation Chronic Pain Patients Categorized by DSM-III Diagnostic Criteria", paper, Academy of Psychosomatic Medicine Annual Meeting, Las Vegas, November 1987.

25.     "Utility of EMG Biofeedback in the Treatment of Conversion Paralysis Associated with Chronic Pain", paper, Academy of Psychosomatic Medicine Annual Meeting, Las Vegas, November 1987.

26.     "Millon Behavioral Health Inventory Norms for Male and Female Chronic Pain Patients", paper, Academy of Psychosomatic Medicine Annual Meeting, Las Vegas, November 1987.

27.     "The Utility of Electromyography Biofeedback in the Treatment of Conversion Paralysis at a Comprehensive Pain Center", paper, Department of Neurological Surgery, University of Miami School of Medicine (Miami) Symposium:  "Innovative and Controversial Strategies in Rehabilitation V:  Technology and Practice",  Sheraton Bal Harbour, Miami, December 1987.

28.     "Physical Findings in Patients with Chronic Intractable Benign Pain of the Back or Neck", paper, Southern Pain Society Annual Meeting in Toronto, Canada, 1988.

29.     "Use of EMG biofeedback for postural control", paper, Annual Meeting Southern Pain Society, Orlando,
        Florida, October 1987.

30.     "Use of EMG biofeedback in the rehabilitation of low back pain patients:  Body mechanics instruction", paper, Annual Conference (21st) Human Factors Association of Canada, Edmonton, Alberta, September, 1988.

31.     "Postural Correction for Protected Scoliosis Using Physical Therapy and Biofeedback", paper, Annual Meeting of American and Canadian Pain Societies, Toronto, Canada, November, 1988.

32.     "The Nonorganic Physical Finding of Non-dermatomal Sensory Exam and its Associated DSM-III Psychiatric Diagnoses in Chronic Pain Patients", paper, Annual Meeting of American and Canadian Pain Societies, Toronto, Ontario, November 1988.

33.     "DSM-III Diagnoses in Chronic Pain Patients with Diffuse Specific Myofascial Pain Syndrome: Fibrositis",
        paper, Annual Meeting of American and Canadian Pain Societies, Toronto, Ontario, November,
1988.

34.     "Millon Behavioral Health Inventory Norms for Male and Female Chronic Pain Patients", paper, Annual Meeting of American and Canadian Pain Societies, Toronto, Canada, November 1988.

35.     "Physical Findings in Patients with Chronic Intractable Benign Pain of the Back and Neck", paper, Annual Meeting of American and Canadian Pain Societies, Toronto, Canada, November 1988.

36.     "Are Myofascial Pain Syndrome Physical Findings Associated with Residual Radiculopathy?"

paper, Annual Meeting American Pain Society, Phoenix, Arizona, November 1989.

37.    "Functional Electrical Stimulation Treatment of Residual Radiculopathy - Muscle Weakness in Chronic Pain Patients", paper, Annual Meeting American Pain Society, Phoenix, Arizona, November 1989.

38.    "Open Clinical Trial of Clonazepam for Chronic Pain Patients with Myofascial Pain Syndrome Refractory to Pain Unit Treatment", paper Annual Meeting American Pain Society, Phoenix, Arizona, November 1989.

39.    "The Non-dermatomal Sensory Abnormality and a Pain Perception", paper, Annual Meeting American Pain Society, Phoenix, Arizona, November 1989.

40.    "Electromyographic (EMG) Biofeedback and Body Mechanics Instruction for Chronic Pain Patients: A Controlled Study", paper Meeting International Association for the Study of Pain Adelaide, Australia, April 1990.

41.    "Magnesium Levels in Chronic Pain Patients", Meeting International Association for the Study of Pain, Adelaide, Australia, April 1990.

42.    "Chronic Pain Patients Who Lie in their Psychiatric Examination About Current drug, Alcohol Use", paper, Meeting International Association for the Study of Pain, Adelaide, Australia, April 1990.

43.    "Postural Correction For Protective Scoliosis using Physical Therapy and Biofeedback", paper, Meeting International Association for the Study of Pain, Adelaide, Australia, April 1990.

44.    "Chronic Pain and Suicide Death", paper, Meeting International Association for the Study of Pain, Adelaide, Australia, April 1990.

45.    "The Effects of Age of Chronic Pain Patients on the Presence of Coping Styles and Psychogenic Attitudes", paper, Meeting International Association for the Study of Pain, Adelaide, Australia, April 1990.

46.    "Behavioral Health Inventory Norms for Male and Female Chronic Myofascial Pain Patients," paper, Meeting International Association for the Study of Pain, Adelaide, Australia, April, 1990.

47.    "Are Myofascial Pain Syndrome Findings Associated with Residual Radiculopathy", paper, Meeting International Association for the Study of Pain, Adelaide, Australia, April 1990.

48.    "Open Clinical Trial of Clonazepam for Chronic Pain Patients with Myofascial Pain Syndrome Refractory to Pain Unit Treatment", paper, Meeting International Association for the Study of Pain, Adelaide, Australia, April, 1990.

49.    "Functional Electrical Stimulation Treatment of Residual Radiculopathy - Muscle Weakness in Chronic Pain Patients", paper, Meeting International Association for the Study of Pain, Adelaide, Australia, April, 1990.

50.    "The Non-dermatomal Sensory Abnormality (NDSA) and Pain Perception", paper, Meeting

International Association for the Study of Pain, Adelaide, Australia, April 1990.

51.   "Analgesic Effect of Antidepressants in Rheumatoid Arthritis" - paper discussor, America Pain Society Meeting, Washington D.C., November 1986.

52.   "Magnesium levels in chronic pain patients," - paper, Meeting, American Pain Society, St. Louis, Missouri, October 1990.

53.   "Millon Behavioral Health Inventory (MBHI) norms for the male and female chronic pain patient with myofascial pain syndrome," - paper, Meeting, American Pain Society, St. Louis, Missouri, October 1990.

54.   "The effects of age of chronic patients on the presence of coping styles and psychogenic attitudes," - paper, Meeting, American Pain Society, St. Louis, Missouri, October 1990.

55.   "Functional capacity assessment of patients with chronic low back pain," - symposium presentation, Meeting, American Pain Society, St. Louis, Missouri, October 1990.

56.   "Clonazepam open clinical trial for chronic pain of myofascial pain syndrome origin refractory to pain unit treatment," - paper, meeting, American Psychiatric Association, New Orleans, Louisiana, May, 1991.

57.   "Chronic pain and suicidal death," - paper, meeting, American Psychiatric Association, New Orleans, Louisiana, May 1991.

58.   "Magnesium levels in chronic pain patients," - paper, meeting, American Psychiatric Association, New Orleans, Louisiana, May 1991.

59.   Eight papers and two symposia presented at: American Pain Society Meeting (1991), American Psychological Association Meeting (1992), and the International Society for the Study of the Lumbar Spine Meeting (1992) as described under #3 Published Abstracts #55-64 (below).

60.   Six papers presented at: American Pain Society Meeting (1992), American Psychological Association Meeting (1992), and American Association Neurological Surgeons (1992), as described under #3 Published Abstracts #62, #63, #65 - #69.

61.   Six papers presented at: American Pain Society Meeting, As described in the Published Abstracts #71-77, Orlando, FL, 1993.

62.   Five papers presented at: World Congress on Pain Meeting, As described in the Published Abstracts #78-82, Paris, France, 1993.

63.   Secondary Pain in Worker's Compensation and Occupational Medicine, paper, National Workers' Compensation and Occupational Medicine Seminar, Cope Cod, Hyannis, Massachusetts, 1994.

64.    Treatment of Chronic Pain, Paper Meeting National Workers' Compensation and Occupational Medical Seminar, Cape Cod, Hyannis, Massachusetts, 1994.

65.   Chronic Pain, Associated Depression and its psychopharmacological Treatment, Capital Medical Society Foundation, Tallahassee, Florida, 1994.

66.   Three Papers and two symposia presented at: American Pain Society Meeting, as described under published abstracts #85, #86, #87, #88, and #89, 1994.

67.   Work Related Low Back Pain: Diagnosis and Treatment, 80th Annual Meeting American College of Occupational and Environmental Medicine.  Las Vegas, Nevada, 1995.

68.   Two symposia and 5 papers presented at various meetings as under published abstracts numbers 93, 95, 96, 97, 98, 99, and 100, 1995.

69.   Two symposia and 6 posters presented at various meetings as under published abstracts numbers 104-111, 1996.

70.   Three posters presented at 17th Annual Meeting Amer. Pain Society under Abstracts #118-120.

71.   Three posters presented at the 9th World Congress on Pain under Abstracts #121-123.

72.   Symposium presented at the 18th American Pain Society Meeting under Abstract #125.

73.   Five posters presented at Annual 2000 Meeting of the American Academy of Pain Medicine. under Abstract #127-131.

74.   One poster and one symposia presented at the 19th Amer. Pain Society Meeting in Atlanta, GA. under Abstracts #132-133.

75.   Symposium Presenter "Pain and Depression - The Clinical Conundrum: What comes First Pain Or Depression? AAPM 19th Annual Meeting, New Orleans, 2003.

75a]   Symposium Chair/Presenter "Pharmacological treatment of chronic pain: comorbidity with depression and other psychiatric disorders "APA Annual Meeting, San Francisco:5/2003.

76.   Symposium Presenter "The Impact of Psychosomatic Symptoms (chronic pain or fatigue) on Depression and its Treatment.  APA Annual Meeting, 5/21/2005.

77.   CME Meeting, Issues in Aging "Controlling Chronic Pain" New Orleans, LA  7/14/2005.

78.   CME Meeting, Issues in Aging "Nonverbal Pain and Managing the confused Patient"  New Orleans, LA  7/14/2005

79.   20th Annual Meeting AAPM Orlando, FL  "New Hopes for Neuropathic Pain" 3/4/2005.

80.   20th Annual Meeting AAPM Orlando, FL "The Challenge of Publication: From Data to Submission-The Best of Intentions." 3/4/2005

81.     20th Annual Meeting AAPM Orlando, FL "Opioids and Driving" 3/6/2004

82.     21st Annual Meeting of the AAPM, Palm Springs CA, "How to Use Evidence in Evidence-Based Medicine For Clinical Practice" 1/25/05.

83.     21st Annual Meeting of the AAPM, Palm Springs CA, "Impact of Somatic Symptoms on the Treatment of Chronic Pain" 1/26/05

84.     21st Annual Meeting of the AAPM, Palm Springs CA, "Psychologic and Psychiatric Comorbidities Associated With Chronic Pain" 1/24/05

85.     22nd Annual Meeting American Academy of Pain Medicine, San Diego, 2/24/06- Symposium Chair The Rode of Analgesic Antidepressants in the Management of Chronic Pain – Presentation "Analgesic Properties of Antidepressants, a Literature Review."

86.     Florida Psychiatric Society Annual Meeting 4/30/06, Boca Raton, FL.- Presentation "Chronic Opioid Analgesic Therapy for Chronic Benign Non-Malignant Pain."

87.     American Society of Pain Educators Lecture 9/26/06 - "Pain and Depression"

88.     Nevada Psychiatric Association Meeting 2/15-2/18/06 – Impact of Chronic Fatigue and Chronic Pain or Depression and its Treatment." Las Vegas, Nevada.

89.     North American Spine Society 21st Annual Meeting 9/30/06, Seattle, Washington – "Spectrum of Research: Case Reports to RCTs"

90.     University of Wisconsin School of Medicine and Public Health 4th annual Comprehensive Pain Board Review Symposium – Presentation "Managing Depression, Anxiety and Personality Disorders in Chronic Pain."

91.     19th Annual US Psychiatric & Mental Health Congress, New Orleans, LA. 11/17/2006 – "Treating Pain – Associated Depression and Other Comorbidities"

92.     American Academy of Physical Medicine Annual Meeting, Hawaii 11/5-11/9/06 – Chronic Opioid Analgesic Therapy: How to"

93.     21st Annual Meeting of the AAPM, Palm Springs CA, "Psychologic and Psychiatric Comorbidities Associated With Chronic Pain" 1/24/05

94.     26th Annual Meeting American Pain Society Washington D.C. 5/25/2007. Symposium Presentation, "Persistent Pain, the Hippocampus, and Depression-Mechanistic Links?"

95.     American Conference on Pain Medicine New York, HY 6/16/07 Lecture "The Psychology of Patients with Chronic Pain"

96.     Baptist Medical Center Jacksonville FL 3/17/07 Lecture: Current Strategies for the Management of Neuropathic Pain

97.     33rd Annual Meeting American Academy of Clinical Psychiatrists 4/1/07 Lecture:  Chronic Pain

98.     Am. Psychiatric Association Annual Meeting 2008, Washington D.C.: Symposium; Recent Advances in the Diagnosis and Treatment of Fibromyalgia (The Role of Antidepressants As Analgesics).

99.     Am. Academy of Pain Medicine 2008 Meeting Presentation of 3 posters:

A).  Fisbhain DA, et al.  What Variables Are Associated With a Wish to Kill a Physician in Acute and Chronic  Pain Patients?

B).  Fishbain DA, et al.  What Variables are Associated With the Wish to Sue a Physician in Acute and Chronic Pain Patients?

C).  Fishbain, DA et al.  The Relationship Between Sleep and Pain in Patients with Diabetic Peripheral Neuropathic Pain:  Responses to Treatment With Duloxetine

100.    Am. Pain Society Meeting 2008.  Presentation of 2 Posters:

A). Fishbain DA, et al.  Is The Improvement in Vitality Independent of the Improvement in Sleep Interference and Pain in Patients With Diabetic Peripheral Neuropathic Pain?  Responses to Treatment With Duloxetine.

B). Fishbain DA, et al.  What Patient Variables Are Associated With an Expressed Wish to Kill a Doctor?

101.    Puerto Rico Academy Of  Neurology Meeting 1/2008,Puerto Rico, Presentation "Depression and Chronic

Pain and Fibromyalgia"

102.    Pain week, Las Vegas Nevada 9/2008,Presentation "Antidepressants and Anticonvulsants"

103.    Am. Academy Pain Med. @5th annual Meeting 1/2009 Honolulu Hawaii, Symposium Chair and Presenter
"The Medical Malpractice Literature as It relates to the attributes of the injury ,attributes of the involved physician, attributes of the patient –physician relationship and attributes of the patient and pain medicine recent findings

104.    Am. Academy of Pain Med. 3/2011 – Washington, D.C. – 4 poster presentation

B.     **Invited outside lectureships (Selected)**

Florida International University "Crisis Intervention", 1982.

Georgia Regional Hospital in Atlanta Lecture Series, Psychiatric Emergencies 1981.

G. Pierce Wood Memorial Hospital (Arcadia, FL) Lecture Series, Psychiatric Emergencies, 1982.

"Status of Pain Disorders in DSM-III-R", paper, Luncheon Session, Meeting International Association for the Study of Pain, Adelaide, Australia, 1990.

Ft. Lauderdale, Fl 10/17/01
Neuropatic Pain – General Physicians

Ft. Lauderdale, North Ridge Hospital
Second Annual Symposium on Pain management 11/10/01 – JCAHO and Pain

Miami, FL – Morton's  - General Physicians
Neuropatic Pain

Orlando, FL 10/31/01 – AM College of Osteopathic Internists Annual
Meeting Role of Opioids in Chronic Pain

Palm Beach, Florida 10/26/01 – University hospital and Medical Center – Substance Abuse and JCAHO Guidelines (PAIN)

Tampa, FL  11/14/01 – Wyndham Harbor Is. Motel – General Physicians Neuropathic Pain

Gainesville, FL  5/3/01 Alabama General Hospital Grand Rounds, General physician – Basic pain management with Opioids and regulatory concerns

Orlando, Florida 7/26/01 Florida Society Am College Osteopathic physicians meeting. – Pain management

Americus, GA 10/19/00 – Sumter Regional Hospital.  Grand Rounds – "Update Chronic Pain Management".

Orlando, FL 10/15/01 – Wyndham Palace Resort, General Physicians – Neuropathic Pain

Deland, FL, Florida Hospital W. Valusia – 2/22/01 Grand Rounds.  Gen. Med. Regulatory Issues

Miami Beach, FL  Don Shula's  8/15/01, Psychiatrists, uses of antidepressants

Orlando, FL – Hilton World Resort, Disney.  AM Back Society Annual Meeting – The Summarizing Disorders: Diagnostic and treatment approaches for pain medicine.

Atlanta, GA  9/24/01 – Georgian Terrace Hotel, General Physicians – Neuropathic Pain
Charlotte, NC – 9/25/01– The Park Hotel General physicians – Neuropathic Pain

Fort Lauderdale, FL  6/30/01 – North Broward Hospital
Pain symposium Opioid and adjunvent pharmacology

Fort Pierce, FL  3/9/01– Lanwood Regional Medical Center Grand Rounds – Pain Management

Vero Beach, FL 3/24/01- Indian River County Medical Society Meeting
Pain Management.

Plantation, FL  7/17/01 – Steerling Worth Café – General Medical  - Pain Management

Gainesville, FL  3/11/01 – Physician Grand Rounds – Pain Management

Pensacola, FL  3/1/01 – Medical Education Council of Pensacola Andalusia Hospital – Pain Management
and JCAHO

Orlando, FL  2/20/01 – Orlando Hospital General Physicians – Pain Management

Jacksonville, FL  3/29/01 – Duval County Pharmacy Association Pain Management

Ocala, FL  3/29/01 – Ocala Regional Medical Center – Pain Management

Orlando, FL  9/20/01 – Orlando Medical Center – Pain Management

Miami Capital Grill 4/11/02 On Pain

Denver Morton's 4/15/01/02  Neuropathic Pain

Miami Morton's 4/17/02 – Neuropathic Pain

Miami Economic Opportunity Health Center 1/18/02 – Pain

Distinguished Faculty Lecture "Beyond Awareness" – New Dimensions Pain Education Week 12/3/01 –
Gainesville University of Florida

Las Vegas 2/16//02
Nevada Psychiatric Association Symposium – Psychiatry of Chronic Pain

Florida Society Addiction Medicine 2/9/02.  Chronic Pain Nova.

