UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:21-cv-00318-MSS-JSS

JASMINE HUNGERMAN,

    Plaintiff,

    v.

KEISER UNIVERSITY; PROFESSOR BROOKE DECKER; PROFESSOR AMBERLYN GENTRY; DEAN HAROLD TRINDLE; PROGRAM DIRECTOR KIMBERLY PRESTO; and DOES 1-100,

    Defendants.
_____/

**JOINT STIPULATION OF AGREED MATERIAL FACTS RELATIVE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

COME NOW Plaintiff, JASMINE HUNGERMAN, and Defendants KEISER UNIVERSITY, PROFESSOR BROOKE DECKER, PROFESSOR AMBERLYN GENTRY, DEAN HAROLD TRINDLE, and PROGRAM DIRECTOR KIMBERLY PRESTO ("Defendants"), by and through undersigned counsel, in compliance with Case Management and Scheduling Order (D.E. #49) file this Joint Stipulation of Agreed Material Facts Relative to Defendants' Motion for Summary Judgment.

1.    Prior to completing the ASN program, Plaintiff moved into the Bachelor of Science in Nursing Program ("BSN") in January 2020.

2. Brooke Decker and Amberlyn Gentry were professors of the Plaintiff in the BSN program.

3. Kimberly Presto was the Director of the BSN program at the Lakeland Campus while Plaintiff attended Keiser.

4. Harold Trindle was Dean of the BSN program while Plaintiff attended Keiser.

5. Plaintiff voluntarily withdrew from Keiser on August 24, 2020.

6. Plaintiff testified that her accommodation request to Presto was to have another instructor proctor tests and simulations because she felt "unsafe" around Decker.

7. During the recorded Zoom meeting with Presto, Plaintiff stated "I do not feel comfortable being around Ms. Decker" and if she was going to come in Tuesday and Thursday the Plaintiff needed "to be around a different instructor."

8. Plaintiff testified that when she asked for help going to Presto or Trindle she felt Decker retaliated against her by making her grades worse, changing grades, increasing workloads, making her redo assignments, giving her more assignments, telling her she did not turn in assignments when she did and had to resubmit, comments made in class, and refusing to help her.

9. Plaintiff testified that Gentry retaliated against her for having meetings with Presto and Trindle wherein she complained that Gentry would get agitated when Plaintiff would convey student concerns to Gentry.

10. Plaintiff generally identified the alleged breach of contract as to documents she signed for enrollment during registration along with her financial documents.

11. Plaintiff identifies the terms of the documents that were allegedly breached as providing an education and providing an education in a safe environment.

12. Plaintiff's claims for breach of the duty of good faith and fair dealing, breach of express warranties, and negligent misrepresentation relate to representations and warranties allegedly made by Keiser. Specifically, Plaintiff claims that Keiser represented that Plaintiff's courses would all be transferable, and that she would be guaranteed a position when she graduated.

13. When Plaintiff inquired into transferring to another university, the schools informed Plaintiff that they had issues with her GPA.

14. Plaintiff claims that Decker and Gentry were negligent because they did not provide Plaintiff with a proper education.

15. Plaintiff claims Presto and Trindle were negligent for not stopping the alleged treatment of Plaintiff by Decker and Gentry.

16. Plaintiff alleges in the Third Amended Complaint that employees of Keiser interfered with her ability to request a reasonable accommodation.

17. Plaintiff claims that Keiser engaged in deceptive and unfair trade practices by falsely representing that Keiser would provide accommodations and refusing to provide accommodations.

18. To establish unjust enrichment, Plaintiff claims that because of Keiser's wrongful acts and omissions, Keiser provided inadequate support services.

Respectfully submitted this 24th day of April.

| THE LAW OFFICE OF KEITH ALTMAN<br>*Counsel for Plaintiff*<br>33228 West 12 Mile Road – Suite 375<br>Farmington Hills, Michigan 48331<br>Telephone (248) 987-8929<br>kimberlydodson@kaltmanlaw.com<br>keithaltman@kaltmanlaw.com<br><br>/s/ __Kimberly R. Dodson_____<br>     Kimberly R. Dodson | COLE, SCOTT & KISSANE, P.A.<br>*Counsel for Defendants KEISER UNIVERSITY; PROFESSOR BROOKE DECKER; PROFESSOR AMBERLYN GENTRY; DEAN HAROLD TRINDLE; PROGRAM DIRECTOR KIMBERLY PRESTO*<br>Esperante Building<br>222 Lakeview Avenue, Suite 120<br>West Palm Beach, Florida 33401<br>Telephone (561) 383-9229<br>Facsimile (561) 683-8977<br>Primary e-mail:<br>justin.sorel@csklegal.com<br>Alternate e-mail<br>patricia.betit@csklegal.com<br><br>By: _/s/ Justin C. Sorel_____<br>JUSTIN C. SOREL<br>Florida Bar No.: 0016256 |