University Florida Society Health System Pharmacists 3/23/03, 3/24/02 - Pain

Denver 10/15 – 10/16/02 – Pain

Minneapolis/ST. Paul 11/13/02 – Pain

University Little Rock, Arkansas  - Grand Rounds – Pain, 11/14/02

Physician Resources Network 9/14/02 – Pain

Pharmacological Treatment of Chronic Pain:  Comorbidity with Depression and other Psychiatric
Disorders.  Symposium organizer and Chairperson, (Fishbain DA) Presented at AM Psychiatric Association
2003.  Annual Meeting in San Francisco 5/18/03.

David A. Fishbain, M.D.
12/15/2022
Page 17

Neuropathic Pain, It's treatment.  Presented t the Master's of Psychiatry Conference Miami Beach, FL 2/21/04

"Psychiatric Comorbidities Associated with Chronic Pain" presented at the 17th International Congress of the Cuban Medical Association 7/31/03.

Opioid Tapering Protocols in Chronic Pain Patients-------American academy of Pain Medicine Annual Meeting Orlando Florida 4/2015.

Addiction and Iatrogenic Opioid Addiction in Chronic Pain Patients -------American academy of Pain Medicine Annual Meeting Pittsburg Pennsylvania, 4/2016.

Addiction and Iatrogenic Opioid addiction in Chronic Pain Patients----Psychiatry Grand Rounds , Miller School Of Medicine, 11/23/2016.

Are Chronic Pain Patients Who Are Being Tapered from Opioids At risk for developing  Suicidality----- American Academy of Pain Medicine Annual Meeting Vancouver Canada 4/27/18.


Invited Outside Lectureships 2003

1). Palm Beach, FL  5/10/03 on Regulatory Issues Pain Management, Community Physicians

2). Kansas City, MO  4/10-4/11/03 on Neuropathic Pain, Community Physicians

3). Augusta, GA  7/2/03 on Pain Treatment, Community Physicians

4). Nashville, TN  6/16; Louisville, KY  6/17; Birmingham, AL  6/18/03 on Neuropathic Pain, Community Physicians

5). Baltimore, MD  11/11/03 on Neuropathic Pain, Community Physicians

6). Ponte Verde Beach, FL  1/2/03  on Addiction and Pain, Addiction Physicians

7). Clayton, MO  5/2l8/03 on Neuropathic Pain, Community Physicians

8). Atlanta, GA  5/27/03 on Neuropathic Pain, Community Physicians

9). Dallas, TX  10/22/03 on Neuropathic Pain, Community Physicians

10). Houston, TX 10/23/03 on Neuropathic Pain, Community Physicians

11). Miami, FL 7/3/03 International Congress of Cuban Medical Association on the Psychiatry of Chronic Pain

David A. Fishbain, M.D.
12/15/2022
Page 18

Invited Outside Lectureships 2004

2/27/04  Psychiatric Comorbidities Associated with Chronic Pain.  Grand Rounds; Dept, of Psychiatry and Behavioral Science/ University of Miami

2/21/04  Neuropathic Pain and it's Treatment.  6th Annual Masters of Psychiatry Conference, Royal Palm Crowne Plaza; Miami Beach, FL.

10/19/04  The Science and Medicine of Chronic Pain Assessment.  13th National Educational Conference, Association of Administrative Law Judges, Determining Disability in a non-adversarial system.  Hilton, Orlando, FL

Invited Outside Lectureships 2006

1.      Physicians – Advances in Opioid Analgesia – 11/15/06 – Kansas City, MO.
2.      American Academy of Pain Medicine – The Role of Analgesic Antidepressants in the Management of Chronic Pain – 2/24/06. San Diego, CA.
3.      Physicians Columbus Ohio – Dept. of Neurology;  3/16-3/17. Management of Neuropathic Pain.
4.      Physicians – Nashville TN.; 3/8-3/10/06 Management of Neuropathic Pain.
5.      Physicians – Bangor Maine; 3/1- 3/3/06 Management of Neuropathic Pain
6.      Physicians –Jacksonville, FL;  2/15-2/16/06 Management of Neruopathic Pain
7.      Physicians – Miami, FL;3/28/06 Advances in Opioid Analgesia
8.      North American Spine Society – The Spectrum of Research: From Case Reports to RCT;  9/30/06
9.      Univ. of Wisconsin – 8/12/06 Pain Course Lecture
10.     Physicians – Advances in Opioid Analgesia – 6/6/2006 Tampa, FL.
11.     Orlando/St. Petersburg; 6/25-26/06 Treatment Neuropathic Pain
12.     New Orleans, LA; 6/13 – 6/15/06 Treatment of Neuropathic Pain
13.     Jackson Mississippi; 4/26-4/28/06 Treatment of Neuropathic Pain
14.     19th Annual Psychiatric Congress 11/17/06
15.     Denver, CO;  5/9-5/14/06 Treatment of Neuropathic Pain
16.     Las Vegas, Nevada; 2/18-2/19/06- Chronic Opioid Analgesic Therapy for CBNMP: How to for American Psychiatric Assoc.  Impact of Chronic Fatigue and Chronic Pain on Depression Treatment
17.     Atlanta, GA; 5/25/06 Advances in Opioid Analgesia
18.     Atlanta GA;  5/30 – 6/2/06 Treatment of Neuropathic Pain
19.     American Academy Physical Medicine Annual Meeting; Hawaii, 11/5-11/9/06


C.      **Society memberships & offices**

         1977-1990     Dade County Medical Association
         1977-1990     Florida Medical Association
         1978-1984     American College of Emergency Physicians
         1979-1985     American Academy of Psychosomatic Medicine
         1979-1982     American Academy of Clinical Psychiatry
         1976-         American Psychiatric Association
         1976-         South Florida Psychiatric Society
         1981-2004     American Pain Society

| 1985-2001 | International Association for the Study of Pain |
| 1987-1997 | Southern Pain Society |
| 1988- | Elected to Fellowship in the American Psychiatric Association |
| 1989- | American Academy of Pain Medicine |
| 2004- | Elected to Distinguished Fellowship in the American Psychiatric Association |

D.   **Editorial responsibilities**

**D (1) Manuscript Reviews for:**

Manuscript Reviewer General Hospital Psychiatry (1986-)

Paper Discussant and Reviewer American Pain Society Meeting (1986)

Manuscript Reviewer J Pain and Symptom Management (1987-)

Manuscript Reviewer Journal American Medical Association (1988-)

Manuscript Reviewer Pain (1988-)

Manuscript Reviewer Psychosomatics (1989-)

Manuscript Reviewer Psychiatry in Medicine (1989-)

Manuscript Reviewer The Journal of Neuropsychiatry and Clinical Neurosciences (1990-)

Abstract Reviewer, Annual Meeting American Pain Society (1990)

Manuscript Reviewer Clinical Journal of Pain (1990-)

Manuscript Reviewer Clinical Journal of Psychiatry (1991-)

Manuscript Reviewer Journal Pain and Symptom Management (1994-)

Manuscript Reviewer Pain Forum (1995-)

Manuscript Reviewer Archives Physical Med. And Rehabilitation (1997-)

Manuscript Reviewer Spine (1997-)

Manuscript Reviewer Archives General Psychiatry (1998-)

Manuscript Reviewer Headache (1999-)

Commentator, Evidence-Based Mental Health (1999-)

Abstract reviewer Amer. Academy of Physical Medicine & Rehab Annual Meeting (1999-)

Manuscript reviewer Psycho Physiology (1999-)

Manuscript reviewer Medical Letter (2000-)

Manuscript reviewer The Journal of Rheumatology (2000-)

Grant Reviewer for Research Secretariat of the
Worker Compensation Board of British Columbia (CANAOA) (2003)

Manuscript reviewer CNS Drugs (2002 - )

Manuscript reviewer J. Pharmacology and Exp. Therapeutics (2004 - )

Manuscript reviewer J. Muscoloskeletal pain (2004 -)

Manuscript Reviewer Cochrane Reviews (12/2005-)

Manuscript Reviewer Psychiatric Times (6/2005-)

Manuscript Reviewer Journal of Pain (6/2005-)

Manuscript Reviewer Progress in Neuro-Psychopharmacology and Biological Psychiatry (11/2005-)

Manuscript Reviewer Expert Opinion in Pharmacotherapy (11/2005-)

Manuscript Reviewer Tohoku J Exp. Med (2/06)

Manuscript Reviewer BMC Musculoskeletal Disorders (12/2005-)

Manuscript Reviewer Journal of Pain (1/06)

Manuscript Reviewer Reed Group, Medical Disability Advisor (7/2004-)

Manuscript Reviewer Progress in Neuro-Pharmacology and Biological Psychiatry (5/06)

Manuscript Reviewer Psychological Med (2008-)

Manuscript Reviewer Archives of General Psychiatry (2012-)

**D (2) Editorial Board Memberships**

- Clinical Journal Pain (1993-2002)
- American Pain Society Bulletin (1992-1993)
- American Academy Pain Medicine, Newsletter (1995-)
- Regional Editor Pain Medicine Network Newsletter, (1997)

- J. Pain & Pallative Care Pharmacotherapy (2000 - )
- Medical Advisory Board; The Medical Disability Advisor: Workplace Guidelines for Disability Duration,

4th Edition, 2001
- Medical Advisory Board; Professional's Handbook of Drug Therapy Pain, Springhouse Corp., 2001
- Current Pain and Headache Reports (2000- )
- Advisor to Psychiatric Interface Disorders (Adjustment, Dissociation, Factitious, Impulse-Control, Somatoform and Psychological Factors Affecting Medical Condition) text revision work group for Diagnostic and Statistical Manual of Mental Disorders (4th Edition) Text Revision (DSM-IV-TR), American Psychiatric Association, Pg. 931, 2000.
- Forensic Section, Pain Medicine (2002 - )
- Pain Medicine News (3/2003)
- Journal of Opioid Management (10/2004-)
- Cochrane Pain Palliative and Supportive Care Collaborative Review Group
- Pain Medicine (1999-)
- Open Drug Safety Journal (2008-)
- Open Pain Journal (2008-)
- Pain research and Treatment (2009-)
- J.    Clinical Med. Research
- J.    Medicolegal and Bioethics
- Open Law Journal (2010 - )
- Pain and Therapy  (2012 - )

**D (3) Editorships**

- Senior Editor, Pain Medicine (1999-)
- Psychiatry Editor, Current Pain & Headache Reports (6(1)2000 -6/2009)
- Editor Pain Med Supplement 8(52), 2007
- Editor In Chief International Journal of Pain (2008)
- Editor Pain Med Supplement, 2009
- Psychiatric Editor for  Pain Medicine News

**E.    Examining Board memberships**

None

**F.    Study Section & Council memberships**

1). 1981-1985   Legislature Representative to the American Psychiatric Association from the South Florida Psychiatric Society

2). 1981-1985   Delegate to the Council of Florida District Branches from the South Florida Psychiatric Society

3). 1986   American Psychiatric Association Expert Panelist on the Social Security Disability Evaluation Study

4). 1989   American Pain Society, Professional Education Committee Developer

5). 1993   National Institute of Drug Abuse, Technical Review "Treatment of Pain in Drug Addicts",

Washington, D.C.

6). 1995      Appointed to the Florida Pain Management Commission by the State of Florida Agency for Health Care Administration

7). 1995      National Institute of Health, Technology Assessment Conference Presenter on Integration of Behavioral and Relaxation Approaches into the treatment of chronic pain and insomnia.

8). 1996      Above data was utilized to develop the Technology Assessment Statement, which was published in JAMA: Integration of Behavioral and Relaxation Approaches into the treatment of chronic pain and Insomnia.  JAMA 276(4):313-318, 1996.

9). 1997      Grant reviewer: Department of Veterans Affairs (Efficacy of Antidepressants in Chronic Back Pain).

10. 2003 Columbia      Grant Reviewer for research secretariat of the Worker Compensation Board of British (CANADA) (2003)

11). 2006      Grant Reviewer National Institute For Health Research Central Commissioning Facility UK Dept. of Health.

12). 2006/3      Dept. of Veterans Affairs Scientific Merit Review Chronic Pain Treatment and Management Washington, D.C.

## G. Consultantships (Selected)

1981      HRS Grant Consultant "Crisis Support Unit Staff Training"

1977-1984      North Miami, Miami Beach, Miami and Locktown Community Mental Health Centers to develop "Psychiatric Emergency Services".

1984      Dade County jail "Mental Health needs of the Criminal Justice System"

1985      H.S.A., Miami "Psychiatric Emergencies"

1986      Cornell Medical Center-New York Hospital "Cocaine sudden death"

1986      Community Health Incorporated (Miami) "Crisis Stabilization Unit suicide"

1986      Orange-Osceola Counties "Crisis Stabilization Unit Suicide"

1993      Syntex Advisory Board on "The Treatment of Acute Pain"

1994      Appointed by Florida Legislature to Florida Pain Management Commission

## H .    Advisory Boards: (Selected)

| 10/04 | Mental Illness Prevention Center NYU School of Medicine Dept. of Psychiatry, Chronic Pain Management |
| 7/04 | Reed Group for the 4th Edition of the Medical Disability Advisor |
| 1995- | New Global Advisory Board, Lilly;  USA |

I.      **Other Honors and Awards**

| 1966 | Ontario Graduate Fellowship |
| 1978-79-80-85 | Commendation - Mental Health Board (Dade), Psychiatric Emergency Service |
| 1981 | Commendation - Broward County Mental Health Board, Psychiatric Emergency Service |
| 1982 | Commendation - Ruth Shack, Dade County Commissioner, Psychiatric Emergency Service |
| 2000 | Included in How To Find The Best Doctors: Florida 2000, Castle Connolly Publication |
| 2001 | Interviewed Clinical Psychiatric News: What Experts Do Before Study Results Are In. Psychotropics Useful In Managing Pain. Clinical Psychiatric News Dec. 18, 2001 |
| 2002 | Included in "Guide To America's Top Psychiatrists." Consumers' Research Council of America. |
| 2003 | Chair and Organizer of "Pharmacological Treatment of Chronic Pain: Comorbidity With Depression and Other Psychiatric Disorders" a Symposium presented at the 2003 American Psychiatric Association Meeting. |
| 2004 | Included in "Dictionary of International Biography 30th Edition". |
| 2003 | Included in "Best doctors In America" |
| 2004 | Included in "Who's Who In Medical Science Education" |
| 2005 | Nominated by the International Biographical Center as one of the International Health Professionals of the Year |
| 2006 | Recognized by the Editorial Board of Pain Medicine and the AAPM Board of Directors for the "outstanding continued contribution to Pain Medicine"- was the most frequently published author in Pain Medicine 2000-2005 |
| 2008 | Distinguished Service Award American Academy Pain Medicine |
| 2008 | Who's Who Among Executives and Professionals  Honours  Edition |
| 2007 | 2007, 2008, 2009, 2010, 2011 Listed Florida Super Doctors- South Florida Edition |

| 2011 | According to Council of Canadian Academies Survey of Science and Technology is the author of one of the top 1% most highly cited papers in the pain area |

2011     According to Council of Canadian Academies Survey of Science and Technology is the author of

          one of the top 1% most highly cited papers in the pain area

2012     "Who's Who In America"

**2011/11     Named by U.S. News and World Report as a "Top Doctor"**

2011     Acknowledged by the Journal of Pain Medicine for extraordinary service as a manuscript Reviewer to the field of pain medicine
Pain Med 2012; 13: 137

## 12. OTHER PROFESSIONAL ACTIVITIES: (Selected)

1978     Florida Bar Committee "Mentally Disabled".

1979     Dade-Monroe Mental Health Board Study Group "Residential Care for the De-institutionalized Elderly"

1978     Health Systems Agency Task Force "Development of Field Triage Protocols for Psychiatric Emergencies"

1978     Dade-Monroe Mental Health Board "Forensic Task Force"

1979     Dade-Monroe Mental Health Board "Transparency Center Task Force"

1979     Dade-Monroe Mental Health Board Task Force "Alternatives to Inpatient Care"

1979     Dade County Medical Association Task Force to the Health Systems Agency "Mental Health Centers"

1979     Dade County Medical Association Task Force to the Health Systems Agency "Drug Abuse"

1979     Dade-Monroe Mental Health Board Task Force "Alternatives to Inpatient Care"

1979     South Florida Emergency Medical Services Coordinating Council, Inc. - "Technical Committee"

1979     Dade-Monroe PRO Ad Hoc Committee "Psychiatric Admission Criteria Guidelines".

1983     Council of Florida District Branches "Baker Act Revision Committee".

1984     Council of Florida District Branches "Legislative Committee of the APA".

1984     Council of Florida District Branches of the APA "Crisis Stabilization Units Revision Committee".

1984     Council of Florida District Branches of the APA "The Insanity Defense Committee".

1982    HRS Committee, "Development of Programmatic Rules for the Operation of Crisis Stabilization Units"

1984-
1985    Dade County Mental Health Association "Advocacy/Public Action Committee"

1995    University of Miami Comprehensive Pain and Rehabilitation Center; named to be one of the 12 leading Pain Centers in the USA by American Health, March, pg. 44, 1995.

1995    University of Miami Comprehensive Pain and Rehabilitation Center, named as a leading Pain Center for the treatment of geriatrics in American Association of Retired Persons. 36(1):13-14, 1995

2000    Included in How To Find The Best Doctors: Florida 2000, Castle Connolly Publication
2001    Included In: Best Doctors: Florida 2002, Castle Connolly Publication

2003    Dr. Fishbain's studies (publications) utilized in developing American Psychiatric Association Guidelines for the Assessment and treatment of patients with suicide behavior (AM J. Psychiatry 160:11, Nov. 2003 supplement).

2003    Dr. Fishbain's paper on exaggeration, malingering (Clin Pain 15, 244 – 274) included and featured in handbook of Psychological injuries (Lipicott, Williams and Wilkens) prepared for publication by the American Bar Association.

2012    Advisor to Mr. Richard Collins, Policy Director for Massachusetts State Senator John F. Keenan, Co-Chair Legislative Committee on Mental Health and Substance Abuse on Iatrogenic Addiction With Opioids

13.    **COMMUNITY SERVICES: (selected)**

1977    Radio Talk Shows, "Psychiatric Emergencies".

1977-79-84-87  T.V. Shows "Psychiatric Emergencies".

1978    Testified to the Broward County Blue Ribbon Committee "Crisis Screening and Stabilization".

1979-80-81-85  Miami Herald interviews "Psychiatric Emergencies"

1981-1987    Plain Dealer, San Francisco Chronicle, Washington Post, and Buffalo News interviews "Psychiatric Emergencies"

1985    J.M.H. Crisis Service named as example of a unique program in "Psychiatry: New Approaches to Mental Illness", chapters in "The Best in Medicine" book by Dr. Herbert J. Dietrich

| 1986 | Mental Health Association of Dade County, Police Training Project "Suicide" |
|---|---|
| 1985-1987 | Life Magazine, New Yorker Magazine, People Magazine, and U.S. News and World Report interviews "Psychiatry of Chronic Pain" |
| 1979 | Developed a system to speed up the psychiatric evaluation and transfer for psychiatric treatment of psychiatrically ill non-felon Dade County jail prisoners. |
| 1976-82 | Developed systems for the decentralization of psychiatric care to the newly emergent community mental health centers. |
| 1976-1982 | Provided the newly emergent community health centers with referral agreements, consultation services and policies and procedures for psychiatric emergency services. |
| 1976-1982 | Developed First Crisis Support/Crisis Stabilization Unit in the State of Florida, the prototype for all developing Community Mental Health Centers. |
| 2005 | Interviewed "U.S. News and World Report" on Living With Cancer |
| 2006 | Interviewed Practical Psychopharmacology |
| 2011 | Interviewed Pain Medicine News on APS/AAPM Opioid Treatment Guidelines, Pain Medicine News Special Edition, December 2011 |

**PART B: BIBLIOGRAPHY  (All citations require inclusive pagination; include unpublished papers only if accepted for publication, and cite the journal.)**

1.  **SCIENTIFIC ARTICLES IN REFEREED JOURNALS:**

    CASE REPORTS

    1). Fishbain DA: Priapism with antipsychotics. Psychosomatics. 27(7):538, 1986.

    2). Fishbain DA: and Rogers A: Metoclopramide hydrochloride. J Clin Psychopharmacology. 7(4):255-257, 1987.

    3). Fishbain DA: Folie a deux in the aged. Can J Psychiatry, 32 (6):498-499, 1987.

    4). Fishbain DA: Kleptomania responsive to Perphenazine-Amitriptyline HC. Can J Psychiatry, 33(3): 241-242, 1988.

    5). Fishbain DA: Goldberg M, Steele-Rosomoff R. Rosomoff H: Atypical Withdrawal Syndrome Organic Delusional Syndrome) secondary to Oxycodone Detoxification. J Clinical Psychopharmacology, 8 (6):440- 441, 1988.

6). Fishbain DA: Goldberg M. Labbe E, Zacker D. Steele-Rosomoff R, and Rosomoff H: Long term claustrophobia induced by nuclear magnetic resonance procedure. Am J Psychiatry, 145(8):1038-1039, 1988.

7). Fishbain DA: Goldberg M:  Delirium in Runners.  Am J Psychiatry, 146(2):277, 1989.

8). Fishbain DA: Goldberg M, Labbe E, Zacher D, Steele-Rosomoff R, Rosomoff H: Magnetic Resonance Imaging as a Trigger for Persistent Claustrophobia. Am J Roentgenology, 152 (March), 653, 1989.

9). Fishbain DA: Priapism and Neuroleptics:  A Case Report. Acta Psychiatric Scandinavia. 79(2):207, 1989.

10). Fishbain DA:  Priapism associated with Trazodone Therapy.  J Urology. 142(3):831, 1989.

11). Fishbain DA: Cocaine, intoxication, delirium, death in a body packer. Ann Emerg Med, 11(7):389-390, 1982.

12). Fishbain DA:  Double suicides. J Clin Psychiatry. 46(10):453, 1985.

13). Fishbain DA: Suicide pacts and homicide.  Am J Psychiatry, 143(10):1319-1320, 1986.

14). Fishbain DA: and Rosomoff H:  Male and female Chronic Pain Patients Categorized By DSM-III Diagnostic Criteria.  Pain 29:263-264, 1987.

15). Fishbain DA:  Russian Roulette and Suicide.  Am J Psychiatry, 144(11):1519-1520, 1987.

16). Fishbain DA:  Dangerous delusions.  Brit J Psychiatry, 152:859-860, 1988.

17). Fishbain DA:  Shoplifting As a Symptom of Stress in Families of Mentally Handicapped Persons: A Case Report.  Brit J Psychiatry, 153:713, 1988.

18). Fishbain, DA: Goldberg M: Camptocormia and perceived pain. Psychosomatics, 30 (3): 357-358, 1989

19). Fishbain DA: Capgras Syndrome and Minor Head Injury. J. Clinical Psychiatry, 50(12): 474-475 1989

20). Fishbain DA: Buspirone and Travestic Fetishism.  J Clinical Psychiatry. 50(11):436-437, 1989.

21). Fishbain DA:  Chronic Psychosis and Turner's Syndrome. Brit J Psychiatry, 156:745-746, 1990.

22). Khalil T, Asfour S, Goldberg M, Moty E, Fishbain DA, Santana R, Steele-Rosomoff R, Rosomoff H: Progressive Isoinertical Lifting Evaluation.  Spine. 15(4):342-343, 1990.

23). Fishbain DA, Rosomoff H: What is Chronic Pain?  Clinical J of Pain.  6:160-166, 1990.

24). Fishbain DA: Suicide contagion. Hosp Community Psychiatry. 42(1): 94-96, 1991.

25). Fishbain DA, Rosomoff RS, and Rosomoff, HL: Comments on a paper by Large, PN.
     Pain.  45:217-218, 1991.

26). Fishbain DA: On Dysmorphobia misdiagnosed as obsessive-compulsive disorder.
     Psychosomatics. 32(4):469-470, 1991.

27). Fishbain DA:  Koro:  Proposed classification for DSM-IV.
     Am J Psychiatry. 148(12):1765-1766,1991.

28). Fishbain DA:  Personality disorder diagnoses in old age.
     Clinical J Psychiatry. 52(11):477-478, 1991.

29). Fishbain DA:  Three thousand days of pregnancy.  British J Psychiatry. 159:445-446, 1991.

30). Fishbain DA:  Acute surgical disease in schizophrenics.  Israel J Medical Science. 28(1):61, 1992.

31). Fishbain DA, Rosomoff HL:  Comments on Clarke IMC, Tardive Dyskinesia and Chronic Pain.
     Pain 48:291-293, 1992.

32). Fishbain DA:  The Frequency of Conversion Disorder Paralysis Type in a Psychiatric
     Emergency Service. General Hospital Psychiatry 14(2):145-148, 1992.

33). Fishbain DA: Scientific meeting update.  Am Pain Society Journal, 2(2):134-135, 1993.

34). Fishbain DA: Scientific meeting update.  Am Pain Society Journal, 2(3):209-211, 1993.

35). Fishbain DA, Cutler B: Scientific meeting update. Am Pain Society Journal, 2(4):289-294, 1993.

36). Fishbain DA:  Homicide Followed by Suicide:  A Quebec Case Series.
     Canadian J Psychiatry: 39(6):385-386, 1994.

37). Fishbain DA:  Misidentification Delusions Facial Recognition, and Right Brain Injury.
     Canadian J  Psychiatry 39(3):188, 1994.

38). Fishbain DA:  Compulsive Shopping and Kleptomania, a Continuum?
     Clinical J Psychiatry. 55(12):545-546, 1994.

39). Fishbain DA: Chronic Pain and Suicide.  Psychotherapy and Psychosomatics. 63:54, 1995.

40). Cutler RB, Fishbain DA: Does non-surgical pain treatment of chronic pain return patients to work?
     A review and meta-analyses of the literature.  Spine, 20(7):860-61, 1995.

41). Fishbain DA, Rosomoff H, Steele-Rosomoff R, Cutler RB: Pain treatment facilities, referral

Selection criteria. <u>Clinical J Pain</u>. 11(2):157-157, 1995.

42). Fishbain DA: Where have two DSM revisions taken us for the diagnosis of pain disorder in chronic pain patients? <u>Am J Psychiatry</u>. 153(1):137-138, 1996.

43). Fishbain DA: Fluoxetine and extrapyramidal side effects. <u>Am J Psychiatry</u>. 153(3):449, 1996.

44). Fishbain DA, Rosomoff HL: Myofascial pain syndrome and post-traumatic fibromyalgia: Comments on the article by Wolfe. <u>Arthritis Care and Research</u>, 9(2):157-158, 1996.

45). Fishbain DA: Prevalence of abuse and dependency in chronic pain patients. <u>Substance Use and Misuse</u>. 31(8):945-946, 1996.

46). Fishbain DA: Current research on chronic pain and suicide. <u>Am J Public Health</u>, 86(9):1320-1321, 1996.

47). Fishbain DA: Some difficulties with the predictive validity of Minnesota multiphasic personality inventory. <u>Pain Forum</u>, 5(1):81-82, 1996.

48). Fishbain DA: Meta-analyses results: Application to pain forum format. <u>Pain Forum</u>, 5(4):279-280, 1996.

49). Fishbain DA: Personality disorders and depression in the old and young. <u>Canadian J Psychiatry</u>. 41:602, 1996.

50). Fishbain  DA: Comments on Schwartz. <u>Pain</u>. 71(1):115, 1997.

51). Fishbain DA: Opinion on chronic opioid analgesic therapy. <u>Pain Medicine Network</u>, 12(3): 2-3, 1997.

52). Fishbain DA: Opinion on chronic opioid analgesic therapy. <u>Southern Pain Society News</u>, Summer: 11-12, 1997.

53). Fishbain DA: Commentary:  Post Traumatic Fibromyalgia at Pain Facilities Versus Rheumatologists' Offices. <u>Am J Physical Med & Rehab</u>. 77(6):562, 1998.

54). Fishbain DA:  Impact of Sildenafil (Viagra) on the DSM-IV Diagnosis of Male Erectile Disorder Due to Psychological Factors. <u>Urology</u>. 54(3):579, 1999

55). Fishbain DA: On resolution of psychological distress of whiplash patients following treatment by radio frequency neurotomy: A Randomized double blind, placebo-controlled trial. <u>Pain,</u> 84:113-114, 2000.

56). Fishbain DA: On:  Risk factors for back pain incidence in industry: a prospective study. <u>Pain,</u> 84:111, 2000.

57). Fishbain DA:  Impact of Sildenafil (Viagra) on the DSM-IV Diagnosis of Male Erectile Disorder Due to Psychological Factors. <u>Can J Psychiatry</u>. 45(1):85-86, 2000.

58). Fishbain DA:  The meeting of pain and depression:  Comorbidity in women.
Can J Psychiatry.  45(1):88,2000.

59). Fishbain DA:  The functional capacity evaluation.  Physical Therapy.  80(1):111-112, 2000.

60). Fishbain DA:  Psychosocial risks for low back pain: are these related to work?
Ann Rheum. Dis. 59:319-20,2000.

61). Fishbain DA:  The Pain-Depression Relationship. Psychosomatics. 43(4): 341-342, 2002.

62). Fishbain DA: Sickness Absence Due to Low Back Pain.
Occupational Environ. Med.  60 (4): 306, 2003.

63). Fishbain DA: Another Poll of the Managed Care Issue.
American J. Psychiatry  15 9 (12):2116-2117, 2002

64). Fishbain DA: Cervicogenic Headache.  Cephalgia  22: 46-47, 2002

65). Fishbain DA: Suicide preceded by Murder. Psychological Med. 33: 710, 2003

66). Fishbain DA: Analgesic Effects of Antidepressants. Clinical Journal Psychiatry 64 (1): 96, 2003.

67). Fishbain DA: Pain and Emotional Status.  Pain Physician  5 (3): 338, 2002

68). Fishbain DA: Posttraumatic Headache. European Spine Journal 11 (6): 606, 2002

69). Fishbain DA: Influence of Work Related Psychosocial Factors and Psychological Distress
on Regional Musculoskeletal Pain.  Journal of Rheumatology 29 (10): 2246-7, 2002

70). Fishbain, DA: Chronic Non-Malignant Pain.  Journal of Rheumatology 29(10): 2243, 2002.

71). Fishbain, DA: Predictive factors for Suicidal Ideation in patients with unresectable lung cancer.
Cancer 97 (12): 3127-28, 2003.

72). Fishbain DA: Headache and musculoskeletal symptoms. European J. Neurology  10 (6), 745, 2003

73). Fishbain DA: Secondary Loss and Pain Associated Disability. Theoretical overview and treatment
complications. J Occupational Rehabilitation.  13(3): 197-198, 2003.

74). Fishbain DA: Chronic Pain and Depression Comorbidity. Accepted for Publication.
Archives Gen Psychiatry

75). Fishbain DA: Neck and Upper Limb Pain. J. Rheumatology.  30 (5): 1124, 2003.

76). Fishbain DA: Pain Level as a predictor for Return to Work. European Spine J.  12(4) 451, 2003

77). Fishbain DA; Rosomoff HL. Hysterical Paralysis. Spine 28 (16): 1906, 2003

78). Fishbain DA: Waddell Signs.  Pain Medicine.  4(4): 384-385, 2003.

79). Fishbain DA: Effectiveness of psychodynamic therapy and cognitive behavior therapy for treatment
of personality disorders.  Accepted for publication. AM. J. Psychiatry.

80). Fishbain DA:  An Impaired physician with a complex comorbidity.  Accepted for publication.
AM. J. Psychiatry.

81). Fishbain DA:  Psychotic patients with somatic symptoms.  Accepted for publication.
Southern Med J.

82). Fishbain DA, Gallagher RM.  Comments On "Prescription Drug Dependence and Evolving
Beliefs About Chronic Pain Management.  American Journal of Psychiatry 163(12):2194, 2006.

83). Fishbain DA:  Factors associated with the onset of an episode of depression symptoms in the
general population accepted for publication J. Clinical EPID.

84). Fishbain DA:  Risk factors in the Onset of Neck/Shoulder Pain in a Prospective Study of Workers
In Industrial Service Companies.  Accepted for publication.  Occup. J. ENV Med

85). Fishbain, DA: Response to Dr. Oliver's Letter.   Pain Med 2010: 11: 982-983


## BOOKS AND BOOK CHAPTERS:

86). Fields HL (ed), Abram SE, Budd K, Caillet R, Chapman CR, Craig KD, Fishbain DA, et al:
Outline of Core Material for Professional Education in Pain.
International Association for the Study of  Pain Publication, Seattle, WA., 1989.

87). Adbel-Moty E, Khalil TM, Fishbain DA, Rosomoff RS, Rosomoff HL: Functional capacity assessment
of chronic low back pain patients, Advances in Industrial Ergonomics and Safety III.  Karwowski W
and Yates VW (Eds.), Taylor and Francis Publishers, 475-482, 1991.

88). Abdel-Moty E, Khalil T, Sadek S, Dilsen E, Fishbain DA, Steele-Rosomoff R, Rosomoff H:
Functional capacity assessment: A test battery and its use in rehabilitation.  Advances in Industrial
Ergonomics and Safety IV.  Kumar E (Ed.) Taylor and Francis Publishers, 1171-1178, 1992.

89). Fishbain DA: Drug Detoxification Protocols, Chapter 40, in Headache: Diagnosis and Treatment,
(Ed) C.D. Tollison, Ph.D., Williams and Wilkins Medical Publishers, 327-346, 1993.

90). Fishbain DA:  Drug detoxification protocols, in Handbook of Pain Management, 2nd Edition,
Tollison CD (Editor), Williams and Wilkins, Publishers, 224-236, 1994.

91). Fields HL (eds), Abram SE, Budce K, Caillet R, Chapman CR, Craig KD, Fishbain DA, et al:
Outline of Core Material for Professional Education in Pain, 1st edition, International Association
for the Study of Pain Publication, Seattle, WA, 1992

92).Fishbain DA:  Pain and Psychopathology, in <u>Neuropsychiatry</u>:  Fogel BS., Schiffer RB and
   Rao SM, Editors, Williams and Wilkins Publishers.  Baltimore. Chapter 22. 443-483, 1996.

93).Fishbain DA: Psychiatric evaluation and treatment, in <u>Core Curriculum for Professional
   Education in Pain</u>, 2nd edition, Fields HL (editor). International Association for the Study of Pain
   publication, Seattle, WA, 63-65, 1995.

94).Fishbain DA, Cutler B, Rosomoff N, Steele-Rosomoff R: Status of chronic pain treatment outcome
   research.  Chapter 45, in <u>Evaluation and Treatment of Chronic Pain</u>, 3rd Edition, Aronoff G (editor),
   Williams and Wilkins, Baltimore, Maryland Publishers. 655-670, 1999.

95).Fishbain DA: Aspects of the office chronic pain history and examination and its application to
   treatment decisions, In <u>Clinical Pain Management</u>, <u>Chronic Pain</u>, Editors: Wilson, PR, J Ensents,
   and Rice ASC, Arnold Publishers, London, England,  Chapter 5, 63-88, 2003.

96).Fishbain DA:  Pain and Psychopathology, In <u>Encyclopedia of the Human Brain</u>,
   Ramachandran VS (editor), Academic Press, San Diego, Calif., Voi. 3, Pg 763 – 775, 2002.

97).Fishbain DA:  Secondary Gain, In <u>The Corsini Encyclopedia of Psychological & Behavioral Science</u>,
   Craighead W.E. and Nemeroff C.B. Eds. Academic Press, San Diego, Calif. Pg. 1462-1465, 2000.

98).Fishbain DA:  Opiate, Hypnosedative, Alcohol and Nicotine Detoxification Protocols in,
   <u>Practical Pain Management</u>, 3rd Edition, Tollison CD, Satterthwaite JR, Tollison JW, (Editors),
   Lippincott, Williams and Wilkins Publishers, 314-329, 2002.

99).Fishbain DA:  The Somatizing Disorders:  Diagnostic and Treatment Approaches for Pain Medicine
   in, <u>Practical Pain Management</u>, 3rd Edition, Tollison CD, Satterthwaite JR, Tollison JW,
   (Editors),Lippincott, Williams and Wilkins Publishers, 580-594, 2002.

100).Fishbain DA:  The Treatment of Chronic Pain and Associated Psychopathology, in
   <u>Neuropsychiatry 2nd Edition</u>:   Schiffer RB, Rao SM,Fogel BS., Eds., Lippincott, Williams & Wilkins
   Publishers, Baltimore. Chapter 31,799-835,2003.

101).Fishbain DA, et al:  Chronic pain disability exaggeration/malingering and submaximal effort
research.
      In <u>Handbook of Psychological Injuries</u>, Eds:  Schultz IZ, and Brady DO, Am. Bar Association.
      Accepted for publication.

102).Fishbain DA:  Clinical contributor.  <u>Professional Handbook of Drug Therapy for Pain</u>.
Springhouse,
      Springhouse, PA  2001.

103).Fishbain DA: Multimodal Rehabilitation For Pain Problems. In: Encyclopedic Reference to Pain,
   Eds.  Schmidt R, Willis B. Springer Verlag Publishers, 2006.

104).Fishbain DA.  Malingering, Primary and Secondary Gain. In: Encyclopedic Reference to Pain,
Eds: Schmidt RF, Willis WD.  Springer, Verlaq Publishers, 2006.

105).Fishbain DA:  Psychiatric, somatic and behavioral/psychological comorbidities in chronic pain
patients: Diagnostic and treatment approaches.  In the Nerurological Basis of Pain,
Ed. Pappagallo Marco.  McGraw Hill Publishers, Chapter 37:527-541, 2005.

106).Fishbain DA.  Chronic Pain & Addiction, Chapter 10, In Werner's Pain Management, A Practical
Guide For Clinicians, 7th Edition. M.  Boswell and B. Cole Eds., Am Academy Pain Management,
CRC Press Taylor & Francis Group Boca Raton, FL., Pg 117-139, 2006.

107).Fishbain DA.  The Psychiatric & Psychological Evaluation of the Chronic Pain Patient : An
Algorithmic Approach , In:  Interventional spine:  An algorithmic approach, Eds.:  Slippman CW,
Derby R, Simeone FA, Mayer TG..Saunders Elsevier Press Philadelphia Pa.,
Chapter 9,105-112, 2008.

108).Fishbain DA. Managing Pain . Professional's Handbook of Drug Therapy for Pain. Eds.
Bonsall LM,et al ,Springhouse, Pennsylvania, Pa., Contributor  Chapter 3, 2001.

109).  Fishbain, DA., Pain Associated Comorbidities Which Should be a Focus of Psychiatric
Evaluation and Treatment., In Wall & Melzack's Textbook of Pain 6th Edition, Chapter 19, Editors
McMahon SB, Koltzenberg  M, Tracey I, Turk DC. Elsevier 2013.

**Research Papers Published In Peer Reviewed Medical Journals:**

110).  Fishbain DA. The fear of death ,finitude, and the physician.
Univ. Ottawa Medical J. 14[2]:9- 12,1970.

111).  Fishbain DA, Ling G, & Kushner DJ:  Isoniazid metabolism and binding by sensitive and
resistant strains of Mycobacterium Smegmatis.  Can J Microbiol, 18(6):783-792, 1972.

112).  Fishbain DA, & Villasuso A:  Exclusive adult lesbianism associated with Turner's syndrome
mosaicism.  Arch Sex Behav, 9(4):345-349, 1980.

113).  Fishbain DA, & Villasuso A:  Manic depressive illness associated with Turner's syndrome
mosaicism.  J Nerv Ment Disorders, 169(7):459-461, 1981.

114).  Fishbain DA, & Wetli CV:  Cocaine intoxication, delirium and death in a body packer.
Ann Emerg Med 10(10):531-532, 1981.

115).  Fishbain DA:  Pain insensitivity in psychoses, clinical implications for emergency room
physicians.  Ann Emerg Med, 11(11):630-632, 1982.

116).   Fishbain DA, & Rotondo D:  Foreign body ingestion associated with delusional beliefs.
J Nerv Ment Disorders, 171(5):321-322, 1983.

117).  Fishbain DA, & Aldrich TE:  A controlled study of suicide pacts (double suicides).
J Clin Psychiatry, 45(4):154-158, 1984.

118).  Fishbain DA, & Aldrich TE:  Suicide pacts:  International comparisons.
J Clin Psychiatry, 46(1):11-15, 1985.

119).  Fishbain DA:  Priapism as a sequela of fluphenazine hydrochloride treatment reversed by
diphenhydramine.  Ann Emerg Med, 14(6):600-602, 1985.

120).  Fishbain DA, Rao VJ, & Aldrich TE:  Female homicide-suicide perpetrators, a controlled study.
J Forensic Sciences 30(4):1148-1156, 1985.

121).  Wetli CV, & Fishbain DA:  Cocaine psychoses and sudden death.
J Forensic Sciences, 30(3):873-880, 1985

122).  Fishbain DA:  Impaired veterinarians:  Similarities and differences with impaired physicians.
J Nat'l Med Assoc, 78(2):133-137, 1985.

123).  Fishbain DA, & Rosomoff H:  Capgras syndrome associated with metrizamide myelography.
Int'l J Psychiatry in Medicine, 16(2):131-136, 1986.

124).  Fishbain DA, Goldberg M, Meagher B, Steele-Rosomoff R, & Rosomoff H:  Male and female
chronic pain patients categorized by DSM-III diagnostic criteria.  Pain, 26(2):181-197, 1986.

125).  Fishbain DA, & Schiffman J:  The daughter as the solitary principal "double" in a Capgras
syndrome:  Psychodynamic correlates.  Am J Psychotherapy, XL (4):607-611, 1986.

126).  Fishbain DA, Fletcher JR, Aldrich TE, & Davis JH:  Relationship between Russian roulette
Deaths and and risk-taking behavior:  A controlled study.  Am J Psychiatry, 144(5):563-567, 1987.

127).  Fishbain DA:  The frequency of the Capgras delusion in a psychiatric emergency service.
Psychopathology 20:42-47, 1987.

128).  Fishbain DA:  Kleptomania as risk-taking behavior in response to depression:  Case report.
Am J Psychotherapy 41(4):598-603, 1987.

129).  Fishbain DA, Goldberg M, Khalil TM, Meagher RB, Santana R, Steele-Rosomoff R, &
Rosomoff HL:  The utility of electromyography biofeedback in the treatment of conversion
paralysis at a comprehensive pain center.  Am J Psychiatry, 145(12):1572-1575, 1988.

130).  Khalil TM, Abdel-Moty E, Fishbain DA, & Rosomoff HL:  The use of functional electrical
stimulation in the reversal of conversion disorder, paralysis type.
Arch Phys Med Rehab, 69:545-547, 1988.

131).  Fishbain DA:  The frequency of hypoglycemic confusional states, presenting as delirium, to a
psychiatric emergency service.  Psychosomatics, 29(3):346-348, 1988.

132).  Fishbain DA, Goldberg M, Steele R, Rosomoff H:  Munchausen syndrome presenting with

chronic pain:  Case report.  Pain, 35(1):91-94, 1988.

133).  Labbe E, Fishbain DA, Goldberg M, Rosomoff H, Steele-Rosomoff R:  Compensation and non-compensation chronic pain patients' responses to the Millon Behavioral Health Inventory. Pain Management, 1(May/June):133-139, 1988.

134).  Fishbain DA, Goldberg M, Meagher B, Steele-Rosomoff R, & Rosomoff H:  Compensation and non-compensation chronic pain patients categorized by DSM-III diagnostic criteria. Pain, 32(2):197-206, 1988.

135).  Fishbain DA, Goldberg M, Steele-Rosomoff R, Rosomoff H:  Atypical Oxycodone (Percocet) Withdrawal Syndrome in a chronic pain patient.  Pain Management, 35(1):91-94, 1988.

136).  Labbe E, Goldberg M, Fishbain DA, Rosomoff H, & Steele-Rosomoff R: The Millon Behavior Health Inventory norms for chronic pain patients. J Clinical Psychology. 45(3):383-390, 1989.

137).  Fishbain DA, Goldberg M, Steele-Rosomoff R, & Rosomoff H:  DSM-III diagnoses in chronic pain patients with diffuse/specific myofascial pain syndrome or fibrositis. Arch Phys Med Rehab. 70:433-438, 1989.

138).  Rosomoff HL, Fishbain DA*(*Senior Author), Goldberg M, Santana R, & Steele R: Physical findings in patients with chronic intractable benign pain of the neck and/or back. Pain. 37(3):279-87, 1989.

139).  Fishbain DA, Goldberg M, Barsky S:  Koro (Genital Retraction Syndrome) Psychotherapeutic Interventions.  Am J Psychotherapy, XL III (1):87-91, 1989.

140).  Fishbain DA, Goldberg M, Steele-Rosomoff R. Rosomoff H: Homicide-suicide and chronic pain: Case Report.  Clin J Pain 5:275-277, 1989.

141).  Rosomoff HL, Fishbain D. Goldberg M, Steele-Rosomoff R:  Myofascial Findings in Patients with "Chronic Intractable Benign Pain" of the Back and Neck, Pain Management 3(2):114-118, 1990.

142).  Fishbain DA, Goldberg M:  Obsessive Fear of Loss of Control of Malodorous Flatulence Treated with Fluoxetine Hydrochloride. Psychosomatics. 32(1): 105-108, 1991.

143).  Fishbain DA, Aldrich TE, and Duncan RC:  The impact of a man-made disaster (Miami riots) on a psychiatric emergency service.  J Nerv Mental Disease. 179(3): 162-167, 1991.

144).  Fishbain DA, Goldberg M. Steele R, and Rosomoff H:  Chronic pain patients and nonorganic physical sign of nondermatomal sensory exam and its associated DSM-III psychiatric diagnoses. Psychosomatics. 32(3):294-303, 1991.

145).  Fishbain DA, Goldberg M, Steele R, Rosomoff H:  Completed suicides in chronic Pain. Clinical Journal Pain. 7(1): 29-37, 1991.

146).   Fishbain DA, Goldberg M:  The frequency of conversion disorder.  Paralysis type in a psychiatric emergency service.  Gen Hosp Psychiatry.  13(3):177-181, 1991.

147).   Fishbain DA, Goldberg R, Steele-Rosomoff R, Rosomoff H:  More Munchausen's and Chronic Pain.

Clinical J Pain. 7(3):237-244, 1991.

148).   Fishbain DA, Barsky S, Goldberg R: Mono-symptomatic Hypochondriacal Psychosis:  Belief of Contracting Rabies.  Int J Psychiatry Medicine. 22( ):3-9, 1992.

149).   Fishbain DA, Dominguez R, Goldberg R, Olsen E, Rosomoff H: Dyskinesia Associated with Fluoxetine use: Case Report.  Neuropsychiatry, Behav. Neurology. 5(2):97-100, 1992.

150).   Fishbain DA, Rosomoff HL, Steele-Rosomoff R: Review article:  Drug abuse, dependence, and addiction in chronic pain patients.  Clinical J Pain. 8(2):77-85, 1992.

151).   Rosomoff HL, Fishbain DA, Rosomoff RS:  Chronic cervical pain: radioculopathy or brachialgical noninterventional treatment.  Spine. 17(108):S362-S366. 1992.

152).   Fishbain DA, Rosomoff HL, Steele-Rosomoff R: Review: The detoxification of non-opiate drugs in the chronic pain setting and clonidine opiate detoxification. Clinical J Pain. 8(3):191-203, 1992.

153).   Fishbain DA:  Opiate detoxification protocols.: A clinical manual.
Annals of Clinical Psychiatry, 5(1):53-66, 1993.

154).   Fishbain DA, Trescott J, Cutler B, Abdel-Moty E, Steele-Rosomoff H, Rosomoff HL:
Do some chronic pain patients with atypical facial pain, overvalue and obsess about their pain?
Psychosomatics, 34(4):355-359, 1993.

155).   Abdel-Moty E, *Fishbain DA, (Senior Author)* Khalil TM, Sadek S, Cutler R, Steele-Rosomoff R, Rosomoff HL:  Functional capacity and residual functional capacity and their utility in measuring work capacity, review and commentary.  Clinical J Pain, 9:168-173, 1993.

156).   Fishbain DA, Rosomoff HL, Goldberg M, Khalil TM, Cutler R, Steele-Rosomoff R:  The prediction of return to work after pain center treatment.  A Review. Clinical J Pain. 9(1):3-15, 1993.

157).   Cutler RB, Fishbain DA, Steele-Rosomoff R, Rosomoff H:  Geriatric pain center treatment outcome compared to outcome for younger age groups.
Archives Physical Medicine. 75(4):457-464, 1994.

158).   Fishbain DA, Abdel-Moty E, Cutler B, Khalil TM, Steel-Rosomoff R, Rosomoff HL:  A method of measuring residual functional capacity in chronic pain patients based on the dictionary of occupational titles.  Spine 19(8):872-880, 1994.

159).   Cutler RB, Fishbain DA, Rosomoff HL, Abdel-Moty E, Khalil TM, Steele-Rosomoff R: Does non-surgical pain center treatment of chronic pain return patients to work?  A review and meta-analysis of the literature.  Spine. 19(6):643-652, 1994.

160). Abdel-Moty E, Fishbain DA*, (*Senior Author) Goldberg M, Khalil T, Steele-Rosomoff R, Rosomoff H: Functional electrical stimulation treatment of post-radioculopathy related muscle weakness. <u>Archives of Physical Medicine and Rehabilitation</u>. 75:680-686. 1994.

161). Cutler RB, Fishbain DA, Lu Y, Steele-Rosomoff R, Rosomoff HL: The prediction of pain center treatment outcome for geriatric chronic pain patients. <u>Clinical J Pain</u>. 10:10-17, 1994.

162). Fishbain DA, Cutler R, Steele-Rosomoff R, Rosomoff H: The problem-oriented psychiatric examination of the chronic pain patient and its application to the litigation consultation. <u>Clinical J Pain</u>. 10:28-51, 1994.

163). Fishbain DA: The secondary gain concept, definitional problems and its abuse in medical practice.
<u>American Pain Society J</u>. 3(4):264-273, 1994.

164). Fishbain DA: Secondary gain concept, definition, problems and its abuse in medical practice. <u>American Pain Society J</u>. 3(4):285,1994.

165). Fishbain DA, Rosomoff H, Steele-Rosomoff R, Cutler R: What is a multidisciplinary pain center and what are the indications for treatment at such centers.
<u>Archives Family Medicine</u>. 4:58-66, 1995.

166). Fishbain DA, Khalil TM, Abdel-Moty E, et al: Physician limitation when assessing work capacity, A review and commentary. <u>J Back Musculosketal Rehabilitation</u>. 5:107-113, 1995.

167). Fishbain DA, Rosomoff HL, Cutler RB, Steel-Rosomoff R: The secondary gain concept, a review of the scientific evidence. <u>Clinical J Pain</u>. 11:6-21, 1995.

168). Fishbain DA, Rosomoff HL, Cutler RB, Steele-Rosomoff R: Do chronic pain patients' perceptions about their preinjury jobs determine their intent to return to the same type of job post-pain facility
treatment? <u>Clinical J Pain</u>. 11:267-278, 1995.

169). Rosomoff H, Fishbain DA*,(Senior author) Cutler RB, Steele-Rosomoff, R: Do chronic pain patient perceptions of about their pre-injury job differ as a function of workers compensation and non-worker compensation status? <u>Clinical J Pain</u>. 11:279-286, 1995.

170). Fishbain DA: The new American psychiatric association diagnostic and statistical manual, the DSM-IV: Implications for the pain clinician. <u>American Pain Society Bulletin</u> 5(2):6-9, 18, 1995.

171). Fishbain DA, Chabal C, Abbott A, Wyoperman-Heine L, Cutler R: Transcutaneous electrical nerve stimulation (TENS) Treatment outcome in long term users.
<u>Clinical J Pain</u>, 12:201-214, 1996.

172). Fishbain DA, Cutler RB, Rosomoff H, Khalil T, Abdel-Moty E, Sadek S, Zaki A, Saltzman A, Jarrett J, Martinez G, Steele-Rosomoff R: Movement in work status post pain facility treatment. <u>Spine</u>, 21(22):2662-2669, 1996.

173). Fishbain DA, Cutler R, Rosomoff HL, Steele-Rosomoff R: Chronic pain associated depression: Antecedent or consequence of chronic pain?  A review.  Clinical J Pain, 13(2):116-137, 1997.

174). Fishbain DA, Cutler RB, Rosomoff HL, Khalil T, Steele-Rosomoff R: Impact of chronic pain patients' job perception variables on actual return to work.  Clinical J Pain, 13(3):197-205, 1997

175). Fishbain DA, Cutler RB, Rosomoff HL, Steele-Rosomoff R: Pain facilities: A Review of their effectiveness and referral selection criteria.  Current Review of Pain, 1(2):107-115, 1997.

176). Rosomoff HL, Steele-Rosomoff R, Fishbain DA: Types of pain treatment facilities referral selection criteria: Are they medically and cost effective?
J Florida Med Association, 84(1):41-45, 1997.

177). Fishbain DA: Can personality disorders in chronic pain patients be accurately measured?
Pain Forum.  6(1):16-19, 1997.

178). Fishbain DA: Psychiatric and psychological problems associated with chronic pain: A review.
Primary Care Psychiatry, 3:75-83, 1997.

179). Rosomoff, HL, Steele-Rosomoff R, Fishbain DA:  Chronic low back pain.
J Back Musculoskeleta Rehabil. 9:201-208, 1997.

180). Chabal C, Fishbain DA, Weaver M, Wipperman-Heine L: Long-term transcutaneous electrical nerve stimulation (TENS) use: Impact on mediation utilization and physical therapy costs.
Clinical J Pain, 14:66-73, 1998.

181). Fishbain DA, Cutler RB, Rosomoff HL, Steele-Rosomoff R: Do antidepressants have an analgesic effect in psychogenic pain and somatoform pain disorder?  A meta-analyses.
Psychosomatic Medicine, 60:503-509, 1998.

182). Fishbain DA, et al: Comorbidity between psychiatric disorders and chronic pain.
Current Review of Pain, 2(1):1-10, 1998.

183). Fishbain DA, et al: Comorbid psychiatric disorders in chronic pain patients with psychoactive substance use disorders.  The Pain Clinic, 11(2):79-87, 1998.

184). Fishbain DA: Somatization, secondary gain, and chronic pain: Is there a relationship?
Current Review of Pain, 6:101-108, 1998.

185). Fishbain DA, Abdel-Moty E, Cutler RB, Rosomoff HL, Steele-Rosomoff R: Detection of exaggerated muscle weakness in volunteers utilizing a computerized exercise testing system.
Amer J Physical Med & Rehab, 78(3):222-227, 1999.

186). Fishbain DA, Cutler RB, Rosomoff H, Khalil T, Abdel-Moty E, Steele-Rosomoff R:
The validity of the dictionary of occupational titles residual functional capacity battery.
Clinical J Pain, 15(2):102-110, 1999.

187).     Fishbain DA: Approaches to treatment decisions for psychiatric co-morbidity in the management
          of the chronic pain patient.  Medical Clinics North America, 83(3):737-760, 1999.

188).     Fishbain DA, et al: Validity of self-reported drug use in chronic pain patients.  Clinical J. Pain.
          15(2):102-110, 1999.

189).     Fishbain DA, et al: The prediction of chronic pain patient intent to return post-pain facility
          treatment, and the prediction of being discrepant with intent and discrepant with non-intent.
          Clinical J. Pain, 15(2): 141-150, 1999.

190).     Fishbain DA, et al: Chronic pain disability exaggeration / malingering research: A review.
          Clinical J Pain.  15(4): 244-274, 1999.

191).     Cole B, Cutler B, Fishbain DA, Rosomoff HL, Steele-Rosomoff R: The pain and impairment
          relationship scale (PAIRS) in chronic pain patients.  Pain Clinic.  11(3): 187-197, 1999.

192).     Fishbain DA: The association of chronic pain and suicide.
          Seminars in Clinical Neuropsychiatry     4(3): 221-227, 1999.

193).     Fishbain DA, Cutler RB, Rosomoff HL, Steele-Rosomoff R:  Pain facility treatment outcome
          for failed back surgery syndrome.  Current Review Pain, 3(1):10-17,1999.

194).     Fishbain DA, Cutler RB, Rosomoff HL, Steele-Rosomoff R: What is the quality of the implemented
          meta-analytic procedures in chronic pain treatment meta-analyses.  Clin J Pain 16(1):73-83,
          2000.

195).     Fishbain DA, Cutler R, Rosomoff HL, Steele-Rosomoff R:  Risk for violent behavior in patients with
          chronic pain:  Evaluation and management in the pain facility setting.  A review and case
          reports.
          Pain Medicine. 1(2):140-155, 2000.

196).     Fishbain DA:  Non surgical chronic pain treatment outcome: A review.
          International Review Psychiatry. 12:170-180, 2000.

197).     Scudds RA, Fishbain DA, et al: Concurrent Validity of an Electronic Descriptive Pain Scale.
          Clinical Rehabil.17:206-208, 2003.

198).     Fishbain DA:  Evidence-based date on pain relief with antidepressants.
          Annals Med 32(5):305-316, 2000.

199).     Cutler RB, Fishbain DA, et al: Identifying patients at risk for loss to follow-up after pain center
          treatment. Pain Medicine. 2(1): 46-51, 2001.

200).     Fishbain DA, Cutler B, Cole B, Rosomoff HL, Steele-Rosomoff R:  IHS Headache diagnostic

patterns in pain facility patients. Clinical J Pain 17(2):1-16, 2001.

201). Fishbain DA, et al: Evidence-Based Data from Animal and Human Experimental Studies on Pain Relief with Antidepressants. Pain Medicine 1(4):310-316, 2000.

202). Fishbain DA, et al: Clonazepam Open Clinical Treatment Trial for Myofascial Syndrome Associated Chronic Pain. Pain Medicine 1(4):332-339, 2000.

203). Fishbain DA, et al: Does the Conscious Exaggeration Scale of the Illness Behavior Questionnaire (IBQ) Detect Deception within Patients with Chronic Pain Alleged to Have Secondary Gain? Pain Medicine. 3(1): 39-46, 2002.

204). Fishbain DA, et al: Millon Behavioral Health Inventory Scores of Patients with Chronic Pain Associated with Myofacial Syndrome. Pain Medicine. 2(4): 328-335, 2001.

205). Fishbain DA, et al: Pain Determined Disociation Episodes. Pain Medicine. 2(8): 216-224, 2001.

206). Fishbain DA, et al: A Structured Evidence Based Review of the Meaning of Non-organic Physical Signs: Waddell Signs. Pain Medicine. 4 (2):141- 181, 2003.

207). Fishbain DA, et al: Do Epidemiological Studies Indicate That Patients Taking Opioids Can Drive Safely: A Structured Evidence Based Review.
J. Pain & Pallative Care Pharmacotherapy. 16(1): 9-28, 2002.

208). Fishbain, DA: Medico-Legal Issues and Breaches of "Standards of Medical Care" In Opioid tapering for Alleged Opioid Addiction. Pain Medicine:3(2): 135-142, 2002.

209). Fishbain DA, et al: Are Opioid Dependent/Tolerant Patients Impaired in Driving Related Skills? A Structured Evidence Based Review. J. Pain Symptom Management 25 (6): 559-577, 2003

210). Fishbain DA, et al: Is there a Relationship Between Non-Organic Physical Findings (Waddell Signs) and Secondary Gain/Malingering? Clinical J. Pain 20(6):399-408, 2004.

211). Cutler B, Fishbain DA, et al: Relationship Between Functional Capacity Measures and Baseline Psychological Measures in Chronic Pain Patients.
J. Occupational Rehabil. 13(4): 249 – 258, 2003.

212). Fishbain DA, et al: Is the Location of Non-Dermatomal Sensory Abnormities (NDSA) Related to Pain Location. Pain Med. 4(3):238-243, 2003.

213). Fishbain DA, et al: Medico-legal Issues and Breaches of "Standards of Medical Care" In Methadone Detoxification For Opioid Addiction. Case Report. Pain Medicine. 4 (2): 195-201, 2003

214). Fishbain DA: Addiction and Pseudoaddiction in Chronic Pain Patients.
Psychiatric Times 20(2): 25-27, 2003

215).     Fishbain DA, et al: Is Pain Fatiguing? A Structured Evidence Based Review. <u>Pain Medicine</u>. 4 (1): 51-62, 2003.

216).     Fishbain DA, et al: Are Patients with Chronic Low Back Pain and Chronic Neck Pain Fatigued. <u>Pain Medicine</u> 5(2): 18-195, 2004.

217).     Fishbain DA, etal: Lidocaine 5% patch (Lidoderm[R]) Chronic Pain Treatment Trial and Prediction of Response: An Open Label Naturalistic Study.  <u>Pain Medicine</u> 7(2): 135-142, 2006

218).     Fishbain DA, et al: Do the Second Generation Atypical Neuroleptics Have Analgesic Properties? A Structured Evidenced Based Review. <u>Pain Medicine</u>.5(4): 359-365, 2004

219).     Fishbain DA, et al: Do the proposed Cervicogenic Headache diagnostic criteria demonstrate specificity in terms of separating cervicogenic headache from migraine? <u>Current Pain and Headache Reports 7 (5)</u>: 387-394, 2003.

220).     Fishbain DA, et al:  Genetic testing for Enzymes of drug metabolism: Does it have clinical utility for pain medicine at the present time? A structured review.  <u>Pain medicine</u>. 5 (1): 83 – 95, 2004.

221).
fatigue.     Fishbain DA, et al: Multidisciplinary Pain Faculty Treatment Outcome for pain Associated

     <u>Pain Medicine.</u> 6(4):299-304, 2005.

222).
Report.     Fishbain DA, et al:  Modafinil for the treatment of pain associated fatigue:  Review and case <u>Pain and Palliative Care Pharmacological Therapy</u>.18(2): 39-47, 2004.

223).
doctor in     Bruns D, Fishbain DA, et al.  What variables are associated with an expressed  wish to kill a

     the community in injured patient samples. Journal of Clinical Psychol Med Settings DOI 10. 1007/s 10880-010-9190-7, 3/30/2010

224).     Fishbain DA:  The Painful Truth  About Depression <u>Current Psychiatry</u>. 3(4);89-93, April 2004.

225).
Traits.     Fishbain, DA, et al:  Chronic Pain and the Measurement of Personality: Do States Influence <u>Pain Medicine. 7(6):509-529,2006.</u>

226).     Cutler, RB, Fishbain, D A: Are alcoholism treatments effective?  The Project  match data. Access on line at <u>http://www.biomedcentral.com/bmcpublichealth/</u> <u>BMC Public Health</u> 5:75,
2005.

227).     Fishbain, DA:  How to Use Evidence Based Medicine for Clinical Practice. Accepted for Publication, <u>Journal of Clinical Psychiatry.</u>

228).     Fishbain, DA:  Polypharmacy Treatment Approaches to the psychiatric and somatic comorbidities
     found in patients with chronic pain .<u>Am. J. Physical Med. Rehabil.</u> 84(3 supp): s56-s63, 2005.

229).     Fishbain, DA:  Relationships Between Physical Symptoms and Depression Treatment Response

or Resistance in Patients with Comorbid Medical Conditions.  Primary Care Companion.
Journal Clinical Psychiatry 7(0):7-9, 2005.

230).   Lewis J, Fishbain, DA, et al:  Reliability and Validity of a Pain Matching Method on an
Experimental Pain Induction Apparatus.  Pain Clinic. 18(1):11-17, 2006.

231).   Fishbain, DA, et al.  Variables Associated with Current Smoking Status in Chronic Pain Patients.
Pain Medicine. ; 8:301-311,2007.

232).   Fishbain, DA, et al.  Does Smoking Status Affect Multidisciplinary Pain Center Treatment
Outcome?  Pain Medicine 9(8): 1081-1090, 2008

233).   Fishbain, DA, et al.  What are the Attributes that are Associated with the Wish to Sue His/Her
Physician?  Arch. Physical Medicine: 88(5): 638-45, 2007.

234).   Fishbain, DA.  Duloxetine For Neuropathic Pain (Based on Recent Clinical Trials).
Current Pain and Headache Reports. 10(3): 199-204,2006.

235).   Fishbain, DA.  Et al.  The Relationship Between Antidepressant and Analgesic Responses:
Findings From 6 Placebo- Controlled Trials Assessing the Efficacy of Duloxetine in Patients
with Major Depressive Disorder. Curr Med. Res. & Opinion 24(11): 3105-15, 2008.

236).   Argoff C, Fishbain DA, et al.  Introduction to Diabetic Peripheral Neuropathic Pain:  Clinical &
Quality of Life Issues.  Mayo Clinic Proceedings. 81(4,Suppl):s3-s11, 2006.

237).   Argoff C, Bakonja M, Belgrade M, Bennett G, Clark m, Cole B, Fishbain DA, et al.  Consensus
Guidelines:  Treatment Planning & Options for the Treatment of Diabetic Peripheral Neuropathic
Pain.   Mayo Clinic Proceedings. 81(4 Suppl): s12-s525, 2006.

238).   Fishbain DA, et al.  Can the Neuropathic Pain Scale Identify Chronic Pain Patients With
Neuropathic Pain? Pain Medicine.  doi:10.1111/j.1526-4637. 2007. 00302.x, 20-aug, 2007.

239).   Fishbain DA, et al.  What Percentage of Chronic Non-malignant Pain Patients Exposed to
Chronic Opioid Analgesic Therapy Develop Abuse/Addiction and or Aberrant Drug-Related
Behaviors? A Structured Evidence-Based Review. Pain Medicine.
doi:10.1111/j.1526-4637. 2007.00370x , 3-oct-2007.

240).   McQuay H, Kajdasz DK, Iyengar S, Desaiah D, Backonja M, Farrar JT, Fishbain DA, etal.
Duloxetine for the Management of Diabetic Peripheral Neuropathic Pain:  Evidence Based
Findings From Post Hoc Analysis of Three Multicenter, Randomized, Double-Blind, Placebo-
Controlled, Parallel-Group Studies.  Clinical Therapeutics 29:2536-2546, 2007.

241).   Wise TN, Fishbain DA, Holder-Perkins V. Painful Physical Symptoms in Depression-
A Clinical Challenge.  Pain Medicine.8(82):575-582, 2007.

242).   Fishbain DA, et.al. What is the Evidence For Chronic Pain Being Etiologically Associated
With the DSM-4 Category of Sleep Disorder Due to a General Medical Condition?  A Structured

Evidence Based Review.  Pain Med. 11:158-179, 2010

243).     Fishbain DA, et al.  Are Smoking Chronic Pain Patients at Risk for Suicide Ideation.
Pain Medicine 10(2):340-346,2009.

244).     Fishbain, DA et al.  What are the Variables That Are Associated With the Patient's Wish to Sue
His Physician in Patients with Acute and Chronic Pain?  Pain Med 9(8): 1130-1142, 2008

245).     Fishbain DA, et al.  Is Chronic Pain Associated With Somatization/Hypochondriasis?
An Evidence Based Structured Review.  Pain Practice 9(6): 449-467, 2009

246).     Fishbain DA, et al.  Does Pain Mediate The Pain Interference With Sleep Problem in Chronic
Pain?
Findings From Studies For Management of Diabetic Peripheral Neuropathic Pain With
Duloxetine.
Journal Pain & Symptom Management. 36(6) :639-47, 2008.

247).     Fishbain DA.  The Effect of Painful Physical Symptoms on Depression Remission.
Primary Care Companion  J. Clinical Psychiatry 9:2-4, 2007.

248).     Fishbain DA, et al.  Alleged Breaches of "Standards of Medical Care" in a Patient Overdose
Death Possibly Related to Chronic Opioid Analgesic Therapy:Application of the Controlled
Substance Model Guidelines:  Case Report.  Pain Medicine 10(3):565-572,2009.

249).     Fishbain DA, et al.   Alleged Medical Abandonment In Chronic Opioid Analgesic Therapy:
Case Report. Pain Med.10[4]:722-729,2009.

250).     Fishbain DA, Lewis J, Cole B, Steele-Rosomoff R, Rosomoff HL.  Medico-Legal Rounds:
Medico-Legal Issues and Alleged Breaches of "Standards of Medical Care" in a Motor Vehicle
Accident Allegedly related to Chronic Opioid Analgesic Therapy: Case Report.
Journal Opioid Management. 3(1): 16-20, 2007.

251).     Fishbain DA. Duloxetine Status.  Pain Medicine. 8(52): 525-526, 2007.

252).     Fishbain DA, et al.  Duloxetine for Neuropathic Pain Based on Recent Clinical Trials.
Current Primary Care Reports. 2:94-99, 2007.

253).     Fishbain DA, et al.  Does Pain Mediate the Pain-Fatigue Relationship?  Evidence from
Duloxetine Diabetic Peripheral Neuropathic Pain Trials. Pain Practice 9(5): 354-362, 2009.

254).     Fishbain DA, et al.  Correlates of self-reported violent ideation against physicians in acute
and chronic pain patients. Pain Medicine. 10(3):573-585, 2009.

255).     Fishbain DA, et al.  What Are The Variables Which Are Associated  With a Pain Patient's Wish
to Sue His Physicians?  Pain Medicine  9(8):1130-1142,2008.

256).     Fishbain DA, et al.  Do Opioids Induce Hyperalgesia in Humans?  An Evidence Based Structured

Review. Submitted for publication. Pain Medicine: 10 (5): 829-839, 2009.

257). Fishbain, DA, Oxymorphone Status. Pain Med 10(S1): 51-52, 2009

258). Kadjdasz DK, Iyenger S, Backonja MM, Farrar JT, Fishbain, DA, et al. Duloxetine For the Management of Diabetic Peripheral Neuropathic Pain: Evidence –Based Findings From Post Hoc Analysis of Three Multicenter,Randomized ,Double Blind ,Placebo Controlled Parallel-Group Studies. Clinical Therapeutics 29 supplement: 2536-46, 2007.

259). Chou R, Fanciullo GJ, Fine PG, Adler JA, Ballantyne JC, Davies P, Donovan MI, Fishbain DA, et al.

Clinical Guidelines For The Use of Chronic Opioid Therapy in Chronic Non-Cancer Pain. J. Pain 10(2): 113-130, 2009.

260). Fishbain DA. Pharmacotherapeutic Management of Breakthrough Pain in Patients With Chronic Pain.

Am. J. Managed Care 14(5): S123-S128, 2008.

261). Fishbain DA, et al. What Percentage of Chronic Non-Malignant Pain Pataients Exposed to Chronic

Opioid Analgesic Therapy Develop Abuse/Addiction and/or Aberrant Drug-Related Behaviors? A

Structured Evidence Based Review. Pain Med 9(4): 444-459, 2008.

262). Fishbain DA, et al. Can the Neuropathic Pain Scale Discriminate Between Non-Neuropathic and Neuropathic Pain. Pain Med 9(2): 150-159, 2008.

263). Fishbain DA, et al. Risk for Five Forms of Suicidality in Acute Pain Patient and Chronic Pain Patients

Verses Pain- Free Community Controls. Pain Med. 10(6):1095-1105 ,2009.

264). Fishbain DA, et al. Variables Associated With Self Prediction of Psychopharmacological Treatment

Adherance in Acute and Chronic Pain Patients. Pain Practice DOI.101111/j.1533-2500.2010.00371.x

265). )   Fishbain DA, et al., Is smoking associated with Alcohol-Drug Dependence in Patients with Pain and Chronic Pain Patients? An Evidence Based Structured Review . Pain Medicine http://onlinelibrary.wiley.com/doi/10.1111/j.1526-4637.2012.01446.x/full

266). Fishbain DA. Controlled Substances Model Guidelines and Standards of Practice :Response to Commentary.Pain Med. 10(3):564,2009.

267). Fishman SM, Fishbain DA, et al. Forensic Pain Medicine. Pain Med. 3(4):352 ,2002.:

268). Fishbain DA. Hubert Rosomoff, md,d .med.Sc: Pioneer in Neurosurgery and Pain Med. Pain Med 10[4]607-610, 2009.

269). Fishbain DA. Evidence based treatment paradigms for depressed patients with pain and physical symptoms. J. Clin. Psychiatry 70(7): e22, 2009.

270). Fishbain DA.,Johnson S ., Webster L .,Greene L ., Faysal  J.Review of Regulatory Programs and New Opioid Technologies in Chronic Pain Management: Balancing Risk of Medication Abuse with Medical Need . J Managed Care Pharmacy 16(4):276-287,2010.

271). Fishbain DA. Risk Stratification and Evaluation of High-Risk Behaviors for Chronic Opioid Therapy. J Family Practice ;http://newsletter.qhc.com/JFP/JFP/_pain120110.htm

272). Fishbain, DA,et al. Exploration of anger constructs in acute and chronic pain patients vs. community patients. Pain Practice  DOI. 10.1111/j.1533-2500.2010.00410.x

273). Fishbain, DA, et al.  Predictors of  homicide-suicide affirmation in acute and chronic pain patients. Pain Medicine 12:127-137, 2011.

274). Fishbain, DA, et al. Are psychoactive substance (opioid)- dependent chronic pain patients hyperalgesic? Pain Practice DOI.10.1111/j.1533-2500.2010.00437.x

275). Fishbain, DA ,et al. Variables associated with self-prediction of psychopharmacological treatment adherence in acute and chronic pain patients. Pain Practice 10 (6):508-19, 2010.

276). Fishbain, DA,  et al.  Exploration of the Illness Uncertainty Concept in Acute and Chronic Pain Patients vs. Community Patients.  Pain Med. 11:658-669, 2010.

277). Fisbain,  DA, et al.  Allegations of Medical Malpractice in Chronic Opioid Analgesic Therapy Possibly Related to Collaborative/Split Treatment and the P-450 Enzyme System:  Forensic Case Report.  Pain Med. 11; 1419-1425, 2010

278). Fishbain DA, et al.  Medical Malpractice Allegations of Iatrogenic Addiction in Chronic Opioid Analgesic Therapy:  Forensic Case Reports.  Pain Med. 11:1537-1545, 2010.

279). Fishbain DA, et al.  Exploration of Anger Constructs in Acute and Chronic Pain Patents vs. Community Patents.  Pain Practice 11 (3): 240-251, 2011.

280). Fishbain DA, et al.  Are Psychoactive Substance (Opioid) – Dependent Chronic Pain Patients Hyperalgesic?  Pain Practice 11 (4): 337-343, 2011

281). Fishbain DA, et al. Examination of Symptom Clusters in Acute and Chronic Pain Patients. Pain Physician, o5/2014:17(3) :E340-57.

282. Fishbain DA, et al. Is There Significant Correlation Between Visual Analogue Scale Chronic Low

Back Pain Scores and Chronic Low Back Pain Scores Determined by Psychophysical Pain Matching?

Pain Practice  , doi.10.1111/papr.12001, 2012.

283).   Fishbain DA., et al.   The Prevalence of Smokers Within Chronic Pain Patients and highest pain levels versus Comparison Groups. Pain Med 28 dec 2012/doi:101111/pme.12023

284 Argoff  CE, Backonja MM, Belgrade MJ, Bennett GJ, Clark MR, Cole DE, Fishbain DA, et al. Diabetic Peripheral neuropathic Pain : Consensus Guidelines for Treatment . J Family Practice ( supplement ) 55(6) s3-s19, 2006.

285).   Fishbain, DA, et al.  Exploration of Affirmation of Childhood Molestation (Sexual Abuse) in Chronic

Pain Patients, Acute Pain Patients, Community Patients With Pain and Community Non-Patients Without Pain.  Pain Practice. DOI. 10.111/paper.12090, 2013.

286).   Fishbain, DA, et al., What is the evidence that  Neuropathic Pain is present in chronic low back pain  and soft tissue syndromes?  An evidence base structured Review.  Pain Med  15: 4-15, 2014.

287).   Fishbain DA, et al., Exploration Of The Belief In Medical Entitlement In Acute and Chronic Pain Patients, In Community Patients With Pain and Community Non-Patients Without Pain. In print,  Pain Practice

288).   Fishbain DA, et al., Exploration of the Pain Acceptance Concept in Acute and Chronic Pain Patients

and Community Patients With Pain.  In Print  Pain Physician

289) Fishbain DA , et al. Explorationship of the relationship Between Disability Perception, Preference for Death over Disability ,and  Suicidality in Patients with Acute and Chronic Pain. Pain Med 13:552-561,2012.

290) Fishbain DA, et al.  Predictor Variables For 6 Forms of Suicidality. European Journal Pain.   16: 706-717,2012.

291) Fishbain DA, et al. Is Smoking associated with Alcohol-Drug Dependence in Patients  with Pain and Chronic Pain Patients ? An Evidence Based Structured Review  Pain Medicine 13: 1212-1226, 2012.

292) Fishbain DA et al. The prevalence of Smokers within Chronic pain patients and highest pain levels versus comparison groups. Pain Med 14 : 403-416, 2013.

293) Fishbain DA, et al. Does pain interfere with antidepressant treatment response/remission in patients with depression and pain ? Pain Med:15:1522-1539,2014.

294) Fishbain DA, et al.  The association of pain and suicidality , recent evidence, a structured review. Pain Med:15:1835-1849,2014.

295) Fishbain DA, et al. Prevalence comparisons of somatic  and other comorbid symptoms between community non-patients without pain, acute pain patients and chronic pain patients.  Pain Med :16:37-50, 2015.

296) Fishbain DA, et al. Examination of the perception of financial entitlement in acute and chronic pain patients. Pain Med., In Preparation

297) Fishbain DA, et al. Exploration of the relationship between the perception of being a burden and suicidality in acute and chronic pain patients. Accepted for publication. Pain Med

298) Fishbain DA, et al. Multidisciplinary pain center treatment outcome at program completion for pain improvement reported as a clinically meaningful difference of 30% and 50 % improvement as measures by self reported vas, pain threshold increase, pain tolerance increase and pain matching. Accepted for publication Pain Med

299) Fishbain DA, et al. Do the minimally clinically important differences of 30 % and 50 % predict multidisciplinary treatment outcome for return to work ? In Preparation.

300) Fishbain DA, et al. Are chronic pain patients who smoke hyperalgesic? Accepted for publication, Pain Med

301) Fishbain DA, et al. Is there significant correlation between self-reported low back pain visual analogue scores and low back pain scores determined by pressure pain induction matching ? Pain Practice 13 (5): 358-63, 2013.

302) Fishbain DA, et al. Exploration of affirmation of childhood molestation ( sexual abuse ) in chronic pain patients, acute pain patients, community patients with pain and community nonpatients without pain, Pain Practice 14 (6): 515-25,2014.

303) Fishbain DA, et al. Examination of Symptom Clusters in Acute and Chronic Pain Patients. Pain Physician 17: E349 --357, 2014.

304) Fishbain DA, et al. The pain- suffering association. Pain Medicine 2015; 16 ; 1057 -1072.

305) Fishbain DA, et al. The relationship between antidepressant and analgesic responses: findings from six placebo-controlled trials assessing the efficacy of duloxetine in patients with major depressive disorder. Current Medical Research and Opinion 24 [11] ;3105-3115,2008.

306)    Fishbain DA, et al. Does opioid tapering in chronic pain patients result in improved pain or same pain vs. increased pain at taper completion? A structured evidence -based systematic review. Pain Medicine 2019;20(11):2179-2197.

307) Fishbain DA, et al. Can Patient Expectations of Return to Work Documented Before , During, or at the End of Treatment Predict Actual Return to Work Post Treatment ? An Evidence-Based Structured Systematic Review . Pain Medicine , 0(0),2020,1-13, doi: 10.1093/pm/pnaa093.

308) Fishbain DA, et al. Chronic pain types differ in their reported prevalence of PTSD and there is consistent evidence that chronic pain is associated with PTSD: an evidence-based structured systematic review. Pain Medicine 2017; 18:711-735.

309) Fishbain DA, et al.  Alleged breaches of " Standard of medical care " in a patient overdose death possibly related to chronic opioid analgesic therapy, application of the controlled substances  model guidelines: case report. Pain Medicine 10 (3) ,565-572,2009.

310) Fishbain DA, et al. Can patient expectations of returning to work documented before , during, or at the end of treatment predict actual return to work post-treatment? An evidence-based structured systematic review. Pain Medicine 2020, doi: 10.1093/pm/pnaa093.

Published Educational Materials:  (Selected)

1)   Fishbain DA: Coulingtor E C, Detre MS, Gallagher RR, King SA.  Pharmacological treatment of chronic
        pain, comorbidity with depression and other Psychiatric disorders. CNS News, January: 2;55-60,
2004.

2)   Fishbain DA, et al.  Pain and Depression, Answers to the Clinical Conundrum.  Pain Medicine News.
        CME Program,  10/2004.

3)    Fishbain DA, et al.  Pharmacologic Treatment of Chronic Pain:  Comorbidity With Depression and Other
        Psychiatric Disorders.  CNS News/ CME Program, 1/2004.

4)    Fishbain DA.  Affective and "Other" Comorbidities Associated With Chronic Pain.  Audio Digest 33(08):
        April 21, 2004.

5).   Fishbain DA.  Commentary On "Consensus Guidelines:  Assessment, Diagnosis, and Treatment
        of Diabetic Peripheral Neuropathic Pain"  National Initiative on Pain Co0ntrol Newsletter 9/28/2006.

6).   Fishbain DA.  Diabetic Peripheral Neuropathic Pain and Sleep.  Pathways Feb. 1, 2005.

7).   Fishbain DA.  Comentary on Consensus Guidelines on Diabetic Peripheral Neuropathic Pain.
        Pain Management Today 6(2): 7, 2006.

8).   Fishbain DA.  New Developments in the Management of Diabetic Peripheral Neuropathic Pain:
        Focus on Duloxetine.  Pathways Dec. 2-6, 2004.

9).   Fishbain DA.  Diabetic Peripheral Neuropathic Pain and Sleep Impairment:  Exploring the Complex
        Relationship. Pathways. Jan. 1, 2005.

10).  Fishbain DA.  New ASPE Guidelines For the Treatment of DPN.  Pain Management Today.  10/2006.

11).  Fishbain DA.  DPNP and Impairment of Sleep:  Exploring the Complex Relationship.  Pain Medicine
        News. Dec. 18-19, 2007.

12).    Lussieir D, Miskey A, Beaulieu Pk, Portenoy RK, Fishbain DA.  Overview Analgesic Agents.  Pain Medicine News.  Nov. 45-68, 2007

13).    Bruckenthal P,Fishbain DA,et al.Pain Management Pocket Guide. Prime 2009.

14).    Fishbain DA.  The Pathophysiology of Chronic Pain and It's Psychopharmacological Treatment.  Prime at Prime.org 6/1/2009

15).    Fishbain DA, et al., Evidence Based Treatment Paradigms for Depressed Paitents With Pain and Physical Symptoms.  http://www.cmeinstitute.com>newcme>launcher.asp?test=1080

16).    Fishbain DA:  Risk Stratification and Evaluation of High-Risk Behaviors For Chronic Opioid Therapy.  Pain Management Today 2010; 1 (3): 1-6

17).    Letter to the Editor Miami Herald on Pat Robertson's statement "Haiti Made a Pact With the Devil" Miami Herald 2010; Jan 17, 4L.

18)    Information on Excited Delirium published in Miami Herald ,Sunday, sept 29, 2013, Pg. 1b and 8b.

19)    Fishbain DA. The effect of Painful Physical symptoms on Depression Remission. In Comprehensive review of Pain Medicine, The Oakstone Institute, CME info, online/video/audio.

3. PUBLISHED ABSTRACTS:

1)    Fishbain DA, & Villasuso A:  Turner's mosaicism associated with manic-depressive illness.  Clin Psychiatry News. 10(59):27, 1982.

2)    Fishbain DA, & Meagher B:  Behavioral evaluation of chronic pain patients.  American Pain Society 2nd Annual Meeting, Miami, FL.  Program October, 1982.

3)     Fishbain DA, & Meagher B:  Clinical versus actuarial prediction of compliance in a pain rehabilitation program.   American Pain Society 2nd Annual Meeting, Miami, FL.  Program October, 1982.

4)    Fishbain DA:  Traits of people who formulate suicide pacts.  Clin Psychiatry News. 13(3):12, 1985.

5)    Fishbain DA:  Suicide Pacts:  Rare occurrences that frequently involve spouses.  Family Practice News. 14(21):15, 1984.

6)    Fishbain DA:  Foreign body ingestion by man linked to delusion.  Clin Psychiatry News. 12(1):43, 1984.

7)    Fishbain DA:  A controlled study of suicide pacts.  Psychiatry Digest. June:22-23, 1985.

8)    Fishbain DA:  Suicide pacts:  International comparisons.  Psychiatry Digest. October:16, 1985.

9)    Fishbain DA:  Priapism resulting from fluphenazine hydrochloride treatment reversed by

diphenhydramine. <u>J Clin Psychopharmacol</u>. 5(6):356, 1985.

10)   Wetli C, & Fishbain DA:  Cocaine-induced psychosis and sudden death in recreational cocaine users.  American Academy of Forensic Sciences 37th Annual Meeting, Las Vegas, NV.  Program, February 1985.

11)   Fishbain DA, Goldberg M, Meagher B, Steele-Rosomoff R, & Rosomoff H:  DSM-III diagnoses in chronic pain patients.  American Pain Society 5th Annual Meeting, Dallas TX.  Program October, 1985.

12)   Fishbain DA, Goldberg M, Meagher B, Steele-Rosomoff R, & Rosomoff H:  Compensation and non-compensation chronic pain patients categorized by DSM-III diagnostic criteria.  American Pain Society 6th Annual Meeting, Washington, DC.  (Library of Congress #86-070219): 85, 1986.

13)   Khalil TM, Sipes J, Fishbain DA, Bon E, Rosomoff R, & Rosomoff H:  Quantitative measurement of pain:  A new design of a pressure algometer.  American Pain Society 6th Annual Meeting, Washington, DC.  (Library of Congress #86-070219): 24, 1986.

14)   Khalil T, Fishbain DA, Goldberg M, Steele-Rosomoff R, & Rosomoff H:  Utility of EMG Biofeedback in the treatment of conversion paralysis associated with chronic pain.  <u>Pain</u> (Supp 4):557, 1987.

15)   Labbe E, Goldberg M, Fishbain DA, Steele-Rosomoff R, & Rosomoff H:  Millon Behavioral Health Inventory norms for male and female chronic pain patients.  <u>Pain</u>. (Supp 4):594, 1987.

16)   Rosomoff H, Fishbain DA, Goldberg M, Santana R, Steele-Rosomoff R:  Physical findings in patients with chronic intractable benign pain of the back or neck.  <u>Pain</u>. (Supp 4):S120, 1987.

17)   Goldberg M, Labbe E, Fishbain DA, Steele-Rosomoff R, & Rosomoff H:  Comparison of compensation chronic pain patients on the Millon Behavioral Health Inventory.  <u>Pain</u>. (Supp 4):S324, 1987.

18)   Fishbain DA, Goldberg M, Steele-Rosomoff R, & Rosomoff H:  Finding of non-dermatomal sensory exam and its associated DSM-III psychiatric diagnoses in chronic pain patients.  <u>Pain</u>. (Supp 4):S328, 1987.

19)   Fishbain DA, Goldberg M, Labbe E, Steele-Rosomoff R, & Rosomoff H:  Compensation and non-compensation mixed chronic pain patients categorized by DSM-III diagnostic criteria.  <u>Pain</u> (Supp 4):S432, 1987.

20)   Fishbain DA, et al.:  Male and female chronic pain patients categorized by DSM-III psychiatric diagnostic criteria.  <u>Psychiatry Digest</u>. 3:24-25, 1987.

21)   Fishbain DA, et al.:  Relationships between Russian Roulette deaths and risk-taking behavior - A controlled study.  <u>Risk Abstracts</u>. 5(2):90, 1988.

22)   Goldberg M, Fishbain DA, Coya M, Arellano J, Khalil T, Asfour S, Rosomoff R, Rosomoff H:  Use of EMG biofeedback in the rehabilitation of older back pain patients:  body mechanics instruction.

Program 21st Annual Conference Human Factors Association of Canada, Edmonton, Alberta, 61-64, September, 1988.

23)   Fishbain DA, et al.:  The non-organic physical finding of non-dermatomal sensory exam and its associated DSM-III Psychiatric Diagnoses in chronic pain patients.  Canadian and American Pain Society Joint Meeting, Toronto, Ontario, Library of Congress #88-08343:  P57, 1988.

24)   Fishbain DA, et al.:  DSM-III Diagnoses in chronic pain patients with diffuse specific myofascial pain syndrome IE:  Fibrositis.  Canadian and American Pain Society Joint Meeting, Toronto, Ontario, Library of Congress #88-08343:  P177, 1988.

25)   Jarrett J, Goldberg M, Fishbain DA, et al.:  Postural correction for protective scoliosis using physical therapy and biofeedback.  Canadian and American Pain Society Joint Meeting, Toronto, Ontario, Library of Congress #88-08343:  P-83, 1988.

26)   Goldberg M, Labbe E, Fishbain DA, et al.:  Millon Behavioral Health Inventory Norms for male and female chronic pain patients.  Canadian and American Pain Society Joint Meeting, Toronto, Ontario, Library of Congress #88-08343:P55, 1988.

27)   Rosomoff H, Fishbain DA, et al.:  Physical findings in patients with chronic intractable benign pain of the back and neck.  Canadian and American Pain Society Joint Meeting, Toronto, Ontario, Library of Congress #88-08343:P8, 1988.

28)   Rosomoff H, Fishbain DA, Goldberg M, Steele-Rosomoff. Are Myofascial Pain Syndrome (RFS) Physical Findings Associated with Residual Radiculopathy (RR)?  American Pain Society 8th Annual Meeting, Phoenix, Arizona, P#004, 4, 1989.

29)   Rosomoff HL, Fishbain DA, Goldberg M, Santana P, Steele R:  Physical findings in patients with chronic intractable benign pain of the neck and/or back.  Pain Management and Rehabilitative Medicine Newsletter. 3:4, 1989.

30)   Abdel Moty E, Fishbain DA, Goldberg M, Khalil T, Steele-Rosomoff, Rosomoff H. Functional Electrical Stimulation (FES) Treatment of Residual Radiculopathy - Muscle Weakness (RR-MW) in Chronic Pain Patients (CPP).  American Pain Society 8th Annual Meeting, Phoenix, Arizona P#80, 40, 1989.

31)   Fishbain DA, Goldberg M, Ferretti T, Steele-Rosomoff H R, Rosomoff HL: Open Clinical Trial of Clonazepam (CL) for Chronic Pain Patients with Myofascial Pain Syndrome (RPS) Refractory to Pain Unit Treatment.  American Pain Society 8th Annual Meeting Phoenix, Arizona, P #79, 39, 1989.

32)   Fishbain DA, Goldberg M, Ferretti T, Steele-Rosomoff R, Rosomoff H.  The Non-Dermatomal Sensory Abnormality (NDSA) and Pain Perception.  American Pain Society 8th Annual Meeting Phoenix, Arizona, P#26, 13, 1989.

33)   Myofascial Pain Documented at Last?  The Back Letters. 3(12):1-2, 1989.

34)   Psychiatric Differences Among Fibrositis Groups. Current Rheumatology 10(4):8, 1989.

35) Rosomoff H, Fishbain D, Goldberg M, Steele-Rosomoff R: Are Myofascial Pain Syndrome (MFS) Physical Findings Associated with Residual Radiculopathy. Pain Suppl. 5:S396, 1990.

36) Abdel-Moty E, Fishbain D, Goldberg M, Khalil T, Rosomoff R, Rosomoff H: Functional Electrical Stimulation (FES) Treatment of Residual Radiculopathy - Muscle Weakness (RR-MW) in Chronic Pain Patients (CPP). Pain Suppl. 5:S76, 1990.

37) Fishbain DA, Goldberg M, Ferretti T, Steele-Rosomoff R, Rosomoff H: The Non-dermatomal Sensory Abnormality (NDSA) and Pain Perception. Pain Suppl. 5:S332, 1990.

38) Goldberg M, Fishbain D, Coya-Orozco M, Arellano J, Asfour S, Khalil T, Rosomoff R, Rosomoff H: Electromyographic (EMG) Biofeedback and Body Mechanics Instruction for Chronic Pain Patients: A controlled study. Pain Suppl. 5:S393, 1990.

39) Ferretti T. Fishbain DA, Goldberg M, Steele-Rosomoff R, Rosomoff H: Open Clinical Trial of Clonazepam for Chronic Pain Patients with Myofascial Pain Syndrome Refractory to pain Unit Treatment. Pain Suppl 5:S163, 1990.

40) Zaki A, Goldberg M, Fishbain DA, Jorge M, Ferretti T, Steele-Rosomoff R, Rosomoff H: The Effects of Age of Chronic Pain Patients on the Presence of Coping Styles and Psychogenic Attitudes. Pain Suppl. 5:S305, 1990.

41) Jorge M, Goldberg M, Fishbain D, Ferretti T, Zaki A, Steele-Rosomoff R, Rosomoff H: Millon Behavioral Health Inventory (MBHI) Norms for Male and Female Chronic Myofascial Pain Patients. Pain Suppl. 5:S305, 1990.

42) Jarrett J, Goldberg M, Fishbain D, Steele-Rosomoff R, Rosomoff H: Postural Correction for Protective Scoliosis Using Physical Therapy and Biofeedback. Pain Suppl. 5: S208, 1990.

43) Asfour S, Fishbain DA, Goldberg M, Steele-Rosomoff R, Rosomoff H: Chronic Pain and Suicide Death. Pain Suppl. 5: S299, 1990.

44) Steele-Rosomoff R, Fishbain DA, Goldberg M, Rosomoff H: Chronic Pain Patients Who Lie in their Psychiatric Examination about Current Drug/Alcohol Use. Pain Suppl 5:S299, 1990.

45) Khalil T, Fishbain D, Goldberg M, Jorge M, Abdel-Moty E, Zaki A, Steele-Rosomoff R, Rosomoff H: Magnesium Levels in Chronic Pain Patients. Pain Suppl. 5:S304, 1990.

46) Steele-Rosomoff R, Goldberg M, Fishbain D, Jorge M, Zaki A, Rosomoff HL: Millon Behavioral Health Inventory (MBHI) norms for male and female patients with myofascial pain syndrome. Am Pain Society 9th Annual Meeting, St. Louis, Missouri, P#244, pg. 30, 1990.

47) Goldberg M, Fishbain DA, Jorge M, Zaki A, Steele-Rosomoff R, Rosomoff H: The effects of age of chronic pain patients on the presence of coping styles and psychogenic attitudes. Am Pain Society 9th Annual Meeting. St. Louis, Missouri, P#277, pg. 56, 1990.

48) Rosomoff H, Fishbain DA, Steele-Rosomoff R, Goldberg M, Jorge M, Zaki A, Abdel-Moty E, Khalil T: Magnesium levels in chronic pain patients. Am Pain Society 9th Annual Meeting, St. Louis,

Missouri, P#283, pg. 59, 1990.

49)   Steele-Rosomoff R, Goldberg M, Fishbain D, Jorge M, Zaki A, Rosomoff H: Millon Behavioral
Health Inventory (MBHI) norms for male and female chronic pain patients with myofascial pain
syndrome, Clinical J Pain. 7(1): 52, 1991.

50)   Goldberg M, Fishbain DA, Jorge M, Zaki A, Steele-Rosomoff R, Rosomoff M: The effects of age of
chronic pain patients on the presence of coping styles and psychogenic attitudes, Clinical J Pain.
7(1): 59, 1991.

51)   Rosomoff H, Fishbain DA, Steele-Rosomoff R, Goldberg M, Jorge M, Zaki A, Abdel-Moty E, Khalil
T: Magnesium levels in chronic pain patients. Clinical J Pain. 7(1): 61, 1991.

52)   Fishbain DA, Goldberg M, Rosomoff H, Steele-Rosomoff R, Jorge M, Abdel-Moty E: Chronic pain
and suicide death. Am Psychiatric Association 144th Annual Meeting, New Orleans, Louisiana,
NR537, Pg. 177, 1991.

53)   Fishbain DA, Goldberg M, Rosomoff H, Steele-Rosomoff R, Jorge M, Abdel-Moty E: Clonazepam
open clinical trial for chronic pain of myofascial pain syndrome origin refractory to pain unit
treatment. Am Psychiatric Association 144th Annual Meeting, New Orleans, Louisiana, NR538, Pg.
177, 1991.

54)   Khalil TM, Abdel-Moty E, Ayoub MR, Fishbain DA:  Practical approaches to functional capacity
evaluations of chronic low back pain patients.  American Pain Society 10th Annual Meeting, New
Orleans, LA, A108, Pg 30, 1991.

55)   Fishbain DA, Halpern L, Sullivan M, Haller D:  Drug detoxification protocols for chronic pain
patients.  American Pain Society 10th Annual Meeting, New Orleans, LA, A141, Pg. 158, 1991.

56)   Fishbain DA, Cutler B, Abdel-Moty E, Steele-Rosomoff R, Rosomoff H: Patient self-rated outcome
of pain center treatment measured by rating scale. American Pain Society 10th Annual Meeting,
New Orleans, LA, A91388, Pg. 112, 1991.

57)   Rosomoff H, Fishbain D, Cutler B, Adbel-Moty E, Steele-Rosomoff R:  Pain Center Treatment
Outcome for the "Failed Back Syndrome". American Pain Society 10th Annual Meeting, New
Orleans, LA, A91389, Pg. 117, 1991.

58)   Abdel-Moty E, Khalil T, Fishbain D, Asfour S, Zaki A, Diaz E, Sadek S, Steele-Rosomoff R, Rosomoff
H: Age/gender factors and outcome of back pain rehabilitation.  American Pain Society 10th
Annual Meeting, New Orleans, LA, A91392, Pg. 119, 1991.

59)   Khalil T, Abdel-Moty E, Asfour S, Fishbain D, Sadek S, Diaz E, Zaki A, Steele-Rosomoff R, Rosomoff
H: Compensation status and outcome of back pain rehabilitation.  American Pain Society 10th
Annual Meeting, New Orleans, LA., A91393, Pg. 119, 1991.

60)   Steele-Rosomoff R, Fishbain D, Goldberg M, Cutler B, Abdel-Moty E, Rosomoff H:  Pain patients

who lie in their psychiatric examination about current drug/alcohol use.  American Pain Society 10th Annual Meetings, New Orleans, LA, A91417, Pg. 130, 1991.

61)   Fishbain DA, Goldberg M, Rosomoff H, Steele-Rosomoff R, Abdel-Moty E:  Magnesium levels in chronic pain patients.  American Psychiatric Association 144th Annual Meeting, New Orleans, Louisiana, NR539, Pg. 177, 1991.

62)   Cutler B, Fishbain D, Goldberg M, Abdel-Moty E, Steele-Rosomoff R, Rosomoff H:  Psychiatric dual diagnosis/co-morbidity in chronic pain patients who misuse drugs.  American Pain Society 10th Annual Meeting, New Orleans, LA, A91418, Pg. 131, 1991.

63)   Jorge R, Burke RA, Abdel Moty E, Fishbain DA:  Coping strategies, sickness impact, and pain behavior in pain patients.  American Psychological Association Meeting 100th annual meeting, Washington, D.C., 1992.

64)   Rosomoff H, Fishbain D, Cutler B, Abdel-Moty E, Steele-Rosomoff R:  Pain center treatment outcome for the "Failed Back Syndrome" International Society for the Study of the Lumbar Spine Meeting. 1992

65)   Rosomoff HL, Rosomoff RS, Fishbain DA, Abdel-Moty E, Khalil T:  The validation of methods of treating spinal disorders.  American Association Neurological Surgeons, Annual Meeting, Boston Massachusetts, 1992.

66)   Abdel-Moty E, Cutler RB, Olsen E, Fishbain DA, Khalil TM, Rosomoff HL, Sadek S, Steele-Rosomoff R:  Validity of residual functional capacity assessment battery and it's sensitivity to low-back pain center treatment outcome.  American Pain Society 11th Annual Meeting, San Diego California, A92372, Pg. 80, 1992.

67)   Cutler R, Fishbain DA, Rosomoff HL, Abdel-Moty E, Khalil T, Steele-Rosomoff R:  Does non-surgicalpain treatment of chronic pain return patients to work?  A review and data - analysis of the literature.  American Pain Society 11th Annual Meeting, San Diego, California, A92379, Pg. 83, 1992.

68)   Fishbain DA, Abdel-Moty E, Cutler RB, Rosomoff HL, Steele-Rosomoff R:  A method of measuring residual functional capacity in chronic low back pain patients based on the dictionary of occupational titles.  American Pain Society, 11th Annual Meeting, San Diego, California, A92319, Pg. 53, 1992.

69)   Rosomoff HL, Fishbain D, Cutler B, Abdel-Moty E, Khalil T, Steele-Rosomoff R:  Self-rated pain center treatment outcome measured by rating scale:  comparisons between geriatrics and other age groups.  American Pain Society, 11th Annual Meeting, San Diego, California, A92401, Pg. 94, 1992.

70)   Fishbain DA, et al:  Clomipramine used for chronic pain.  Psychiatry Drug alerts. 7(12): 92, 1993.

71)   Fishbain DA, et al:  Are anti-depressants effective in treatment of chronic pain associated with somatoform pain disorder (Psychogenic Pain, Idiopathic Pain), A meta-analysis?  Am Pain Society, 12th Annual Meeting, Orlando, FL  A#93660, A-113, 1993.

72)     Rosomoff HL, Fishbain DA, et al:  Do chronic pain patient perceptions of pre-injury job characteristics differ as a function of worker compensation and non-worker compensation status? Am Pain Society, 12th Annual Meeting, Orlando, FL, A#93662, A-114, 1993.

73)     Steele-Rosomoff R, Fishbain D, et al:  Do pre-injury job characteristics perceived by the chronic pain patient determine intent to return to that job post chronic pain treatment?  Am Pain Society, 12th Annual Meeting, Orlando, FL, A#93663, A-114, 1993.

74)     Fishbain DA, et al:  Is chronic pain a suicide completion risk factor and the evaluation of suicidal ideation in the chronic pain setting.  Am Pain society, 12th Annual Meeting, Orlando, FL  A#93211, A-13, 1993.

75)     Cole B, Cutler R, Fishbain DA, et al:  Patient's pain beliefs and treatment response at admission, discharge and follow-up from a multidisciplinary pain center.  Am Pain Society, 12th Annual Meeting, Orlando, FL  A#93628, A-97, 1993.

76)     Cutler R, Fishbain DA, et al:  The prediction of pain center treatment outcome for geriatric chronic pain patients.  Am Pain Society, 12th Annual Meetings, Orlando, FL, A#93640, A-103, 1993.

77)     Fishbain DA, et al:  A method for measuring residual functional capacity in chronic low back pain patients based on the dictionary of occupational titles.  7th World Congress on Pain, Paris, France, A#714, pg 271, 1993.

78)     Goldberg M, Fishbain D, et al:  Psychiatric dual diagnosis/co-morbidity in chronic pain patients who misuse drugs.  7th World Congress on Pain, Paris, France.  A#1583, Pg. 590, 1993.

79)     Cutler R, Fishbain DA, et al:  Does non-surgical pain center treatment of chronic pain return patients to work?  A review and meta-analysis of the literature.  7th World Congress on Pain, Paris, France A#1619, pg. 601, 1993.

80)     Abdel-Moty E, Fishbain DA, et al:  Geriatric Pain center treatment outcome compared to outcome for younger age groups.  7th World Congress on Pain, Paris, France A#1623, pg.603,1993.

81)     Rosomoff H, Cutler R, Fishbain DA, et al:  The prediction of pain center treatment outcome for geriatric chronic pain patients.  7th World Congress on Pain Paris, France A#1624, Pg. 603, 1993.

82)     Steele-Rosomoff R, Rosomoff H, Fishbain DA, et al:  Pain center treatment outcome for the "Failed Back Syndrome" 7th World Congress on Pain, Paris, France, A#1627, Pg. 604, 1993.

83)     Fishbain DA: Pain management programs should adopt protocol for assessing suicide potential in patients. Anesthesiology News, April #37, 1994.

84)     Cutler RB, Fishbain DA, Lu Y, Rosomoff RS, Rosomoff HL: Prediction of pain center treatment outcome for geriatric chronic pain patients.  Accepted for publication, Palliative Care Letter, 1994.

85)     Heft M, Fishbain DA: Special pain problems in older adults. Am Pain Society, 13th Annual Meeting, Miami, FL, A#94406, A-23, 1994.

86)  Gallagher RM, Friedman R, Butler R, Fishbain DA: Models of intervention to reduce worker's compensation costs for low back pain. Am Pain Society, 13th Annual Meeting, Miami, FL A#94301,A-13, 1994

87)  Fishbain DA, Cutler B, Rosomoff M, et al: Movement in work status after pain center treatment and implications for follow-up sampling patients.  Am Pain Society, 13th Annual Meeting, Miami, FL, A#94675 A-80, 1994.

88)  Cutler RB, Fishbain D, Rosomoff H, et al: Chronic pain patient follow-up response rates as a function of worker's compensation status.  Am Pain Society, 13th Annual Meeting, Miami, FL, A#94768, A-105, 1994.

89)  Cole BC, Cutler RB, Fishbain DA, et al: An association between pain relieves and measures of dysfunction and pain.  Am Pain Society, 13th Annual meeting, Miami, FL, A#94772, 1994.

90)  Cutler RB, Fishbain DA, Rosomoff HL: Outcome in treatment of pain geriatric and younger age groups. European J Physical Med J Rehabilitation. 4(4):143, 1994.

91)  Fishbain DA, Cutler RB, Rosomoff RS, Rosomoff HL: The problems-oriented psychiatric examination of the chronic pain patient and ITS application to the litigation consultation.  Clin J Pain. 16(4):383, 1994.

92)  Cutler RB, Fishbain DA, Lu Y, Rosomoff RS, Rosomoff HL: Prediction of pain center treatment outcome for geriatric chronic pain patients.  Annals Behav. Med, 16(4):382, 1995.

93)  Fishbain DA, Cutler B, Steel-Rosomoff R, Rosomoff HB: Are antidepressants effective in the treatment of chronic pain? Am Psychiatric Association 148th Annual Meeting, Miami, FL. A#NR 343, 147, 1995.

94)  Fishbain DA, Chabal C, Wipperman-Herne LA, Cutler RB:  Transcutaneous electrical nerve stimulation treatment outcome in long-term users  Arch. Phys. Med Rehab. 76:1052, 1995.

95)  Fishbain DA: The contribution of psychological issues and secondary gain to failed pain management.  New York State Society.  Of-Anesthesiologists PGA 49, New York, New York: pg 257, 1995.

96)  Fishbain DA, Chabal C, Abbott AK, Wipperman-Herne LA, Cutler RB: Transcutaneous Electrical nerve stimulation treatment outcome in long-term users.  Am Academy of Physical Med and Rehabilitation, 57 the Assembly, Orlando, FL A#53, 113, 1995.

97)  Fishbain DA: Effectiveness of pain treatment programs and outcome of patients.  Am Academy Physical Med and Rehab. Annual Assembly, Orlando, FL C207, 69, 1995.

98)  Fishbain DA, Rosomoff H, Cutler B, Steele-Rosomoff R: Chronic pain treatment meta-analyses: A mathematical and qualitative review and patient - specific predictors of response.  NIH Technology Assessment Conference: Integration of behavioral and relaxations approaches into the treatment of chronic pain and insomnia.  National Institute of Health, Bethesda, Maryland. 71-73, 1995.

99)     Fishbain DA, Cutler B, Rosomoff H, Steele-Rosomoff R: Chronic pain treatment meta-analyses: A mathematical and qualitative review. Am Pain Society, 14th Annual meeting, Los Angeles, CA, A#95741, A-83, 1995.

100)    Fishbain DA, Chabal C, Abbott A, Wipperman-Heine L, Cutler R: Transcutaneous electrical nerve stimulation (TENS) Treatment outcome in long-term users. Am Pain Society 14th Annual meeting, Los Angeles, CA. A95762, A-94, 1995.

101)    Fishbain DA: TENS reported to offer long-term relief for patients afflicted with chronic pain. Anesthesiology News. October (75), 1996.

102)    Fishbain DA: Secondary Gain: Definition Problems and its abuse in medical practice. Drake J Clinical Rehabilitation. Spring. 6, 1996.

104)    Fishbain DA, et al: Differentiation of a faking effort from a best effort on a dynamic overhead (Shoulder Press/Pull) Task by utilizing computerized exercise testing equipment parameters. Am Pain Society 15th Annual Meeting, Washington, DC. 760A, A-95, 1996.

105)    Fishbain DA, et al: Long-term transcutaneous electrical nerve stimulation (TENS) use: Impact on medication utilization and costs. Am Pain Society 15th Annual Scientific Meeting, Washington, DC. 834, A-130, 1996.

106)    Fishbain DA, et al: Strength testing in volunteer disease simulation (Malingering) Am Pain Society 15th Annual Scientific Meeting, Washington, DC. 333, A-30, 1996.

107)    Fishbain DA, et al: Transcutaneous electrical nerve stimulation (TENS). Treatment outcome in long-term users. International Association for Study of Pain 8th World Congress on Pain, Vancouver, BC, A285, 86, 1996.

108)    Fishbain DA, et al: Transcutaneous electrical nerve stimulation (TENS): Impact on medication utilization. International Association for Study of Pain, 8th World Congress on Pain, Vancouver, B.C., A-288, 87, 1996.

109)    Rudy TE, Fishbain DA, et al: Evaluation of multidisciplinary pain clinics. International Association for Study of Pain, 8th World Congress on Pain, Vancouver, B.C., 101, 1996.

110)    Cutler B, Fishbain DA, et al: Chronic pain treatment meta-analyses. A mathematical and qualitative review. International Association for Study of Pain, 8th World Congress on Pain, Vancouver, B.C., A242, 290, 1996.

111)    Rosomoff H, Fishbain DA, et al: Differentiation of a faking effort from a best effort in a dynamic overhead (Shoulder Press/Pull) task by utilizing computerized exercise system (CES) testing equipment parameters. International Association for Study of Pain, 8th World Congress on Pain, Vancouver, B.C., A-301, 307, 1996.

112)    Fishbain DA, et al: Chronic pain associated depression antecedent or consequence of chronic pain? Headache. 37(9): 610-611, 1997.

113) Chabal C, Fishbain DA, et al: Long-term transcutaneous electrical nerve stimulation (TENS) use: Impact on medication and physical therapy utilization costs. Am. Society Regional Anesthesia, Jan 1997 Meeting.

114) Fishbain DA, et al: Chronic pain-associated depression: Antecedent or consequence of chronic pain? Pain Medicine J Club. 3(5):238-245, 1997.

115) Scudds RA, Fishbain DA, et al: Trans cutaneous electrical nerve stimulation device descriptive pain scale validation study. Am. Physical Therapy Association, Boston, Feb. 1998.

116) Fishbain DA, et al: Impact of chronic pain patients' job perception variables on actual return to work. Am. Pain Society Annual Meeting, New Orleans, LA, #703, 135, 1997.

117) Fishbain DA, Cutler, RB, Rosomoff HL, et al: Do antidepressants have an analgesic effect in psychogenic pain and somatoform pain disorder? A meta-analysis. Evidence-Based Mental Health 2(1):13, 1999.

118) Fishbain DA, Cutler R, Rosomoff HL, Steele-Rosomoff R: Chronic pain and disability exaggeration/malingering research: A review. Am Pain Society 17th Annual Scientific Meeting, San Diego, Calif. A761,144,1998.

119) Scudds RA, Latimer LA, Fishbain DA, Vequest SW, Scudds RJ: Electronic descriptive pain scale validation study. Am Pain Society, 17th Annual Scientific Meeting, San Diego, Calif A773, 150.1998

120) Steele-Rosomoff R, Rosomoff HL, Abdel-Moty E, Zaki A, Fishbain DA: Stability of a multidisciplinary pain center outcome of 1619 patients over a 7-year period. Am Pain Society, 17th Annual Scientific Meeting, San Diego, Calif A793,160, 1998.

121) Cutler RB, Fishbain DA, et. al: Impact of chronic pain patients' job perception variables on actual return to work. Int Assoc Study of Pain, 9th World Congress on Pain, Vienna Austria A281, pg. 460, 1999.

122) Rosomoff HL, Fishbain DA, et al: The prediction of chronic pain patient "intent" discrepancy with intent" and "discrepancy with non-intent" for return to work post pain facility treatment. Int Assoc Study of Pain, 9th World Congress on Pain, Vienna, Austria A290, pg. 462, 1999.

123) Fishbain DA, et. al: Chronic pain disability exaggeration/malingering research and application of submaximal effort research to this area: A review. Int Assoc Study of Pain, 9th World Congress on Pain, Vienna, Austria A323, pg. 598, 1999.

124) Scudds R, Fishbain DA, et al: Reliability and validity of a TENS device electronic descriptive pain scale (EDPS). Int Assoc Study of Pain, 9th World Congress on Pain, Vienna, Austria. A323, pg. 598, 1999.

125) Fishbain DA: Managing Secondary Gain in Pain Patients. Am Pain Society, 18th Meeting, Ft. Lauderdale, FL., A326, pg. 71, 1999.

(126) Fishbain DA, et. al: Do Antidepressants Have an Analgesic Effect in Psychogenic Pain and Somatoform Pain Disorder: A meta-analysis. Database of Abstracts of Reviews of Effectiveness (DARE), NHS Center for Reviews and Dissemination, University of York, York Y0105DD, UK - http://nhscrd.york.ac.uk/brs-Gateway/Manual.htm.

127) Fishbain DA, et. al: The Prediction of Chronic Pain Patient "Intent", "Discrepancy with Intent" and "Discrepancy with Non-intent" for Return to Work Post Pain Facility Treatment. Pain Medicine.

128) Fishbain DA, et al: Differentiation of a "Faking Effort From a Best Effort on a Dynamic Overhead (Shoulder Press/Pull) Task by Utilizing Computerized Exercise System (CES) Testing Equipment Parameters. Pain Medicine.

129) Fishbain DA, et al: Chronic Pain Treatment Meta-Analysis: A Mathematical and Qualitative Review. Pain Medicine.

130) Fishbain DA, et al: Impact of Chronic Pain Patients' Job Perception Variables in Actual Return to Work. Pain Medicine.

131) Fishbain DA, et al: Chronic Pain Disability Exaggeration/Malingering Research and the Application of Submaximal Effort Research to this Area: A Review. Pain Medicine.

132) Fishbain DA, et al: Chronic Pain Patients' Risk for Violent Behavior: Evaluation and Management in the Pain Facility Setting. Symposia, Presented at the 19th Am Pain Society Meeting, Atlanta, GA. Abst #204, Pg. 71, 2000.

133) Fishbain DA, et al: IHS Headache Diagnostic Patterns in Pain Facility Patients. Poster presented at the 19th Am Pain Society Meeting, Atlanta, GA. Abst #645, Pg. 106, 2000.

134) Fishbain DA, et al: Data on malingering in chronic pain patients are inconsistent. Orthopedics Today 21(4): 14, April 2001.

135) Fishbain DA, et al: IMS Diagnostic Patterns in Pain Facility Patients. Pain Medicine I2(3): 240, 2001

136) Fishbain DA, et al: Psychotropics useful in Managing Chronic Pain. Clinical Psychiatry News. 29(12): 18, 2001.

137) Fishbain, DA etal: A structured evidence based review on the meaning of non-organic physical signs: Waddell signs J Pain 3 (2) Supplement #1: 73, A617.

138) What Experts Do Before Study Results Are In. Psychotropics Useful In Managing Chronic Pain. Clinical Psychiatry News Dec. 18, 2001

139) Fishbain DA, etal: Is pain fatiguing? J. Pain 4 (2): Supplement #1 A #620, 6, 3(2003).

140) Fishbain DA, etal: Are Opioid – dependent/tolerant patients impaired in driving related skills? A

structured Evidence Based Review. J. Pain 4 (2):  Supplement #1 A#624, 7, 3/2003.

141)    A large-scale Evidence Based review reveals frequent strong correlation between pain and fatigue.  CNS News: 5(10): 29 & 65, Oct 2003.

142)    Pain and depression – The Clinical Conundrum what comes first?  Pain Medicine News:  1-7, July 2003.

143)    According to a large-scale review Waddell signs demonstrate greater organic pain, Worse prognoses.  Pain Medicine News:  2, May/June 2003.

144)    Is Pain fatiguing?  Fibromyalgia Aware 4:3, June – Sept. 2003.

145)    Fishbain DA, et al.  Are Opiod – dependent/tolerant patients impaired in driving related skills?  A structured Evidence Based review.  Pain Medicine 4 (1): 93, 2003.

146)    Fishbain DA, et al.  Can patients taking opioids drive safely?  A structured evidence based review.  Pain Medicine  4 (1): 94 – 95, 2003.

147)    Fishbain DA, et al.  Is Pain fatiguing?  A structured evidence based review.  Pain Medicine 4 01): 100-101, 2003.

148)    Fishbain DA, et al.  Are opioid dependent/tolerant patients impaired in driving – related skills?  A structured evidence based review.  19th meeting  AAPN new Orleans, LA.  Poster #507: 51, 2003.

149)    Fishbain DA, et al: Can patients taking opioids drive safely?  A structured evidence-based review.  19th meeting AAPM.  New Orleans, LA  Poster #512:52-53, 2003.

150)    Fishbain DA, et al.  Is pain fatiguing?  A structure evidence based review.  19th annual meeting.  New Orleans, LA, abstract #528, 58, 2003.

151)    Fishbain DA, et al.  A structured evidence-based review on the meaning of non-organic physical signs: Waddell signs.  19th Annual meeting AAPM.  New Orleans, LA.  Abstract #503: 50, 2003.

152)    Fishbain DA, et al.  IHS headache diagnostic patterns in pain facility patients.  Pain Med 2(3): 240-241, 2001.

153)    Fishbain DA. Genetic Profiling May Be In the Future of Pain Management.  Pain Medicine News 2(6): Nov/Dec. 1, 2004.

154)   Fishbain DA. Multidisciplinary Treatment Relieves Pain-Associated Fatigue.  Pain Medicine News 2(5): Sept/Oct. 22-23, 2004.

155)   Fishbain DA, et al. Do the 2nd Generation "Atypical Neuroleptics" Have Antinociceptive Properties? A Structured Evidence Based Review. J Pain 5(3,51): 61(A 812), April 2004.

156)   Fishbain DA, et al. Lidocaine Patch 5%, Clinical Treatment Trial and Prediction of Response. An Open Label Naturalistic Study.  J Pain 5(3,51): 83(A 898), April 2004.

157)   Fishbain DA, et al.  Are Patients With Chronic Low Back Pain as Chronic Neck Pain Fatigued?  J Pain 5(8, 51): 108 (A 1000), April 2004.

158)   Fishbain DA, et al. Multidisciplinary Pain Facility Treatment Outcome for Pain Associated Fatigue. Journal on Pain 5(3,51): 85 (A906) April 2004.

159)   Fishbain DA, et al.  Do the Second Generation "Atypical Neruoleptics" Have Analgesic Properties: A Structured Evidence Based Review.  Database of Abstracts of Reviews of Effects (DARE). Center for Reviews and Dissemination  6/9/2006.

160)   Fishbain DA, et al.  Duloxetine for Neuropathic Pain Based on Recent Clinical Trials. Current Primary Care Reports. 6/2007.

161).   Fishbain DA, et al.  The Relationship Between Sleep and Pain in Patients With Diabetic Neuropathic Pain:  Responses to Treatment With Duloxetine.  Journal Pain.  8(4) (51): 536, 2007.

162).   Fishbain DA.  Analgesic Effect of Duloxetine Occurs Before Its Effect on Mood.  Pain Medicine News. 4(4):6, 2007.

163).   Fishbain DA, et al.  Relationships Between Antidepressant and Analgesic Responses With the Dual Reuptake Inhibitor Duloxetine Hydrochloride.  Journal Pain. 8(4)(51): 532,2007.

164).   Fishbain DA, et al.  Relationship between Sleep and Pain in Patients with Diabetic Neuropathic Pain:  Responses to Treatment with Duloxetine.  In "Updates in Chronic Pain Management:  Putting Clinical Research into Practice".

165).   Wachter K, Fishbain  DA,  et al.  Duloxetine May Improve Patients' Sleep Quality. Clinical Psychiatry News. Nov. 34-35, 2007.

166).   Fishbain, DA, et al.  Duloxetine For Neuropathic Pain Based on Recent Clinical Trials. Psychiatry 5(12): 61, 2008

167).   Fishbain, DA, et al.  What Percentage Of Chronic Non –Malignant Pain Patients Exposed to Chronic Opioid Analgesic Therapy Develop Abuse/Addiction and or Aberrant Drug-Related Behaviors? A Structured Evidence Based Review.

http://www.f1000medicine.com/article/ktmkdrh0b65hv16/id/112449

168). Fishbain DA. Violent Wishes Toward Physicians Common in Pain Patients Treated Against Their
Will.
Pain Med News 6(4): 1, 29; 2008.

169). Fishbain DA, et al. The Relationship Between Sleep & Pain in Patients With Diabetic Peripheral Neuropathic Pain: Responses to Treatment With Duloxetine. Pain Med 9(1): 88, A 101,2008

170). Fishbain DA, et al. What Variables Are Associated With A Wish To Kill A Physician In Acute and Chronic Pain Patients. Pain Med 9 (1): 90, A 103, 2008.

171). Fishbain DA, et al. What Are The Variables That Are Associated With The Patient's Wish to Sue His Physician in Patients With Acute and Chronic Pain? Pain Med 9 (1): 89, A 102, 2008.

172). Fishbain DA, et al. What Patient Variables Are Associated With an Expressed Wish to Kill a Doctor?
J. Pain 9 (4, Supplement 2): p73, A 388, 2008.

173) Fishbain DA, et al.Is improvement in vitality independent of the improvement in sleep interference and pain in patients with diabetic peripheral neuropathic pain ?response to treatment with duloxetine.
J Pain 9(4,supplement 2) p22,A184,2008.

174) Yagoda B Addicted to Stealing.Self feb.115-118,2004.[abstract]

175) Bruns D , Fishbain DA ,et al :Predictors of homicide-suicide ideation in acute and chronic pain patients.
J Pain 11 (4-supp. 1) A144, S12.

176) Bruns D ,Fishbain DA ,Et al : Correlates of six forms of suicidality in patients with acute and chronic pain. J PAIN 11 (4-Supp. 1) A140, S11.

177). Fishbain DA, et al. What % of Chronic Non-Malignant Pain Patients Exposed to Chronic Opioid Analgesic Therapy Deveop Abuse/Addiction and/or Aberrant Behaviors: A Structured Evidence Based Review. Center For Reviews and Dissemination.
http://www.crd.york.ac.uk/CRDWeb/Show Record. asp. ID: 12008104597

178). Fishbain DA, et al. Somatic Symptom Clusters in Community Patients With Pain, Acute Pain Patients and Chronic Pain Patients. Pain Med 12(3): 473, A109, 2011.

179). Fishbain DA, et al. Exploration Anger Constructs in Acute and Chronic Pain Patients vs. Community Patients. Pain Med. 12(13): 495, A179, 2011.

180). Fishbain DA, et al. Is Endorsement of Preference for Death Over Disability Associated With Suicidality in Chronic Pain Patients? Pain Med. 12(3): 495, A181, 2011.

David A. Fishbain, M.D.
12/15/2022
Page 63

181)   Fishbain DA , et al. What percentage  of chronic non- malignant pain patients etc Center for Review and Dissemination ( DARE ).
http://www.crd.york.ac.uk.?CRDWeb/ShowRecord.asp?ID=12008104597.


4.**OTHER PROFESSIONAL ITEMS:** (Articles in unrefereed journals, audiotapes, book reviews, computer programs, videotapes, etc.)

**A.**   **Thesis:**

Fishbain DA:  The metabolism of Isoniazid in Mycobacterium Smegmatis, for Degree of Master of Science; University of Ottawa, Department of Science,1967.